# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## Holding a Criminal Term

## Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | : | CRIMINAL NO.  **05-0100 (RWR)** |
| | : | |
| **v.** | : | VIOLATIONS: |
| | : | 21 U.S.C. §846 |
| **ANTWUAN BALL,** | : | (Conspiracy to Distribute and Possess With |
| **also known as Twan,** | : | Intent to Distribute Five Kilograms or More of |
| **also known as Big Ant,** | : | Cocaine, and 50 Grams or More of Cocaine |
| **DAVID WILSON,** | : | Base); |
| **also known as Cool Wop,** | : | 18 U.S.C. §1962(d) |
| **also known as Cootie,** | : | (Conspiracy to Participate in a Racketeer |
| **GREGORY BELL,** | : | Influenced Corrupt Organization); |
| **also known as Boy-Boy,** | : | 21 U.S.C. §843(b) |
| **also known as Bunga,** | : | (Unlawful Use of a Communications Facility); |
| **GERALD BAILEY** | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| **also known as Chow Wow,** | : | (Unlawful Possession With Intent to Distribute, |
| **also known as Charlie,** | : | or Distribution, of 5 Grams or More of Cocaine |
| **JASMINE BELL,** | : | Base); |
| **also known as Jazz,** | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| **RAYMOND BELL,** | : | (Unlawful Possession With Intent to Distribute, |
| **also known as Santuce,** | : | or Distribution, of Cocaine or Cocaine Base); |
| **NEWETT VINCENT FORD,** | : | 18 U.S.C. §922(g)(1) |
| **LUCIOUS FOWLER,** | : | (Unlawful Possession of a Firearm and |
| **ARTHUR HANDON,** | : | Ammunition by a Person Convicted of a Crime |
| **also known as Jay,** | : | Punishable by Imprisonment for a Term |
| **MARCUS SMITH,** | : | Exceeding One Year); |
| **also known as Mick,** | : | 18 U.S.C. §924(c)(1) |
| **DESMOND THURSTON,** | : | (Using, Carrying and Possessing a Firearm |
| **also known as Dazz,** | : | During a Drug Trafficking Offense); |
| **PHILLIP WALLACE,** | : | 18 U.S.C. §2 |
| **also known as Phil,** | : | (Aiding and Abetting); |
| **JOSEPH JONES,** | : | 22 D.C. Code §§2101, 4502 |
| **also known as Jo-Jo,** | : | (First Degree Murder While Armed); |
| **DOMINIC SAMUELS,** | : | 18 U.S.C. §1959(a)(1) |
| **also known as Don,** | : | (Violent Crime in Aid of |
| **also known as Dom,** | : | Racketeering Activity); |
| **DANIEL COLLINS,** | : | 22 D.C. Code §§401, 4502 |
| **also known as DC,** | : | (Assault with Intent to Kill While Armed); |
| **Defendants.** | : | 22 D.C. Code §§403, 4502 |

(Assault with Intent to Murder While Armed);
18 U.S.C. §1959(a)(5)
(Violent Crime in Aid of Racketeering
 Activity);
22 D.C. Code §402
(Assault with a Dangerous Weapon);
18 U.S.C. §1959(a)(3)
(Violent Crime in Aid of Racketeering
 Activity);
 22 D.C. Code. § 1805
Aiding and Abetting)

## S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

## NARCOTICS CONSPIRACY

### A.  THE CONSPIRACY

From in or about sometime in 1992, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least March 2005, within the District of Columbia, and elsewhere, the defendants, **ANTWUAN BALL, aka Twan, aka Big Ant; DAVID WILSON, aka Cool Wop, aka Cootie; GREGORY BELL, aka Boy-Boy, aka Bunga; JOSEPH JONES, aka Jo-Jo; DOMINIC SAMUELS, aka Don, aka Dom; GERALD BAILEY, aka Chow Wow, aka Charlie; JASMINE BELL, aka Jazz; RAYMOND BELL, aka Santuce; NEWETT VINCENT FORD; LUCIOUS FOWLER; ARTHUR HANDON, aka Jay; MARCUS SMITH, aka Mick; DESMOND THURSTON, aka Dazz; PHILLIP WALLACE, aka Phil; and DANIEL COLLINS, aka DC,** and co-conspirators not indicted herein, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other, and with others

2

known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute the following:

(a)   mixtures and substances containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was five (5) kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii);

(b)   mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was fifty (50) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

## B.   GOALS OF THE CONSPIRACY

(1)  It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the defendants and co-conspirators acquired cocaine and cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere.

(2)  It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances.

## C.   WAYS, MANNER, AND MEANS TO ACCOMPLISH THE CONSPIRACY

    The ways, manner and means by which the co-conspirators operated their illegal drug trafficking organization, include, but are not limited to the following:

  (1)  The members of the conspiracy knowingly and intentionally distributed and possessed with intent to distribute cocaine, and cocaine base, also known as crack cocaine.  The principal location at which members of the conspiracy conducted their illegal drug business was in and around the Congress Park Public Housing Complex neighborhood, which includes but is not limited to: the 1300 block of Congress Street, SE, the 3400 block of 13th Place, SE, the 1300 block of Savannah Street, SE, the 3400 block of 14th Place, SE, the 1300 block of Savannah Place, SE, the 3300 block of 14th Place, SE, the 3300 block of 13th Street, SE, and the blocks and alleys surrounding this area, within the District of Columbia.  The conspiracy maintained dominion and control over this area by making it known to customers of the conspiracy and rival distributors, that only co-conspirators and their associates could distribute cocaine and cocaine base in Congress Park.

  (2)  It was part of the conspiracy that the defendants would, and did, play different roles in the conspiracy, perform certain different tasks and participate in the conduct of the organization through various criminal acts.  The defendants made themselves and their services available at various times throughout the life of the conspiracy and participated in certain drug trafficking ventures as required to promote and protect the illegal drug distribution operation.  The roles assumed by some defendants were interchangeable at various times throughout the conspiracy. Some of the roles assumed and carried out by the defendants included, among others, leader, supplier of drugs, broker, packager, deliverer, holder, intermediary, helper, and street seller.

  (3)  The conspiracy primarily involved the sale of small wholesale and retail quantities

of cocaine base, also known as crack cocaine, to customers who requested it, and in some years, the conspiracy expanded and included the distribution of larger quantities of cocaine and cocaine base. In order to facilitate the sale of cocaine, and maintain customers in Congress Park, members of the conspiracy would obtain cocaine from other members of the conspiracy, as well as from other sources, both known and unknown to the Grand Jury.

(4)     It was further part of the conspiracy that the defendants and co-conspirators used land line and cellular telephones to facilitate their illegal drug business; that is, making telephone calls to communicate with each other, suppliers, and customers, and to protect against the detection of the conspiracy by law enforcement officials.  It was further part of the conspiracy that when using telephones, the defendants used nicknames and code words to identify co-conspirators and describe quantities of narcotics and money.

(5)     It was further part of the conspiracy that the defendants and co-conspirators possessed, carried and used firearms to protect their drug trafficking operation from theft, robbery, and competition from rival sellers.  These weapons were possessed, carried and used for various reasons, including but not limited to: to protect the organization's narcotics and the proceeds of drug distribution; to ensure that drug distribution activities were controlled by the defendants and co-conspirators; to intimidate others from distributing cocaine, and cocaine base, also known as crack cocaine, in Congress Park; and to ensure the personal safety of the members of the organization.  It was further part of the conspiracy that members of the conspiracy, both known and unknown to the Grand Jury, knowingly and intentionally perpetrated acts of violence, including murder, against individuals who disrupted, or threatened to disrupt, the operation of the conspiracy, and in retaliation against individuals who perpetrated acts of violence against members of the conspiracy.

5

(6)      It was further part of the conspiracy that cocaine and cocaine base, also known as crack cocaine, were processed, cut, packaged, and stored prior to distribution to members of the conspiracy and/or customers of the conspiracy, in safe locations, known as stash houses, located in Congress Park and elsewhere in the District of Columbia.  The defendants and unindicted co-conspirators used these stash houses to store cocaine and cocaine base, also known as crack cocaine, as well as firearms, in order to avoid their detection.

(7)      It was further part of the conspiracy that its members sought to avoid detection and investigation by law enforcement authorities by shifting their areas of selling within the members' selling territory in response to the presence of law enforcement.  Members of the conspiracy also shifted their areas of selling within the members' selling territory in response to threats from a rival drug conspiracy operating in the adjoining neighborhood of 10th Place/Trenton Place, Southeast, Washington, D.C.

**D.**    **OVERT ACTS**

In furtherance of the conspiracy, and in order to effect the objects thereof, the defendants, and co-conspirators not indicted herein, in various combinations, directly and indirectly, within the District of Columbia and elsewhere, committed overt acts, including, but not limited to, the following:

1.  On or about October 30, 1992, in the unit block of Galveston Place, in Southwest, Washington, D.C., **ANTWUAN BALL, aka Twan, aka Big Ant,** possessed a loaded Arminus .38 caliber revolver.

2.  On or about September 22, 1993, in the 1500 block of Erie Street, in SE, within the District of Columbia, a co-conspirator not indicted herein possessed a loaded Taurus .9mm semi-

automatic pistol.

3.  On or about November 20, 1993, in the 1300 block of Savannah Street, SE, within the District of Columbia, **LUCIOUS FOWLER**, while armed with a firearm, assaulted Ernest Rawles with the intent to murder him because of a dispute over a drug sale, and to maintain and enhance the reputation of the organization.

4.  On or about February 20, 1994, in the 2300 block of Southern Avenue, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **JOSEPH JONES, aka Jo-Jo**, and Kairi Ball, a co-conspirator now deceased, while armed with firearms, assaulted Bradley Carter and other members and associates of the 1-5 Mob, whose identities are known to the grand jury, with the intent to murder them, because leaders of the 1-5 Mob had directed an associate of theirs, Ronnie Middleton, aka Squid, to kill an associate of the Congress Park Crew, Maurice Doleman, aka Reesy.

5.  In or about late 1994 or early 1995, in or around the 1400 block of Congress Street, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, and Andre Wilson, aka Boubie, a co-conspirator now deceased, while armed with a firearm, assaulted James Faison, a member of the 1-5 Mob, with the intent to murder him.

6.  In or about late 1994 or early 1995, in or around Robinson Place, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, and another individual who is now deceased and whose identity is known to the Grand Jury, while armed with a firearm, assaulted James Faison, a member of the 1-5 Mob, with the intent to murder him.

7.  On or about August 1, 1995, in the 2300 block of Alabama Avenue, and in the 2700 block of Reynolds Place, in Southeast, Washington, D.C., **ANTWUAN BALL, aka Twan, also known as Big Ant,** possessed a loaded Ruger .9mm semi-automatic pistol.

8.  On or about January 23, 1996, in the 1300 block of Congress Street, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, while armed with a firearm, shot and killed Troy Lewis in order to maintain and enhance his reputation in the organization.

9.  In or about June 1996, in or about the 3400 block of 10th Place, SE, within the District of Columbia, David Scott, aka Head, a co-conspirator now deceased, and Jamel Sills, aka Black, a co-conspirator now deceased, assaulted James Davis, a member of the 10th Place/Trenton Place Crew, with the intent to rob him and to enrich the organization.

10.  On or about June 14, 1996, in the 1300 block of Southwest Freeway, in Southeast, Washington, D.C., **ANTWUAN BALL, aka Twan, aka Big Ant,** possessed a loaded Lorcin .9mm semi-automatic pistol.

11.  On or about August 2, 1996, in the 2300 block of Irving Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

12.  On or about August 2, 1996, in the 2300 block of Irving Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** possessed a loaded Highpoint .9 mm semi-automatic pistol.

13.  On or about January 18, 1997, in 3324 6th Street, SE, Apartment 301, within the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** and **DANIEL COLLINS, aka DC,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

14.  On or about January 18, 1997, in 3324 6th Street, SE, Apartment 301, within the District

of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** and **DANIEL COLLINS, aka DC,** possessed a loaded Ruger .9 mm semi-automatic pistol, a loaded Intertec .9 mm Luger semi-automatic pistol,  and a .22 caliber Marlin semi-automatic rifle.

15.  On or about October 8, 1997, in the 1500 block of Congress Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, while armed with firearms, assaulted James Faison, aka Jay-Jay, and John Ewing, members of the 1-5 Mob, with the intent to murder them.

16.  On or about October 18, 1997, in the 1300 block of Congress Street, SE, within the District of Columbia, **NEWETT VINCENT FORD** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

17.  On or about December 9, 1997, in the 1300 block of Savannah Place, SE, within the District of Columbia, **NEWETT VINCENT FORD** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

18.  On or about January 19, 1998, **DAVID WILSON, aka Cool Wop, aka Cootie,** Antonio Roberson, aka LT, a co-conspirator now deceased, and co-conspirators not indicted herein, met in an alley in the area of the 1300 block of Congress Street, SE, in the District of Columbia, and decided to murder Jack Davis, aka Twin and Devar Chandler, aka D-Lock, and other members and associates of the 10th Place/Trenton Place Crew, because Davis had killed Congress Park Crew member David Scott, aka Head, and Chandler had killed Congress Park Crew member Darryl Gibson, aka Meatball.

19.   On or about January 19, 1998, within the District of Columbia, a co-conspirator not indicted herein supplied another co-conspirator not indicted herein a Ruger .9 millimeter semi-automatic handgun to use to shoot and kill Jack Davis, aka Twin and Devar Chandler, aka D-Lock, and other members and associates of the 10th Place/Trenton Place Crew.

20.   On or about January 19, 1998, in the 1100 block of Trenton Place, SE, in the District of Columbia, Antonio Roberson, aka LT, a co-conspirator now deceased, and two other co-conspirators not indicted herein, while armed with firearms, shot and killed Devar Chandler, aka D-Lock.

21.   On or about January 19, 1998, in the 1100 block of Trenton Place, SE, in the District of Columbia, while armed with firearms, Antonio Roberson, aka LT, a co-conspirator now deceased, and two other co-conspirators not indicted herein, assaulted Jack Davis, aka Twin, with the intent to murder him.

22.   On or about March 24, 1998, in the 100 block of Forrester Street, SW, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, while armed with firearms, assaulted Linwood Carpenter, a member of the 10th Place/Trenton Place Crew, with the intent to murder him.

23.   On or about August 17, 1998, in the 1500 block of Congress Place, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while armed with firearms, shot and killed Ronnie Middleton, aka Squid, and Sabrina Bradley.

24.   On or about August or September 1998, in or about the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** directed a co-conspirator not indicted herein to provide law enforcement with a false alibi as to **WILSON's**

whereabouts at the time of the murder of Ronnie Middleton, aka Squid, and Sabrina Bradley.

25.  On or about October 26, 1998, in the 3200 block of 15th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

26.  On or about November 9, 1998, in the 1300 block of Savannah Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

27.  On or about December 1998, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie, RAYMOND BELL, aka Santuce,** and Antonio Roberson, aka LT, a co-conspirator now deceased, for the purpose of maintaining and enhancing the reputation of the organization, allowed a co-conspirator not indicted herein and whose identity is known to the Grand Jury, to retaliate against Jimmy Cottingham, aka Poobie, who the co-conspirator mistakenly believed was responsible for the theft of his stash of drugs, even though **WILSON**, **BELL** and Roberson knew Cottingham had not stolen the co-conspirator's drugs because **WILSON**, **BELL**, and Roberson had stolen the drugs.

28.  On or about December 26, 1998, in the 3400 block of 13th Place, SE, within the District of Columbia, a co-conspirator not indicted herein, and whose identity is known to the Grand Jury, while armed with a firearm, shot and killed Jimmy Cottingham, aka Poobie, because he mistakenly believed Cottingham was responsible for the theft of his stash of drugs.

29.  On or about August 2, 1999, in the area of Suitland Parkway and Fifth Street, SE, within

the District of Columbia, **JOSEPH JONES,  aka Jo-Jo**, possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

30.  On or about August 16, 1999, in the 1300 block of Congress Street, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

31.  On or about August 16, 1999, in the 1300 block of Congress Street, SE, within the District of Columbia, **GERALD BAILEY, aka Chow Wow, aka Charlie,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

32.  On or about September 20, 1999, in the 1300 block of Congress Street, SE, within the District of Columbia, **NEWETT VINCENT FORD** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

33.  In or about sometime in late 1999 or early 2000, in or around the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** while armed with a knife, assaulted a co-conspirator not indicted herein, with the intent to rob him of an Avirex leather coat, and in order to maintain and reinforce his position of leadership within the organization.

34.  In or about sometime in January 2000, John-John Cottingham, an associate of the organization, informed **ANTWUAN BALL, aka Twan, aka Big Ant,** that **DAVID WILSON, aka Cool Wop, aka Cootie,** and another co-conspirator not indicted herein, planned to murder **BALL**.

35.  In or about sometime in early 2000, in or around the 1300 block of Congress Street, SE,

within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** informed a co-conspirator not indicted herein, that **DAVID WILSON, aka Cool Wop, aka Cootie,** and another co-conspirator not indicted herein, planned to murder **BALL**.

36.  In or about sometime in early 2000, in or around the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** informed an individual whose identity is known to the Grand Jury that **DAVID WILSON, aka Cool Wop, aka Cootie,** a co-conspirator not indicted herein, and others, planned to murder **BALL**.

37.  On or about January 29, 2000, in the 3400 block of 13th Place, SE, within the District of Columbia, Arnell Johnson, aka Sad Ball, an associate of the organization, shot and killed John Cottingham, aka John-John, an associate of the organization.

38.  On or about January 29, 2000, **ANTWUAN BALL, aka Twan, aka Big Ant,** informed a co-conspirator not indicted herein, that **DAVID WILSON, aka Cool Wop, aka Cootie,** and a co-conspirator not indicted herein, had persuaded Arnell Johnson, aka Sad Ball, to kill John Cottingham, aka John-John, because Cottingham had told **BALL** about **WILSON's** and the co-conspirator's plan to kill **BALL**.

39.  On or about March 3, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** while armed with a firearm, assaulted **DAVID WILSON, aka Cool Wop, aka Cootie, PHILLIP WALLACE, aka Phil,** and another co-conspirator not indicted herein, with the intent to rob them of approximately $4,200, approximately two ounces of crack cocaine, and a **Ruger .9 mm semi-automatic pistol**, and in order to maintain and reinforce his position of leadership within the organization.

40.  In or about March 2000, in or around the 1300 block of Congress Street, SE, within the

District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** sold to a co-conspirator not indicted herein the **Ruger .9 mm semi-automatic pistol** that he had taken from **DAVID WILSON, aka Cool Wop, aka Cootie,** during the March 3, 2000 robbery.

41. On or about sometime in early-to-mid 2000, in the 3200 block of 13th Street, SE, within the District of Columbia, **ARTHUR HANDON, aka Jay,** while armed with a firearm, assaulted Anthony Van Scott, aka Cat Eye Tony, with the intent to murder him, over a drug dispute within the organization.

42. On or about sometime in 2000, in and around 6th Street and Florida Avenue, NW, in the District of Columbia, **DESMOND THURSTON, aka Dazz,** and a co-conspirator not indicted herein, while armed with a .357 revolver, robbed an individual of his drugs in order to enrich the organization.

43. On or about May 16, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie, and DESMOND THURSTON, aka Dazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

44. On or about May 16, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

45. On or about May 25, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie and PHILLIP WALLACE, aka Phil,** distributed a mixture and substance purporting to be cocaine base, also known as crack cocaine.

46. On or about May 25, 2000, in the 1300 block of Congress Street, SE, within the District

of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and offered to supply quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

47.  On or about June 5, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

48.  On or about June 28, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

49.  In or about July 2000, **DAVID WILSON, aka Cool Wop, aka Cootie,** and a co-conspirator not indicted herein, burglarized a large scale marijuana dealer, who resided in Maryland, of numerous pounds of marijuana, and redistributed it for the purpose of enriching the organization and purchasing larger quantities of cocaine and cocaine base.

50.  On or about July 7, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

51.  On or about July 12, 2000, in the 3200 block of 13th Street, SE, within the District of Columbia, **ARTHUR HANDON, aka Jay,** possessed a Smith & Wesson .22 caliber pistol.

52.  On or about July 13, 2000, in the 3400 block of 13th Place, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** possessed with intent to distribute a quantity of a mixture

15

and substance containing a detectable amount of cocaine base, also known as crack cocaine.

53.  On or about July 18, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, a co-conspirator not indicted herein told a cooperating witness that the co-conspirator had provided quantities of cocaine base, also known as crack cocaine, to **DAVID WILSON, aka Cool Wop, aka Cootie, RAYMOND BELL, aka Santuce,** and to an unindicted co-conspirator.

54.  On or about July 18, 2000, in the 3400 block of 13th Place, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, to an unindicted co-conspirator.

55.  On or about July 27, 2000, in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

56.  On or about August 23, 2000, **JASMINE BELL, aka Jazz,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

57.  On or about August 23, 2000,  in the 1300 block of Congress Street, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

58.  On or about August 24, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, a co-conspirator not indicted herein distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

16

59.  On or about August 30, 2000, in the 1300 block of Congress Street and the 1300 block of Savannah Street, SE, within the District of Columbia, **JOSEPH JONES, aka Jo-Jo,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

60.  On or about September 8, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DANIEL COLLINS, aka DC,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

61.  On or about October 17, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie, and DESMOND THURSTON, aka Dazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and **THURSTON**, together with **JASMINE BELL, aka Jazz,** offered to supply quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

62.  On or about October 26, 2000, in the 1300 block of Savannah Street, SE, within the District of Columbia, **MARCUS SMITH, aka Mick,** while armed with a firearm, assaulted Jason Bernard Hall, aka Country's Little Brother, with the intent to murder him, for the purpose of robbing him of his drugs or money, or both.

63.  On or about November 16, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

64. On or about January 9, 2001, a cooperating witness paged **GREGORY BELL, aka Boy-Boy, aka Bunga,** using a numeric code as **BELL** had instructed, in order to arrange obtaining

specified quantities of cocaine base; and in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** then distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and offered to supply quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

65.   On or about January 9, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **JOSEPH JONES,  aka Jo-Jo,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

66.   On or about January 18, 2001, a cooperating witness paged **GREGORY BELL, aka Boy-Boy, aka Bunga,** using a numeric code as **BELL** had instructed, in order to arrange obtaining specified quantities of cocaine base; and in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga, and GERALD BAILEY, aka Chow Wow, aka Charlie,** then distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

67.   On or about January 24, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie, and PHILLIP WALLACE, aka Phil,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

68.   On or about January 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** informed a cooperating witness that his supply of cocaine base, also known as crack cocaine, was temporarily depleted because **WILSON** had distributed it to his co-conspirators, including **RAYMOND BELL, aka Santuce, and DESMOND THURSTON, aka Dazz;** and agreed to distribute ounce quantities of

cocaine base, also known as crack cocaine, to a cooperating witness in the future.

69.  On or about January 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DESMOND THURSTON, aka Dazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

70.  On or about February 12, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

71.  On or about February 14, 2001, **DAVID WILSON, aka Cool Wop, aka Cootie,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

72.  On or about February 14, 2001, **DAVID WILSON, aka Cool Wop, aka Cootie,** used a telephone to arrange for a co-conspirator to cook his supply of cocaine into cocaine base, also known as crack cocaine.

73.  On or about February 14, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

74.  On or about February 20, 2001, in the 3500 block of Wheeler Road, SE, within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

75.  On or about February 20, 2001, in the 3200 block of 13th Street, SE, within the District of Columbia, **ARTHUR HANDON, aka Jay,** distributed a mixture and substance containing a

detectable amount of cocaine base, also known as crack cocaine.

76.  On or about March 8, 2001, in the 3200 block of 13th Street, SE, within the District of Columbia, **ARTHUR HANDON, aka Jay,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

77.  On or about March 15, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

78.  On or about March 20, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

79.  On or about March 20, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **GERALD BAILEY, aka Chow Wow, aka Charlie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

80.  On or about March 22, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **NEWETT VINCENT FORD** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

81.  On or about March 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **LUCIOUS FOWLER** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

82.  On or about April 5, 2001, in the 3400 block of 13th Place, SE, and in the 1300 block of Congress Street, S.E., within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also

known as crack cocaine.

83.   On or about April 11, 2001, in the 3300 block of 13th Street, SE, within the District of Columbia, **NEWETT VINCENT FORD** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

84.   On or about April 21, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** while armed with a firearm, assaulted Quentin Milstead, because of a dispute over a drug sale, and to maintain and enhance the reputation of the organization.

85.   On or about April 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

86.   On or about April 30, 2001, in the 3500 block of 7th Street, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** possessed a loaded Balkal .380 caliber semi-automatic pistol.

87.   On or about June 22, 2001, in 3405 13th Place, SE, Apartment 201, within the District of Columbia, **DANIEL COLLINS, aka DC,** possessed a loaded .9 mm semi-automatic pistol.

88.   On or about July 3, 2001, in the 3400 block of 13th Place, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** and an unindicted co-conspirator possessed two loaded assault rifles, a Thompson semi-automatic carbine and a 7.62 assault rifle.

89.   On or about July 14, 2001, in the 1300 block of Southern Avenue, SE, Washington, D.C., **RAYMOND BELL, aka Santuce,** possessed a loaded Glock 22 .40 caliber semi-automatic pistol.

90. On or about July 20, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness.

91. On or about July 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

92. On or about September 5, 2001, in the 3400 block of 13th Place, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** while armed with a firearm, assaulted Keith Barnett over a gambling and money dispute within the organization.

93. On or about October 23, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness.

94. On or about November 15, 2001, in the 3300 block of 10th Place, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** and an unindicted co-conspirator possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

95. On or about November 21, 2001, in the 3300 block of 10th Place, SE, within the District of Columbia, **JASMINE BELL, aka Jazz,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

96. On or about November 28, 2001, in the 3300 block of 10th Place, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** and an unindicted co-conspirator possessed with

intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

97.  On or about November 28, 2001, in the 3300 block of 10th Place, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** possessed a loaded Intertec .9 mm semi-automatic pistol, also known as a Tek-9.

98.  On or about December 19, 2001, in the 3400 block of 13th Place, SE, within the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

99.  On or about December 20, 2001, in the 3400 block of 13th Place, SE, within the District of Columbia, **DANIEL COLLINS, aka DC,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

100.  In or about 2002, in or around the 1300 block of Hobart Street, NW, in the District of Columbia, Antonio Roberson, aka LT, a co-conspirator now deceased, and two co-conspirators not indicted herein, while armed with a .9 mm semi-automatic pistol and a Glock .9 mm semi-automatic pistol, robbed individuals of their money and drugs in order to further enrich the organization.

101.  On or about January 4, 2002, in the in the 3400 block of 13th Place, SE, within the District of Columbia, **DANIEL COLLINS, aka DC,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

102.  In or about sometime in 2002, in or around the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **GREGORY BELL, aka Boy-Boy, aka Bunga, JOSEPH JONES, aka Jo-Jo,** and co-conspirators not indicted herein, agreed to kill any member or associate of the conspiracy cooperating with law enforcement

against any other member or associate the conspiracy.

103.  On or about February 9, 2002, in the 4300 block of 4th Street, in Southeast, Washington, D.C., **PHILLIP WALLACE, aka Phil,** possessed a loaded Davis Industries .380 caliber semi-automatic pistol.

104.  On or about May 8, 2002, in the 3400 block of 13th Place, SE, within the District of Columbia, **MARCUS SMITH, aka Mick,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

105.  In or about August 2002, **DANIEL COLLINS, aka DC,** supplied **DOMINIC SAMUELS, aka Don, aka Dom,** with a firearm that was subsequently used to shoot and kill Jamel Sills, aka Black.

106.  On or about August 27, 2002, in the 3400 block of 13th Place, SE, within the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom**, while armed with a firearm, shot and killed Jamel Sills, aka Black, because Sills had stolen **SAMUELS'** firearm.

107.  In or about sometime between August 27, 2002 and September 14, 2002, **DANIEL COLLINS, aka, DC** retrieved the firearm **DOMINIC SAMUELS, aka Don, aka Dom,** used to shoot and kill Jamel Sills, aka Black, and hid the firearm at 3401 Congress Place, Apartment 101, SE, within the District of Columbia.

108.  In or about December 2002, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, directed, threatened, intimidated, or persuaded Witnesses ## 1-3 to the murder of Jamel Sills, aka Black, in the D.C. Superior Court Case of United States v. Jamal Sills, F-7902-02, not to cooperate with law enforcement.

109.  In or about January 2003, **ANTWUAN BALL, aka Twan, aka Big Ant**, threatened

to kill a co-conspirator not indicted herein because he was cooperating with law enforcement as a witness to the murder of Jamel Sills, aka Black, in the D.C. Superior Court Case of United States v. Jamal Sills, F-7902-02.

110.  On or about April 14, 2003, **ANTWUAN BALL, aka Twan, aka Big Ant,** directed **JOSEPH JONES, aka Jo-Jo** to provide false information to a law enforcement officer about the murder of Jamel Sills, aka Black in order to protect **DOMINIC SAMUELS, aka Don, aka Dom** from prosecution.

111.  On or about April 14, 2003, **ANTWUAN BALL, aka Twan, aka Big Ant** directed a co-conspirator not indicted herein to provide false information to a law enforcement officer about the murder of Jamel Sills, aka Black in order to protect **DOMINIC SAMUELS, aka Don, aka Dom** from prosecution.

112.  On or about April 14, 2003, **ANTWUAN BALL, aka Twan, aka Big Ant** directed a co-conspirator not indicted herein to provide false information to a law enforcement officer about the murder of Jamel Sills, aka Black in order to protect **DOMINIC SAMUELS, aka Don, aka Dom** from prosecution.

113.  On or about June 18, 2003, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, provided false information to a law enforcement officer about the murder of Jamel Sills, aka Black in order to protect **DOMINIC SAMUELS, aka Don, aka Dom** from prosecution.

114.  On or about August 11, 2003, at or around the intersection of 14th Place and Savannah Place Street, SE, within the District of Columbia, **DESMOND THURSTON, aka Dazz,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of

cocaine base, also known as crack cocaine.

115.  On or about September 5, 2003, in the 1300 block of Congress Street, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant, and JOSEPH JONES, aka Jo-Jo**, while armed with a knife, assaulted Michael Smallwood, a member of the rival 14th Street Crew, with the intent to murder him.

116.  On or about September 5, 2003, in the 1300 block of Congress Street, SE, in the District of Columbia, co-conspirators known and unknown to the grand jury, retrieved firearms from **DESMOND THURSTON's, aka Dazz,** vehicle, and while armed with firearms, assaulted Travon Shaw, Monte Owens, and Anthony Owens, members of the rival 14th Street Crew, with the intent to murder them.

117.  On or about November 18, 2003, in the 1300 block of Congress Street, SE, within the District of Columbia, **DESMOND THURSTON, aka Dazz,** and an unindicted co-conspirator distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

118.  On or about April 3, 2004, in the 1300 block of Congress Street, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, and **DAVID WILSON, aka Cool Wop, aka Cootie,** while armed with firearms, shot and killed Travon Shaw, because Shaw had previously attempted to kill **BALL**.

119.  On or about April 4, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** directed, threatened, intimidated, or persuaded Witness #4, a witness to the murder of Travon Shaw, not to cooperate with law enforcement.

120.  On or about April 21, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **LUCIOUS FOWLER** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

121.  Sometime after April 2004, within the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** apologized to **ANTWUAN BALL, aka Twan, aka Big Ant,** for killing Jamel Sills, aka Black, without **SAMUELS** having received permission from **BALL** to commit the murder.

122.  On or about August 4, 2004, **RAYMOND BELL, aka Santuce,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

123.  On or about August 4, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

124.  On or about August 11, 2004, **RAYMOND BELL, aka Santuce,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

125.  On or about August 11, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

126.  On or about August 23, 2004, **RAYMOND BELL, aka Santuce,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

127.  On or about August 23, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **RAYMOND BELL, aka Santuce,** distributed a mixture and substance

containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

128.  On or about August 30, 2004, **GREGORY BELL, aka Boy-Boy, aka Bunga, and RAYMOND BELL, aka Santuce,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

129.  On or about August 30, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga, and RAYMOND BELL, aka Santuce,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

130.  On or about September 1, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga, and RAYMOND BELL, aka Santuce,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

131.  On or about October 1, 2004, in the 3400 block of 13th Place, SE, within the District of Columbia, **GERALD BAILEY, aka Chow Wow, aka Charlie,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

132.  On or about October 4, 2004, **GREGORY BELL, aka Boy-Boy, aka Bunga,** and a co-conspirator not indicted herein used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

133.  On or about October 4, 2004, in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** and a co-conspirator not indicted

herein distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the co-conspirator agreed to distribute in the future to a cooperating witness a quantity of cocaine base, also known as crack cocaine.

134.  On or about January 26, 2005, **MARCUS SMITH, aka Mick,** and a co-conspirator not indicted herein used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

135.  On or about January 26, 2005, in the 3400 block of 13th Place, SE, within the District of Columbia, **MARCUS SMITH, aka Mick,** and a co-conspirator not indicted herein distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

136.  On or about February 10, 2005, in the 1300 block of Congress Place, SE, within the District of Columbia, **PHILLIP WALLACE, aka Phil,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

137.  On or about June 5, 2005, in the District of Columbia Jail, within the District of Columbia, **DESMOND THURSTON, aka Dazz,** attempted to distribute a quantity of a mixture and substance containing a detectable amount of heroin to **DAVID WILSON, aka Cool Wop, aka Cootie,** in order to enrich the organization.

> (**Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

## RICO CONSPIRACY

A.    **THE ENTERPRISE**

1.      From in or about sometime in 1992, up through and including at least sometime in March

2005, defendants **ANTWUAN BALL, aka Twan, aka Big Ant** and **DAVID WILSON, aka**

**Cool Wop, aka Cootie,** headed a criminal organization which was based in the District of

Columbia and which operated in various locations including, but not limited to, in and

around the Congress Park Public Housing Complex neighborhood, which includes but is not

limited to: the 1300 block of Congress Street, SE, the 3400 block of 13th Place, SE, the 1300

block of Savannah Street, SE, the 3400 block of 14th Place, SE, the 1300 block of Savannah

Place, SE, the 3300 block of 14th Place, SE, the 3300 block of 13th Street, SE, and the blocks

and alleys surrounding this area, all in the District of Columbia.  The organization, including

its leadership, membership, and associates, constituted an enterprise, as defined by Title 18,

United States Code, Section 1961(4), that is a group of individuals associated in fact.  The

enterprise constituted an ongoing organization whose members functioned as a continuing

unit for a common purpose of achieving the objectives of the enterprise.  The enterprise was

engaged in, and its activities affected interstate and foreign commerce.  The enterprise

operated in the District of Columbia, the State of Maryland, and elsewhere.

2.      A principal goal of the organization was to obtain money and other things of value.  It was

a further goal of the organization to traffic in controlled substances, including cocaine and

cocaine base, also known as crack cocaine, and to commit acts of murder, burglary, robbery,

assaults and other acts of violence for the following purposes, among others: to enrich the enterprise and its members; to create, maintain and control a market place for the distribution of its controlled substances; to enforce discipline among members of the enterprise; to protect the enterprise and its members from detection, apprehension and prosecution by law enforcement; to prevent and retaliate against acts of violence perpetrated against the enterprise and its members; to promote and enhance the reputation and standing of the enterprise and its members.

B.    **ROLES OF THE DEFENDANTS**

The enterprise members included, but were not limited to:

3.        **ANTWUAN BALL, aka Twan, aka Big Ant and DAVID WILSON, aka Cool Wop, aka Cootie,** were the leaders of the organization.   Beginning sometime in 1992, **ANTWUAN BALL, aka Twan, aka Big Ant,** together with friends, family members and individuals known to him from the organization's area distributed controlled substances, including cocaine and cocaine base, also known as crack cocaine, in Congress Park.

4.        Sometime in the mid 1990s, **DAVID WILSON, aka Cool Wop, aka Cootie,** became a leader in the distribution of cocaine and cocaine base in Congress Park. **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** obtained quantities of cocaine and cocaine base from varying sources and redistributed that cocaine and cocaine base, to other members of the organization to distribute and sold it directly to customers of the organization. **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** and other members of the organization distributed cocaine and crack cocaine in the Congress Park area that the organization controlled, and

they at times assisted each other in controlling the Congress Park neighborhood to promote

the drug distribution venture, and at other times competed with each other for leadership

positions within the organization.

5.      **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop,**

**aka Cootie,** directed, procured and participated in acts of violence in order to further the

purposes of the organization.  **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID**

**WILSON, aka Cool Wop, aka Cootie,** personally committed murders and assaults to

further the purposes of the organization.  **ANTWUAN BALL, aka Twan, aka Big Ant, and**

**DAVID WILSON, aka Cool Wop, aka Cootie,** also solicited other co-conspirators to

commit murder, assaults, robberies, and other acts of violence to further the organization's

purposes.

6.      **GREGORY BELL, aka Boy-Boy, aka Bunga,** was a member of the organization, and

distributed quantities of crack cocaine to co-conspirators and customers of the organization

located in the Congress Park area of the District of Columbia. **GREGORY BELL, aka Boy-**

**Boy, aka Bunga,** at times functioned as a 'lieutenant' for **ANTWUAN BALL, aka Twan,**

**aka Big Ant,** and committed and aided and abetted several specific acts of violence

committed by **ANTWUAN BALL, aka Twan, aka Big Ant,** and other members of the

organization in order to further the goals of the organization.  **GREGORY BELL, aka Boy-**

**Boy, aka Bunga,** also acted to obstruct the investigations of law enforcement into violent

acts committed by **ANTWUAN BALL, aka Twan, aka Big Ant,** and other members of the

organization.  **GREGORY BELL, aka Boy-Boy, aka Bunga,** redistributed wholesale and

retail quantities of cocaine base, primarily in the area around the Congress Park public

housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

7.        **JOSEPH JONES, aka Jo-Jo,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **JOSEPH JONES, aka Jo-Jo,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization. **JOSEPH JONES, aka Jo-Jo,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

8.        **DOMINIC SAMUELS, aka Don, aka Dom,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **DOMINIC SAMUELS, aka Don, aka Dom,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization. **DOMINIC SAMUELS, aka Don, aka Dom,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

9.        **GERALD BAILEY, aka Chow Wow, aka Charlie,** was a member of the organization,

and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia.

10.    **JASMINE BELL, aka Jazz,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **JASMINE BELL, aka Jazz,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization.  **JASMINE BELL, aka Jazz,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

11.    **RAYMOND BELL, aka Santuce,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **RAYMOND BELL, aka Santuce,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization.  **RAYMOND BELL, aka Santuce,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

12.    **NEWETT VINCENT FORD,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in

the Congress Park area of the District of Columbia.

13.       **LUCIOUS FOWLER**, was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia.

14.       **ARTHUR HANDON, aka Jay,** was a member of the organization, and distributed quantities of crack cocaine to various co-conspirators and customers for the organization located in the Congress Park area of the District of Columbia. **ARTHUR HANDON, aka Jay,** committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization.

15.       **MARCUS SMITH, aka Mick,** was a member of the organization, and distributed quantities of crack cocaine to various co-conspirators and customers for the organization located in the Congress Park area of the District of Columbia. **MARCUS SMITH, aka Mick,** committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization.

16.       **DESMOND THURSTON, aka Dazz,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **DESMOND THURSTON, aka Dazz,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization. **DESMOND THURSTON, aka Dazz,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress

Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

17.      **PHILLIP WALLACE, aka Phil,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **PHILLIP WALLACE, aka Phil,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization. **PHILLIP WALLACE, aka Phil,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

18.      **DANIEL COLLINS, aka DC**, was a member of the organization, and distributed quantities of crack cocaine to various co-conspirators and customers for the organization located in the Congress Park area of the District of Columbia. **DANIEL COLLINS, aka DC,** committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization.

C.      <u>THE RICO CONSPIRACY</u>

19.  From in or about sometime in 1992, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least March 2005, in the District of Columbia and elsewhere, the defendants, **ANTWUAN BALL, aka Twan, aka Big Ant, DAVID WILSON, aka Cool Wop, aka Cootie, GREGORY BELL, aka Boy-Boy, aka Bunga, JOSEPH JONES, aka Jo-Jo, DOMINIC SAMUELS, aka Don, aka Dom, GERALD BAILEY, aka Chow Wow, aka Charlie, JASMINE BELL, aka Jazz, RAYMOND BELL, aka Santuce, NEWETT VINCENT**

36

**FORD, LUCIOUS FOWLER, ARTHUR HANDON, aka Jay, MARCUS SMITH, aka Mick, DESMOND THURSTON, aka Dazz, PHILLIP WALLACE, aka Phil,** and **DANIEL COLLINS, aka DC,** being persons employed by and associated with the enterprise described above, which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, unlawfully, knowingly and intentionally did combine, conspire, confederate and agree with each other, and with persons known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1962(c); that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, as that term is defined by Title 18, United States Code, Section 1961(1) and 1961(5).

20.     It was further part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering in the conduct of the affairs of the enterprise.

D.     THE PATTERN OF RACKETEERING ACTIVITY

21.     The pattern of racketeering activity, as defined in Title 18, United States Code, Sections 1961(1) and 1961(5),  consisted of the following acts:

Racketeering Act 1: Acts Involving Dealing in a Controlled Substance (Conspiracy)

From in or about sometime in 1992, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least March 2005, in the District of Columbia, the defendants, **ANTWUAN BALL, aka Twan, aka Big Ant, DAVID WILSON, aka Cool Wop, aka Cootie, GREGORY BELL, aka Boy-Boy, aka Bunga, JOSEPH JONES, aka Jo-Jo, DOMINIC SAMUELS, aka Don, aka Dom, GERALD BAILEY, aka Chow Wow, aka Charlie, JASMINE BELL, aka Jazz, RAYMOND BELL, aka Santuce, NEWETT VINCENT FORD, LUCIOUS FOWLER, ARTHUR HANDON, aka Jay, MARCUS SMITH, aka Mick, DESMOND**

**THURSTON, aka Dazz, PHILLIP WALLACE, aka Phil,** and **DANIEL COLLINS, aka DC,**

did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with

each other, with co-conspirators not indicted herein, and with others known and unknown to the

Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and to

distribute narcotic controlled substances, in violation of Title 21, United States Code, Sections

841(a)(1) and 846, as set forth more fully in Count One of this Indictment, which is realleged and

incorporated by reference herein.

Racketeering Acts 2-43:  Acts Involving Dealing in a Controlled Substance (Distribution)

On or about the dates set forth below, in the District of Columbia, the defendants named

below did, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States

Code, Section 2, unlawfully, knowingly and intentionally distribute a mixture and substance

containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic

drug controlled substance, as more fully set forth in the specified Counts set forth below and in the

specified Overt Acts of Count One, which are realleged and incorporated by reference herein:

| Act | Defendant or Co-Conspirator | Nature of Offense/Date | Count or Overt Act | Violation |
|-----|------------------------------|------------------------|---------------------|-----------|
| 2 | **DAVID WILSON & DESMOND THURSTON** | Dist. Cocaine Base (5/16/2000) | Ct. 3 | 21 U.S.C. §841(a)(1) |
| 3 | **JASMINE BELL** | Dist. Cocaine Base (5/16/2000) | Ct. 4 | 21 U.S.C. §841(a)(1) |
| 4 | **DAVID WILSON** | Dist. Cocaine Base (5/25/2000) | Ct. 5 | 21 U.S.C. §841(a)(1) |

38

| 5 | **GREGORY BELL** | Dist. Cocaine Base (6/5/2000) | Ct. 6 | 21 U.S.C. §841(a)(1) |
|---|---|---|---|---|
| 6 | **DAVID WILSON** | Dist. Cocaine (6/28/2000) | Ct. 7 | 21 U.S.C. §841(a)(1) |
| 7 | **DAVID WILSON** | Dist. Cocaine (7/7/2000) | Ct. 8 | 21 U.S.C. §841(a)(1) |
| 8 | **ANTWUAN BALL** | Dist. Cocaine Base (7/18/2000) | Ct. 9 | 21 U.S.C. §841(a)(1) |
| 9 | **GREGORY BELL** | Dist. Cocaine Base (7/27/2000) | Ct. 10 | 21 U.S.C. §841(a)(1) |
| 10 | **JASMINE BELL** | Dist. Cocaine Base (8/23/2000) | Ct. 11 | 21 U.S.C. §841(a)(1) |
| 11 | **JOSEPH JONES** | Dist. Cocaine Base (8/30/2000) | Ct. 12 | 21 U.S.C. §841(a)(1) |
| 12 | **DANIEL COLLINS** | Dist. Cocaine Base (9/8/00) | Ct. 13 | 21 U.S.C. §841(a)(1) |
| 13 | **DAVID WILSON & DESMOND THURSTON** | Dist. Cocaine Base (10/17/2000) | Ct. 14 | 21 U.S.C. §841(a)(1) |
| 14 | **GREGORY BELL** | Dist. Cocaine Base (11/16/2000) | Ct. 15 | 21 U.S.C. §841(a)(1) |
| 15 | **GREGORY BELL** | Dist. Cocaine Base (1/9/01) | Ct. 16 | 21 U.S.C. §841(a)(1) |

| 16 | **JOSEPH JONES** | Dist. Cocaine Base (1/9/01) | Ct. 17 | 21 U.S.C. §841(a)(1) |
| 17 | **GREGORY BELL & GERALD BAILEY** | Dist. Cocaine Base (1/18/2001) | Ct. 18 | 21 U.S.C. §841(a)(1) |
| 18 | **DAVID WILSON & PHILLIP WALLACE** | Dist. Cocaine Base (1/24/2001) | Ct. 19 | 21 U.S.C. §841(a)(1) |
| 19 | **DESMOND THURSTON** | Dist. Cocaine Base (1/26/2001) | Ct. 20 | 21 U.S.C. §841(a)(1) |
| 20 | **LUCIOUS FOWLER** | Dist. Cocaine Base (2/12/2001) | Ct. 21 | 21 U.S.C. §841(a)(1) |
| 21 | **DAVID WILSON** | Dist. Cocaine Base (2/14/01) | Ct. 22 | 21 U.S.C. §841(a)(1) |
| 22 | **LUCIOUS FOWLER** | Dist. Cocaine Base (2/20/2001) | Ct. 23 | 21 U.S.C. §841(a)(1) |
| 23 | **ARTHUR HANDON** | Dist. Cocaine Base (2/20/2001) | Ct. 24 | 21 U.S.C. §841(a)(1) |
| 24 | **ARTHUR HANDON** | Dist. Cocaine Base (3/8/2001) | Ct. 25 | 21 U.S.C. §841(a)(1) |
| 25 | **LUCIOUS FOWLER** | Dist. Cocaine Base (3/15/2001) | Ct. 26 | 21 U.S.C. §841(a)(1) |
| 26 | **DAVID WILSON** | Dist. Cocaine Base (3/20/2001) | Ct. 27 | 21 U.S.C. §841(a)(1) |

| | | | |
|---|---|---|---|
| 27 | **GERALD BAILEY** | Dist. Cocaine Base (3/20/2001) | Ct. 28 | 21 U.S.C. §841(a)(1) |
| 28 | **NEWETT V. FORD** | Dist. Cocaine Base (3/22/2001) | Ct. 29 | 21 U.S.C. §841(a)(1) |
| 29 | **LUCIOUS FOWLER** | Dist. Cocaine Base (3/26/2001) | Ct. 30 | 21 U.S.C. §841(a)(1) |
| 30 | **DAVID WILSON** | Dist. Cocaine Base (4/5/2001) | Ct. 31 | 21 U.S.C. §841(a)(1) |
| 31 | **NEWETT V. FORD** | Dist. Cocaine Base (4/11/2001) | Ct. 32 | 21 U.S.C. §841(a)(1) |
| 32 | **DAVID WILSON** | Dist. Cocaine Base (4/26/2001) | Ct. 33 | 21 U.S.C. §841(a)(1) |
| 33 | **ANTWUAN BALL** | Dist. Cocaine Base (7/26/2001) | Ct. 34 | 21 U.S.C. §841(a)(1) |
| 34 | **DOMINIC SAMUELS** | Dist. Cocaine Base (12/19/2001) | Ct. 36 | 21 U.S.C. §841(a)(1) |
| 35 | **DANIEL COLLINS** | Dist. Cocaine Base (12/20/2001) | Ct. 37 | 21 U.S.C. §841(a)(1) |
| 36 | **DANIEL COLLINS** | Dist. Cocaine Base (1/4/2002) | Ct. 38 | 21 U.S.C. §841(a)(1) |

| 37 | **DESMOND THURSTON** | Dist. Cocaine Base (11/18/2003) | Ct. 39 | 21 U.S.C. §841(a)(1) |
|----|----|----|----|----|
| 38 | **RAYMOND BELL** | Dist. Cocaine Base (8/4/20004) | Ct. 41 | 21 U.S.C. §841(a)(1) |
| 39 | **RAYMOND BELL** | Dist. Cocaine Base (8/11/2004) | Ct. 42 | 21 U.S.C. §841(a)(1) |
| 40 | **RAYMOND BELL** | Dist. Cocaine Base (8/23/2004) | Ct. 43 | 21 U.S.C. §841(a)(1) |
| 41 | **GREGORY BELL & RAYMOND BELL** | Dist. Cocaine Base (8/30/2004) | Ct. 44 | 21 U.S.C. §841(a)(1) |
| 42 | **GREGORY BELL** | Dist. Cocaine Base (10/4/2004) | Ct. 47 | 21 U.S.C. §841(a)(1) |
| 43 | **MARCUS SMITH** | Dist. Cocaine Base (1/26/2005) | Ct. 48 | 21 U.S.C. §841(a)(1) |

Racketeering Acts 44-50:      Acts Involving Dealing in a Controlled Substance
(Possession with Intent to Distribute)

On or about the dates set forth below, in the District of Columbia, and elsewhere, the

defendants named below, in violation of Title 21, United States Code, Section 841(a)(1), and Title

18, United States Code, Section 2, unlawfully, knowingly and intentionally did possess with intent

to distribute a mixture and substance containing a detectable amount of cocaine base, also known

as crack cocaine, a Schedule II narcotic drug controlled substance, as more fully set forth below in

the specified Counts set forth below and in the specified Overt Acts of Count One, which are

realleged and incorporated by reference herein:

| Act | Defendant or Co-Conspirator | Nature of Offense/Date | Count or Overt Act | Violation |
|-----|------------------------------|------------------------|---------------------|-----------|
| 44 | **GREGORY BELL** | PWID Cocaine Base 8/2/1996 | Overt 11 Act | 21 U.S.C.841 (a)(1) |
| 45 | **DOMINIC SAMUELS & DANIEL COLLINS** | PWID Cocaine Base (1/18/1997) | Overt 13 Act | 21 U.S.C. §841(a)(1) |
| 46 | **RAYMOND BELL** | PWID Cocaine Base (11/28/2001) | Ct. 35 | 21 U.S.C. §841 (a)(1) |
| 47 | **LUCIOUS FOWLER** | PWID Cocaine Base (4/21/2004) | Ct. 40 | 21 U.S.C. §841(a)(1) |
| 48 | **GREGORY BELL & RAYMOND BELL** | PWID Cocaine Base (9/1/2004) | Ct. 45 | 21 U.S.C.§841(a)(1) |
| 49 | **GERALD BAILEY** | PWID Cocaine Base (10/1/2004) | Ct. 46 | 21 U.S.C.§841(a)(1) |
| 50 | **PHILLIP WALLACE** | PWID Cocaine Base (2/10/2005) | Ct. 49 | 21 U.S.C.§841 (a)(1) |

<u>Racketeering Acts 51-71</u>:      <u>Acts Involving Murder</u>

<u>Racketeering Act 51</u>

<u>Conspiracy to Murder Ronnie Middleton, aka Squid,
and other Members and Associates of the 1-5 Mob</u>

The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act 51:

(a)      From on or about November 21, 1993 to on or about August 17, 1998 in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **DAVID WILSON, aka Cool Wop, aka Cootie, JOSEPH JONES, aka Jo-Jo**, **DESMOND THURSTON, aka Dazz,** Kairi Ball, a co-conspirator now deceased, Antonio Roberson, aka LT, a co-conspirator now deceased, and co-conspirators not indicted herein did unlawfully, knowingly and willfully combine, conspire, confederate, and agree together to murder Ronnie Middleton, aka Squid, Bradley Carter, and other members and associates of the 1-5 Mob, in violation of 22 D.C. Code §§ 2101, 2103, 4502.

I. Object of the Conspiracy

It was the primary object of the conspiracy for the defendants and co-conspirators not indicted herein, to murder Ronnie Middleton, aka Squid, and other members and associates of the 1-5 Mob, in order to seek revenge for the November 21, 1993 murder of Maurice Dolman, aka Reesy, an associate of the Congress Park Crew, and to retaliate for armed assaults against the defendants, and other members and associates of their organization.

II. Overt Acts

In furtherance of the conspiracy and in order to effect the object thereto, the defendants and co-conspirators not indicted herein, in various combinations, directly and indirectly, committed overt

acts including, but not limited to, the following overt acts alleged in Count 1, which overt acts are realleged and incorporated herein by reference as though fully set forth in this Count:

Overt Acts: 4, 5, 6, 15, 23.

(Conspiracy to Commit Murder, in violation of Title 22, D.C. Code, Section 1805(a))

Racketeering Act 52

### Assault with Intent to Murder Bradley Carter

_____On or about February 20, 1994, in the 2300 block of Southern Avenue, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **JOSEPH JONES, aka Jo-Jo**, and Kairi Ball, a co-conspirator now deceased, did commit an act involving murder, that is, while armed with firearms, assaulted Bradley Carter with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 53

### January 23, 1996 Murder of Troy Lewis

On or about January 23, 1996, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** while armed with a firearm, purposely and with deliberate and premeditated malice, killed Troy Lewis, by shooting him with a firearm on or about January 23, 1996, thereby causing injuries from which Troy Lewis died on or about January 23, 1996, in violation of 22 D.C. Code Sections 2101 and 4502.

Racketeering Act 54

Conspiracy to Murder Jack Davis and Devar Chandler and other
Members and Associates of the 10th Place/Trenton Place Crew

From in or about sometime in September 1996 to at least June 16, 1998, in the District of

Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant, DAVID WILSON, aka Cool Wop, aka**

**Cootie, DESMOND THURSTON, aka Dazz,** Antonio Roberson, aka LT, a co-conspirator now

deceased, and co-conspirators not indicted herein did unlawfully, knowingly and willfully combine,

conspire, confederate, and agree together to murder Jack Davis, a/k/a Twin, Devar M. Chandler,

a/k/a D-Lock, and other members and associates of the 10th Place/Trenton Place Crew, in violation

of 22 D.C. Code §§ 2101 and 4502.

I. Object of the Conspiracy

It was the primary object of the conspiracy for the defendants and co-conspirators not indicted

herein, to murder members and associates of the 10th Place/Trenton Place Crew, including Jack

Davis, a/k/a Twin, and Devar M. Chandler, a/k/a D-Lock, in order to retaliate for armed assaults of

the defendants and their associates, and for the murders of David Scott, aka Head and Darryl Gibson,

aka Meatball, aka Little Darryl, who were members of the Congress Park Crew.

II. Overt Acts

In furtherance of the conspiracy and in order to effect the object thereto, the defendants and

co-conspirators not indicted herein, in various combinations, directly and indirectly, committed overt

acts including, but not limited to, the following overt acts alleged in Count 1, which overt acts are

realleged and incorporated herein by reference as though fully set forth in this Count:

Overt Acts: 18, 19, 20, 21, 22.

(Conspiracy to Commit Murder, in violation of Title 22, D.C. Code, Section 1805(a))

Racketeering Act 55

### Assaults with Intent to Murder James Faison and John Ewing

_____The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act 55:_

(a) On or about October 8, 1997, in the 1500 block of Congress Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, did commit an act involving murder, that is, while armed with firearms, assaulted James Faison, aka Jay-Jay, with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

_____(b) On or about October 8, 1997, in the 1500 block of Congress Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, did commit an act involving murder, that is, while armed with firearms, assaulted John Ewing with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 56

### Assault with Intent to Murder Linwood Carpenter

_____On or about March 24, 1998, in an alley in the 100 block of Forrester Street, SW, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, did commit an act involving murder, that is, while armed with firearms,

assaulted Linwood Carpenter with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 57

## August 17, 1998 Murder of Sabrina Bradley

On or about August 17, 1998, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while armed with firearms, purposely and with deliberate and premeditated malice, killed Sabrina Bradley, by shooting her with firearms on or about August 16, 1998, thereby causing injuries from which Sabrina Bradley, died on or about August 18, 1998, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

Racketeering Act 58

## August 17, 1998 Murder of Ronnie Middleton

On or about August 17, 1998, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while armed with firearms, purposely and with deliberate and premeditated malice, killed Ronnie Middleton, aka Squid, by shooting him with firearms on or about August 17, 1998, thereby causing injuries from which Ronnie Middleton, died on or about August 17, 1998, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

Racketeering Act 59

<u>Assault with Intent to Murder Anthony Van Scott</u>

_____On or about sometime in early 2000, in the 3200 block of 13th Street, SE, in the District of

Columbia, **ARTHUR HANDON, aka Jay**, did commit an act involving murder, that is, while armed

with a firearm, assaulted Anthony Van Scott, aka Cat Eye Tony, with the intent to murder him, in

violation of 22 D.C. Code Sections 403 and 4502.

Racketeering Act 60

<u>Assault with Intent to Murder Jason Hall</u>

_____On or about October 26, 2000, in the 1300 block of Savannah Street, SE, in the District of

Columbia, **MARCUS SMITH, aka Mick**, did commit an act involving murder, that is, while armed

with a firearm, assaulted Jason Hall, with the intent to murder him, in violation of 22 D.C. Code

Sections 403, 4502, and 1805.

Racketeering Act 61

<u>Assault with Intent to Murder Quentin Milstead</u>

_____On or about April 21 2001, in the 1300 block of Congress Street, SE, in the District of

Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, did commit an act involving murder, that

is, while armed with a firearm, assaulted Quentin Milstead with the intent to murder him, in violation

of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 62

<u>August 27, 2002 Murder of Jamel Sills</u>

On or about August 27, 2002, in the District of Columbia, **DOMINIC SAMUELS, aka Don,**

**aka Dom**, while armed with a firearm, purposely and with deliberate and premeditated malice, killed

Jamel Sills, aka Black, by shooting him with a firearm on or about August 27, 2002, thereby causing injuries from which Jamel Sills, aka Black, died on or about August 27, 2002, in violation of 22 D.C. Code Sections 2101 and 4502.

Racketeering Act 63

### Assault with Intent to Murder Michael Smallwood

_____On or about September 5, 2003, in the 1300 block of Congress Street, SE, in the District of Columbia, **JOSEPH JONES, aka Jo-Jo**,  did commit an act involving murder, that is, while armed with a knife, assaulted Michael Smallwood with the intent to murder him, in violation of 22 D.C. Code Sections 403 and 4502.

Racketeering Act 64

### Assault with Intent to Murder
### Trevon Shaw, Monte Owens, and Anthony Owens

_____The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act 64:

_____(a) On or about September 5, 2003, in the 3400 block of 13th Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and co-conspirators known and unknown to the grand jury, did commit an act involving murder, that is, while armed with firearms, assaulted Trevon Shaw with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

(b) On or about September 5, 2003, in the 3400 block of 13th Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and co-conspirators known and unknown to the grand jury, did commit an act involving murder, that is, while armed with firearms, assaulted Monte Owens with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

(c) On or about September 5, 2003, in the 3400 block of 13th Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and co-conspirators, known and unknown to the grand jury, did commit an act involving murder, that is, while armed with firearms, assaulted Anthony Owens with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 65

<u>April 3, 2004 Murder of Travon Shaw</u>

_____On or about April 3, 2004, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, and **DAVID WILSON, aka Cool Wop, aka Cootie**, while armed with a firearm, purposely and with deliberate and premeditated malice, killed Travon Shaw, by shooting him with a firearm on or about April 3, 2004, thereby causing injuries from which Travon Shaw, died on or about April 3, 2004, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

Racketeering Acts 66-68:        Acts Involving Witness Tampering

Racketeering Act 66

<u>Conspiracy to Tamper With Witnesses</u>

From July 30, 2002 to in or about at least April 2004, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **GREGORY BELL, aka Boy-Boy, aka Bunga**, **JOSEPH JONES, aka Jo-Jo,** and co-conspirators not indicted herein did unlawfully, knowingly and willfully combine, conspire, confederate, and agree together to knowingly use intimidation and physical force, and to threaten and corruptly persuade witnesses to the murder of Jamel Sills, aka Black, and Travon Shaw, with intent to influence, delay, or prevent the testimony of the witnesses in an official proceeding, and to hinder, delay, and prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible

commission of a Federal offense, in violation of Title 18, United States Code, Sections 1512(b)(1) and 1512(b)(3).

I. Object of the Conspiracy

It was the primary object of the conspiracy for the defendants and co-conspirators not indicted herein, to tamper with witnesses to the murders of Jamel Sills, aka Black, committed by **DOMINIC SAMUELS, aka Don, aka Dom,** to tamper with witnesses to the murder of Travon Shaw, committed by **ANTWUAN BALL, aka Twan, aka Big Ant**, and **DAVID WILSON, aka Cool Wop, aka Cootie**, and to tamper with witnesses to other criminal acts committed by members and associates of the organization, in order to prevent the arrest and conviction of the defendants and co-conspirators not indicted herein, for engaging in an illegal enterprise and conspiracy that they suspected they were being investigated.

II. Overt Acts

In furtherance of the conspiracy and in order to effect the object thereto, the defendants and co-conspirators not indicted herein, in various combinations, directly and indirectly, committed overt acts including, but not limited to, the following overt acts alleged in Count 1, which overt acts are realleged and incorporated herein by reference as though fully set forth in this Count:

Overt Acts: 108, 109, 110, 111, 112, 113, 119.

(**Conspiracy to Tamper with a Witness, Victim, or an Informant**, in violation of Title 18, United States Code, Section 1512(k))

Racketeering Act 67

<u>Tampering with Witnesses to Murder of Jamel Sills, aka Black</u>

The defendants named below committed the following acts, either one of which alone constitutes the commission of Racketeering Act 67:

_____(a) In or about December, 2002, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, knowingly used intimidation and physical force, threatened and corruptly persuaded Witnesses ##1-3, witnesses to the murder of Jamel Sills, aka Black, with intent to influence, delay, or prevent the testimony of Witnesses ##1-3 in an official proceeding in violation of Title 18, United States Code, Section 1512(b)(1).

(b)  In or about December, 2002, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, knowingly used intimidation and physical force, threatened and corruptly persuaded Witnesses ##1-3, witnesses to the murder of Jamel Sills, aka Black, with intent to prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense, in violation of Title 18, United States Code, Section 1512(b)(3).

Racketeering Act 68

<u>Tampering with Witnesses to Murder of Jamel Sills, aka Black</u>

The defendants named below committed the following acts, either one of which alone constitutes the commission of Racketeering Act 68:

_____(a)    In or about January 2003, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, knowingly used intimidation and physical force, threatened and corruptly persuaded a co-conspirator not indicted herein, witness to the murder of Jamel Sills, aka Black, with

intent to influence, delay, or prevent the testimony of the co-conspirator in an official proceeding in violation of Title 18, United States Code, Section 1512(b)(1).

_____(b)      In or about January 2003, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, knowingly used intimidation and physical force, threatened and corruptly persuaded a co-conspirator not indicted herein, witness to the murder of Jamel Sills, aka Black, with intent to hinder, delay, and prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense, in violation of Title 18, United States Code, Section 1512(b)(3).

Racketeering Act 69:  Act Involving Robbery

Armed Robbery of David Wilson and an Unindicted Co-Conspirator

The defendant named below committed the following acts, either one of which alone constitutes the commission of Racketeering Act 69:

(a) On or about March 3, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, while armed with a pistol, committed an act involving robbery, in that he, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of **DAVID WILSON, aka Cool Wop, aka Cootie**, property of value belonging to that person, consisting of cocaine base, also known as crack cocaine, U.S. Currency, and a firearm, in violation of 22 D.C. Code Sections 2801 and 4502.

_____(b) On or about March 3, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, while armed with a pistol, committed an act involving robbery, in that he, by force and violence, against resistance and by putting in fear,

stole and took from the person and from the immediate actual possession of a co-conspirator not indicted herein, property of value belonging to that person, consisting of cocaine base, also known as crack cocaine, U.S. currency, and a firearm, in violation of 22 D.C. Code Sections 2801 and 4502.

(**Conspiracy to Participate in Racketeer Influenced Corrupt  Organization**, in violation of Title 18, United States Code, Section 1962(d))

## COUNTS THREE TO FORTY-NINE

## DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE

On or about the dates set forth below, within the District of Columbia, the defendants named below did, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2:

## COCAINE BASE, ALSO KNOWN AS CRACK COCAINE

(a) unlawfully, knowingly and intentionally distributed, or possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was a detectable amount, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

(b)  unlawfully, knowingly and intentionally distribute cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount of said mixture and substance was 5 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii);

55

as set forth in the specified Counts set forth below and in the specified Overt Acts of Count One, which are realleged and incorporated by reference herein:

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 3 OA: 43 | **DAVID WILSON and DESMOND THURSTON** | Dist. Cocaine Base 5/16/2000 | 21 U.S.C. §841(a)(1); |
| 4 OA: 44 | **JASMINE BELL** | Dist. Cocaine Base 5/16/2000 | 21 U.S.C. §841(a)(1); |
| 5 OA: 46 | **DAVID WILSON** | Dist. Cocaine Base 5/25/2000 | 21 U.S.C. §841(a)(1); |
| 6 OA: 47 | **GREGORY BELL** | Dist. Cocaine Base 6/5/00 | 21 U.S.C. §841(a)(1); |
| 7 OA: 48 | **DAVID WILSON** | Dist. Cocaine Base 6/28/00 | 21 U.S.C. §841(a)(1); |
| 8 OA: 50 | **DAVID WILSON** | Dist. Cocaine Base 7/7/00 | 21 U.S.C. §841(a)(1); |
| 9 OA: 54 | **ANTWUAN BALL** | Dist. Cocaine Base 7/18/00 | 21 U.S.C. §841(a)(1); |
| 10 OA: 55 | **GREGORY BELL** | Dist. Cocaine Base 7/27/00 | 21 U.S.C. §841(a)(1); |

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 11 OA: 57 | **JASMINE BELL** | Dist. Cocaine Base 8/23/00 | 21 U.S.C. §841(a)(1); |
| 12 OA: 59 | **JOSEPH JONES** | Dist. Cocaine Base 8/30/00 | 21 U.S.C. §841(a)(1); |
| 13 OA: 60 | **DANIEL COLLINS** | Dist. Cocaine Base 9/8/00 | 21 U.S.C. §841(a)(1); |
| 14 OA: 61 | **DAVID WILSON** and **DESMOND THURSTON** | Dist. Cocaine Base 10/17/00 | 21 U.S.C. §841(a)(1); |
| 15 OA: 63 | **GREGORY BELL** | Dist. Cocaine Base 11/16/00 | 21 U.S.C. §841(a)(1); |
| 16 OA: 64 | **GREGORY BELL** | Dist. Cocaine Base 1/9/01 | 21 U.S.C. §841(a)(1); |
| 17 OA: 65 | **JOSEPH JONES** | Dist. Cocaine Base 1/9/01 | 21 U.S.C. §841(a)(1); |
| 18 OA: 66 | **GREGORY BELL** and **GERALD BAILEY** | Dist. Cocaine Base 1/18/01 | 21 U.S.C. §841(a)(1); |

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 19 OA: 67 | **DAVID WILSON** and **PHILLIP WALLACE** | Dist. of 5 Grams or More of Cocaine Base 1/24/01 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 20 OA: 69 | **DESMOND THURSTON** | Dist. Cocaine Base 1/26/01 | 21 U.S.C. §841(a)(1); |
| 21 OA: 70 | **LUCIOUS FOWLER** | Dist. Cocaine Base 2/12/01 | 21 U.S.C. §841(a)(1); |
| 22 OA: 73 | **DAVID WILSON** | Dist. of 5 Grams or More of Cocaine Base 2/14/01 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 23 OA: 74 | **LUCIOUS FOWLER** | Dist. Cocaine Base 2/20/01 | 21 U.S.C. §841(a)(1); |
| 24 OA: 75 | **ARTHUR HANDON** | Dist. Cocaine Base 2/20/01 | 21 U.S.C. §841(a)(1); |
| 25 OA: 76 | **ARTHUR HANDON** | Dist. Cocaine Base 3/8/01 | 21 U.S.C. §841(a)(1); |
| 26 OA: 77 | **LUCIOUS FOWLER** | Dist. Cocaine Base 3/15/01 | 21 U.S.C. §841(a)(1); |
| 27 OA: 78 | **DAVID WILSON** | Dist. Cocaine Base 3/20/01 | 21 U.S.C. §841(a)(1); |

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 28 OA: 79 | **GERALD BAILEY** | Dist. Cocaine Base 3/20/01 | 21 U.S.C. §841(a)(1); |
| 29 OA: 80 | **NEWETT V. FORD** | Dist. Cocaine Base 3/22/01 | 21 U.S.C. §841(a)(1); |
| 30 OA: 81 | **LUCIOUS FOWLER** | Dist. Cocaine Base 3/26/01 | 21 U.S.C. §841(a)(1); |
| 31 OA: 82 | **DAVID WILSON** | Dist. Cocaine Base 4/5/01 | 21 U.S.C. §841(a)(1); |
| 32 OA: 83 | **NEWETT V. FORD** | Dist. Cocaine Base 4/11/01 | 21 U.S.C. §841(a)(1); |
| 33 OA: 85 | **DAVID WILSON** | Dist. Cocaine Base 4/26/01 | 21 U.S.C. §841(a)(1); |
| 34 OA: 91 | **ANTWUAN BALL** | Dist. of 5 Grams or More of Cocaine Base 7/26/01 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 35 OA: 96 | **RAYMOND BELL** | PWID Cocaine Base 11/28/01 | 21 U.S.C. §841(a)(1); |
| 36 OA: 98 | **DOMINIC SAMUELS** | Dist. Cocaine Base 12/19/01 | 21 U.S.C. §841(a)(1); |
| 37 OA: 99 | **DANIEL COLLINS** | Dist. Cocaine Base 12/20/01 | 21 U.S.C. §841(a)(1); |

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 38 OA: 101 | **DANIEL COLLINS** | Dist. Cocaine Base 1/4/02 | 21 U.S.C. §841(a)(1); |
| 39 OA: 117 | **DESMOND THURSTON** | Dist. Cocaine Base 11/18/03 | 21 U.S.C. §841(a)(1); |
| 40 OA: 120 | **LUCIOUS FOWLER** | PWID Cocaine Base 4/21/04 | 21 U.S.C. §841(a)(1); |
| 41 OA: 123 | **RAYMOND BELL** | Dist. of 5 Grams or More of Cocaine Base 8/4/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 42 OA: 125 | **RAYMOND BELL** | Dist. of 5 Grams or More of Cocaine Base 8/11/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 43 OA: 127 | **RAYMOND BELL** | Dist. of 5 Grams or More of Cocaine Base 8/23/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 44 OA: 129 | **GREGORY BELL** **and** **RAYMOND BELL** | Dist. of 5 Grams or More of Cocaine Base 8/30/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 45 OA: 130 | **GREGORY BELL** **and** **RAYMOND BELL** | PWID. Cocaine Base 9/1/04 | 21 U.S.C. §841(a)(1); |

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 46<br><br>OA: 131 | **GERALD BAILEY** | PWID Cocaine Base<br><br>10/1/04 | 21 U.S.C. §841(a)(1); |
| 47<br><br>OA: 133 | **GREGORY BELL** | Dist. Cocaine Base<br><br>10/4/04 | 21 U.S.C. §841(a)(1); |
| 48<br><br>OA: 135 | **MARCUS SMITH** | Dist. Cocaine Base<br><br>1/26/05 | 21 U.S.C. §841(a)(1); |
| 49<br><br>OA: 136 | **PHILLIP WALLACE** | PWID Cocaine Base<br><br>2/10/05 | 21 U.S.C. §841(a)(1). |

## COUNT FIFTY

## FIRST DEGREE MURDER OF TROY LEWIS

On or about January 23, 1996, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, while armed with a firearm, purposely and with deliberate and premeditated malice, killed Troy Lewis, by shooting him with a firearm on or about January 23, 1996, thereby causing injuries from which Troy Lewis died on or about January 23, 1996, in violation of 22 D.C. Code Sections 2101 and 4502.

(**First-Degree Murder While Armed**, in violation of 22 D.C. Code Sections 2101 and 4502)

## COUNT FIFTY-ONE

### MURDER IN AID OF RACKETEERING ACTIVITY OF TROY LEWIS

(1)     At all times relevant to this Indictment, the racketeering enterprise, as more fully described in paragraphs of 1-18 of Count Two of this Indictment, which are realleged and incorporated by reference as though set forth fully herein, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact which was engaged in, and the activities of which affected, interstate and foreign commerce.

(2)     At all times relevant to this Indictment, the above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, offenses involving the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections 841 and 846; acts involving murder, in violation of Title 22, D.C. Code, Sections 1803, 1805, 1805a, 403, 2101, and 4502; and acts involving robbery, in violation of D.C. Code Sections 2801 and 4502.

(3)     On or about January 23, 1996, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **ANTWUAN BALL, aka**

**Twan, aka Big Ant** unlawfully, willfully, and knowingly murdered Troy Lewis, that is, while armed with a firearm, killed Troy Lewis, by shooting him with a firearm, thereby causing injuries from which Troy Lewis died on or about January 23, 1996, in violation of 22 D.C. Code Sections 2101 and 4502.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(1))

## COUNT FIFTY-TWO

## FIRST DEGREE MURDER OF SABRINA BRADLEY

On or about August 17, 1998, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while armed with firearms, purposely and with deliberate and premeditated malice, killed Sabrina Bradley, by shooting her with firearms on or about August 17, 1998, thereby causing injuries from which Sabrina Bradley died on or about August 18, 1998, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**First-Degree Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 2101, 4502 and 1805)

## COUNT FIFTY-THREE

## MURDER IN AID OF RACKETEERING ACTIVITY OF SABRINA BRADLEY

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about August 17, 1998, in the District of Columbia,  as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DAVID WILSON, aka Cool**

63

**Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, unlawfully, willfully, and knowingly murdered Sabrina Bradley, that is, while armed with a firearm, killed Sabrina Bradley, by shooting her with firearms, thereby causing injuries from which Sabrina Bradley died on or about August 18, 1998, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

## COUNT FIFTY-FOUR

## FIRST DEGREE MURDER OF RONNIE MIDDLETON

On or about August 17, 1998, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while armed with firearms, purposely and with deliberate and premeditated malice, killed Sabrina Ronnie Middleton, by shooting him with firearms on or about August 17, 1998, thereby causing injuries from which Ronnie Middleton died on or about August 17, 1998, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**First-Degree Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 2101, 4502 and 1805)

## COUNT FIFTY-FIVE

## MURDER IN AID OF RACKETEERING ACTIVITY OF RONNIE MIDDLETON

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about August 17, 1998, in the District of Columbia, as consideration for the

receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, unlawfully, willfully, and knowingly murdered Ronnie Middleton, that is, while armed with firearms, killed Ronnie Middleton, by shooting him with a firearm, thereby causing injuries from which Ronnie Middleton died on or about August 17, 1998, in violation of  22 D.C. Code Sections 2101, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

## COUNT FIFTY-SIX

## ASSAULT WITH INTENT TO KILL WHILE ARMED OF ANTHONY VAN SCOTT

In or about early 2000, within the District of Columbia, **ARTHUR HANDON, aka Jay**, while armed with a dangerous weapon, that is, a firearm, assaulted Anthony Van Scott, with intent to kill him.

(**Assault with Intent to Kill While Armed**, in violation of 22 D.C. Code Sections 401 and 4502)

## COUNT FIFTY-SEVEN

### ASSAULT WITH INTENT TO KILL WHILE ARMED OF JASON HALL

On or about October 26, 2000, within the District of Columbia, **MARCUS SMITH, aka Mick**, while armed with a dangerous weapon, that is, a firearm, assaulted Jason Hall with intent to kill him.

(**Assault with Intent to Kill While Armed**, in violation of 22 D.C. Code Sections 401 and 4502)

## COUNT FIFTY-EIGHT

### ASSAULT WITH INTENT TO MURDER WHILE ARMED OF QUENTIN MILSTEAD

On or about April 21, 2001, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, while armed with a firearm, assaulted Quentin Milstead with the intent to murder him.

(**Assault with Intent to Murder While Armed**, in violation of 22 D.C. Code Sections 403 and 4502)

## COUNT FIFTY-NINE

### ASSAULT WITH A DANGEROUS WEAPON

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about April 21, 2001, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing his position in the enterprise, an enterprise engaged in racketeering activity, **DAVID WILSON, aka Cool Wop, aka Cootie**, unlawfully, willfully, and knowingly committed an assault with a dangerous weapon, that is,

a firearm, against Quentin Milstead in violation of 22 D.C. Code Sections 403 and 4502.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(3))

## COUNT SIXTY

### ASSAULT WITH A DANGEROUS WEAPON

On or about September 5, 2001, within the District of Columbia, **JASMINE BELL, aka Jazz**, assaulted Keith Barnett with a dangerous weapon, that is, a firearm.

(**Assault with a Dangerous Weapon**, in violation of 22 D.C. Code Section 402)

## COUNT SIXTY-ONE

### ASSAULT WITH A DANGEROUS WEAPON

(1)      Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)      On or about September 5, 2001, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing his position in the enterprise, an enterprise engaged in racketeering activity, **JASMINE BELL, aka Jazz**, unlawfully, willfully, and knowingly committed an assault with a dangerous weapon, that is, a firearm, against Keith Barnett in violation of 22 D.C. Code Section 403.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(3))

## COUNT SIXTY-TWO

### FIRST DEGREE MURDER OF JAMEL SILLS

On or about August 27, 2002, in the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom**, while armed with a firearm, purposely and with deliberate and premeditated malice, killed Jamel Sills, aka Black, by shooting him with a firearm on or about August 27, 2002, thereby causing injuries from which Jamel Sills died on or about August 27, 2002, in violation of 22 D.C. Code Sections 2101 and 4502.

(**First-Degree Murder While Armed**, in violation of 22 D.C. Code Sections 2101 and 4502)

## COUNT SIXTY-THREE

### MURDER IN AID OF RACKETEERING ACTIVITY OF JAMEL SILLS

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about August 27, 2002, in the District of Columbia,  as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DOMINIC SAMUELS, aka Don, aka Dom**, unlawfully, willfully, and knowingly murdered Jamel Sills, that is, while armed with a firearm, killed Jamel Sills, aka Black, by shooting him with a firearm, thereby causing injuries from which Jamel Sills, aka Black, died on or about August 27, 2002, in violation of 22 D.C. Code Sections 2101 and 4502.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(1))

68

## COUNT SIXTY-FOUR

## ASSAULT WITH INTENT TO MURDER WHILE ARMED OF MICHAEL SMALLWOOD

On or about September 5, 2003, in the District of Columbia, **JOSEPH JONES, aka Jo-Jo**, while armed with a knife, assaulted Michael Smallwood with the intent to murder him.

(**Assault with Intent to Murder While Armed**, in violation of 22 D.C. Code Sections 403 and 4502)

## COUNT SIXTY-FIVE

## ATTEMPTED MURDER IN AID OF
## RACKETEERING ACTIVITY OF MICHAEL SMALLWOOD

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about September 5, 2003, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **JOSEPH JONES, aka Jo-Jo**, unlawfully, willfully, and knowingly attempted to murder Michael Smallwood by shooting him with a firearm, in violation of  22 D.C. Code Sections 403 and 4502.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(5))

69

## COUNT SIXTY-SIX

### ASSAULT WITH INTENT TO MURDER WHILE ARMED OF TREVON SHAW

On or about September 5, 2003, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, while armed with firearms, assaulted Trevon Shaw with the intent to murder him.

(**Assault with Intent to Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 403, 4502 and 1805)

## COUNT SIXTY-SEVEN

### ATTEMPTED MURDER IN AID OF RACKETEERING ACTIVITY OF TREVON SHAW

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about September 5, 2003, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, unlawfully, willfully, and knowingly attempted to murder Travon Shaw by shooting him with firearms in violation of 22 D.C. Code Sections 403, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(5))

70

## COUNT SIXTY-EIGHT

## ASSAULT WITH INTENT TO MURDER WHILE ARMED OF MONTE OWENS

On or about September 5, 2003, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, while armed with firearms, assaulted Monte Owens with the intent to murder him.

(**Assault with Intent to Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 403, 4502 and 1805)

## COUNT SIXTY-NINE

## ATTEMPTED MURDER IN AID OF RACKETEERING ACTIVITY OF MONTE OWENS

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about September 5, 2003, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, unlawfully, willfully, and knowingly attempted to murder Monte Owens by shooting him with firearms in violation of 22 D.C. Code Sections 403, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(5))

## COUNT SEVENTY

## ASSAULT WITH INTENT TO MURDER WHILE ARMED OF ANTHONY OWENS

_____On or about September 5, 2003, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, while armed with firearms, assaulted Anthony Owens with the intent to murder him.

(**Assault with Intent to Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 403, 4502 and 1805)

## COUNT SEVENTY-ONE

## ATTEMPTED MURDER IN AID OF
## RACKETEERING ACTIVITY OF ANTHONY OWENS

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about September 5, 2003, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DESMOND THURSTON, aka Dazz**, together with co-conspirators known and unknown to the grand jury, unlawfully, willfully, and knowingly attempted to murder Anthony Owens by shooting him with firearms in violation of 22 D.C. Code Sections 403, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(5))

## COUNT SEVENTY-TWO

### FIRST DEGREE MURDER OF TREVON SHAW

On or about April 3, 2004, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** and **DAVID WILSON, aka Cool Wop, aka Cootie**, while armed with firearms, purposely and with deliberate and premeditated malice, killed Trevon Shaw, by shooting him with firearms on or about April 3, 2004, thereby causing injuries from which Trevon Shaw died on or about April 3, 2004, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**First-Degree Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 2101, 4502 and 1805)

## COUNT SEVENTY-THREE

### MURDER IN AID OF RACKETEERING ACTIVITY OF TREVON SHAW

(1)     Paragraphs One and Two of Count Fifty-One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about April 3, 2004, in the District of Columbia,  as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **ANTWUAN BALL, aka Twan, aka Big Ant,** and **DAVID WILSON, aka Cool Wop, aka Cootie,** unlawfully, willfully, and knowingly murdered Trevon Shaw, that is, while armed with firearms, killed Trevon Shaw, by shooting him with

a firearm, thereby causing injuries from which Trevon Shaw died on or about April 3, 2004, in violation of  22 D.C. Code Sections 2101, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

## COUNTS SEVENTY-FOUR TO EIGHTY-ONE

## USE OF A FIREARM

On or about the dates set forth below, in the District of Columbia, the defendants named below did knowingly, willfully and unlawfully use and carry a firearm during and in relation to a crime of violence and a drug trafficking crime, which are felonies prosecutable in a court of the United States, as set forth below and as further described in the specified counts of this indictment which are realleged and incorporated as if fully set forth herein:

| CT | DATE | DEFENDANTS | PREDICATE OFFENSE | COUNT NO. |
|----|------|------------|-------------------|-----------|
| 74 | 04/21/01 | **DAVID WILSON** | Att. RICO Murder<br>18 U.S.C. §1959 (a)(5)<br>(Quinton Milstead: Victim) | 58 |
| 75 | 09/05/01 | **JASMINE BELL** | RICO ADW<br>18 U.S.C. §1959 (a)(3)<br>(Keith Barnett: Victim) | 61 |
| 76 | 11/28/01 | **RAYMOND BELL** | Conspiracy to Dist.<br>and PWID Narcotics<br>21 U.S.C. §846. | 1 |
| 77 | 08/27/02 | **DOMINIC SAMUELS** | RICO Murder<br>18 U.S.C. §1959(a)(1)<br>(Jamel Sills: Decedent) | 63 |
| 78 | 09/05/03 | **DESMOND THURSTON**<br>**RAYMOND BELL** | Att. RICO Murder<br>18 U.S.C. §1959 (a)(5)<br>(Travon Shaw: Victim) | 67 |

| 79 | 09/05/03 | **DESMOND THURSTON RAYMOND BELL** | Att. RICO Murder 18 U.S.C. §1959 (a)(5) (Monte Owens: Victim) | 69 |
| 80 | 09/05/03 | **DESMOND THURSTON RAYMOND BELL** | Att. RICO Murder 18 U.S.C. §1959 (a)(5) (Anthony Owens: Victim) | 71 |
| 81 | 04/03/04 | **ANTWUAN BALL DAVID WILSON** | RICO Murder 18 U.S.C. §1959(a)(1) (Travon Shaw: Decedent) | 73 |

(**Use of a Firearm and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c) and 2)

## COUNTS EIGHTY-TWO TO EIGHTY-NINE
## USE OF A COMMUNICATION FACILITY TO
## FACILITATE A DRUG TRAFFICKING OFFENSE

On or about the dates set forth below, within the District of Columbia, the defendants named below did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, to facilitate the conspiracy to unlawfully distribute or possess with intent to distribute cocaine and cocaine base, also known as crack cocaine, in violation of Title 21, United States Code, Section 846. The overt acts identified below are realleged and incorporated by reference herein:

| Count | Date | Defendant | Overt Act |
|---|---|---|---|
| 82 | 8/23/00 | **JASMINE BELL** | 56 |
| 83 | 2/14/01 | **DAVID WILSON** | 71 |
| 84 | 8/4/04 | **RAYMOND BELL** | 122 |
| 85 | 8/11/04 | **RAYMOND BELL** | 124 |
| 86 | 8/23/04 | **RAYMOND BELL** | 126 |
| 87 | 8/30/04 | **GREGORY BELL** **RAYMOND BELL** | 128 |

| 88 | 10/4/04 | **GREGORY BELL** | 132 |
| 89 | 1/26/05 | **MARCUS SMITH** | 134 |

(**Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

## COUNT NINETY

On or about July 3, 2001, in the 3400 block of 13th Place, S.E., within the District of Columbia,

**ANTWUAN BALL, also known as "Twan," also known as "Big Ant,"** having been convicted of

a crime punishable by imprisonment for a term exceeding one year, in the District of Columbia case

number F-6268-95, did unlawfully and knowingly receive and possess a firearm, that is a loaded

Thompson semi-automatic carbine, and did unlawfully and knowingly receive and possess another

firearm, that is a loaded 7.62 assault rifle, which had been possessed, shipped and transported in and

effecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Convicted Felon**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT NINETY-ONE

On or about July 14, 2001, in the 1300 block of Southern Avenue, S.E., within the District of

Columbia, **RAYMOND BELL, also known as, "Santuce,"** having been convicted of a crime

punishable by imprisonment for a term exceeding one year, in the District of Columbia case number

F-5955-99, did unlawfully and knowingly receive and possess a firearm, that is a loaded Glock 22 .40

76

caliber semi-automatic pistol, which had been possessed, shipped and transported in and effecting

interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Convicted Felon**, in violation of
Title 18, United States Code, Section 922(g)(1))

## COUNT NINETY-TWO

On or about November 28, 2001, in the 3300 block of 10th Place, S.E., within the District of

Columbia, **RAYMOND BELL, also known as, "Santuce,"** having been convicted of a crime

punishable by imprisonment for a term exceeding one year, in the District of Columbia case number

F-5955-99, did unlawfully and knowingly receive and possess a firearm, that is a loaded Intertec .9mm

semi-automatic pistol, also known as a Tek-9, which had been possessed, shipped and transported in

and effecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Convicted Felon**, in violation of
Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.