*Retyped*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on May 11, 2006**

FILED
NOV 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | : | CRIMINAL NO.  05-0100 (RWR) |
| | : | |
| **v.** | : | VIOLATIONS: |
| | : |  21 U.S.C. §846 |
| **ANTWUAN BALL,** | : | (Conspiracy to Distribute and Possess With |
| also known as **Twan,** | : | Intent to Distribute Five Kilograms or More of |
| also known as **Big Ant,** | : | Cocaine, and 50 Grams or More of Cocaine |
| **DAVID WILSON,** | : | Base); |
| also known as **Cool Wop,** | : | 18 U.S.C. §1962(d) |
| also known as **Cootie,** | : | (Conspiracy to Participate in a Racketeer |
| **GREGORY BELL,** | : | Influenced Corrupt Organization); |
| also known as **Boy-Boy,** | : | 21 U.S.C. §843(b) |
| also known as **Bunga,** | : | (Unlawful Use of a Communications Facility); |
| **DESMOND THURSTON,** | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| also known as **Dazz,** | : | (Unlawful Distribution of 5 Grams or More of |
| **JOSEPH JONES,** | : | Cocaine Base); |
| also known as **Jo-Jo,** | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| **DOMINIC SAMUELS,** | : | (Unlawful Possession With Intent to Distribute, |
| also known as **Don,** | : | or Distribution, of Cocaine or Cocaine Base); |
| also known as **Dom,** | : | 18 U.S.C. §922(g)(1) |
| **Defendants.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting); |
| | : | 22 D.C. Code §§2101, 4502 |
| | : | (First Degree Murder While Armed); |
| | : | 18 U.S.C. §1959(a)(1), (a)(3), (a)(5) |
| | : | (Violent Crime in Aid of |
| | : | Racketeering Activity); |
| | : | 22 D.C. Code §§403, 4502 |
| | : | (Assault with Intent to Murder While Armed); |
| | : | 22 D.C. Code. § 1805 |
| | : | Aiding and Abetting) |

19 U.S.C. §1963
(Criminal Forfeiture)

## RETYPED INDICTMENT

The Grand Jury charges that:

## COUNT ONE

## NARCOTICS CONSPIRACY

## A. THE CONSPIRACY

From in or about sometime in 1992, the exact date being unknown to the Grand Jury, and

continuing thereafter up to and including at least March 2005, within the District of Columbia, and

elsewhere, the defendants, **ANTWUAN BALL, aka Twan, aka Big Ant; DAVID WILSON, aka**

**Cool Wop, aka Cootie; GREGORY BELL, aka Boy-Boy, aka Bunga; JOSEPH JONES, aka**

**Jo-Jo; DOMINIC SAMUELS, aka Don, aka Dom**; and **DESMOND THURSTON, aka Dazz;**

and co-conspirators not indicted herein, did unlawfully, knowingly and intentionally combine,

conspire, confederate and agree together, with each other, and with others known and unknown to

the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and to

distribute the following:

(a)  mixtures and substances containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was five (5) kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii);

(b)  mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was fifty (50) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

## B.  GOALS OF THE CONSPIRACY

(1)  It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the defendants and co-conspirators acquired cocaine and cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere.

(2)  It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances.

## C.  WAYS, MANNER, AND MEANS TO ACCOMPLISH THE CONSPIRACY

The ways, manner and means by which the co-conspirators operated their illegal drug trafficking organization, include, but are not limited to the following:

(1)  The members of the conspiracy knowingly and intentionally distributed and possessed with intent to distribute cocaine, and cocaine base, also known as crack cocaine.  The principal location at which members of the conspiracy conducted their illegal drug business was in and around the Congress Park Public Housing Complex neighborhood, which includes but is not limited to: the 1300 block of Congress Street, SE, the 3400 block of 13th Place, SE, the 1300 block of Savannah

Street, SE, the 3400 block of 14th Place, SE, the 1300 block of Savannah Place, SE, the 3300 block of 14th Place, SE, the 3300 block of 13th Street, SE, and the blocks and alleys surrounding this area, within the District of Columbia. The conspiracy maintained dominion and control over this area by making it known to customers of the conspiracy and rival distributors, that only co-conspirators and their associates could distribute cocaine and cocaine base in Congress Park.

(2)      It was part of the conspiracy that the defendants would, and did, play different roles in the conspiracy, perform certain different tasks and participate in the conduct of the organization through various criminal acts. The defendants made themselves and their services available at various times throughout the life of the conspiracy and participated in certain drug trafficking ventures as required to promote and protect the illegal drug distribution operation. The roles assumed by some defendants were interchangeable at various times throughout the conspiracy. Some of the roles assumed and carried out by the defendants included, among others, leader, supplier of drugs, broker, packager, deliverer, holder, intermediary, helper, and street seller.

(3)      The conspiracy primarily involved the sale of small wholesale and retail quantities of cocaine base, also known as crack cocaine, to customers who requested it, and in some years, the conspiracy expanded and included the distribution of larger quantities of cocaine and cocaine base. In order to facilitate the sale of cocaine, and maintain customers in Congress Park, members of the conspiracy would obtain cocaine from other members of the conspiracy, as well as from other sources, both known and unknown to the Grand Jury.

(4)      It was further part of the conspiracy that the defendants and co-conspirators used land line and cellular telephones to facilitate their illegal drug business; that is, making telephone calls to communicate with each other, suppliers, and customers, and to protect against the detection of the

conspiracy by law enforcement officials. It was further part of the conspiracy that when using telephones, the defendants used nicknames and code words to identify co-conspirators and describe quantities of narcotics and money.

(5)     It was further part of the conspiracy that the defendants and co-conspirators possessed, carried and used firearms to protect their drug trafficking operation from theft, robbery, and competition from rival sellers. These weapons were possessed, carried and used for various reasons, including but not limited to: to protect the organization's narcotics and the proceeds of drug distribution; to ensure that drug distribution activities were controlled by the defendants and co-conspirators; to intimidate others from distributing cocaine, and cocaine base, also known as crack cocaine, in Congress Park; and to ensure the personal safety of the members of the organization. It was further part of the conspiracy that members of the conspiracy, both known and unknown to the Grand Jury, knowingly and intentionally perpetrated acts of violence, including murder, against individuals who disrupted, or threatened to disrupt, the operation of the conspiracy, and in retaliation against individuals who perpetrated acts of violence against members of the conspiracy.

(6)     It was further part of the conspiracy that cocaine and cocaine base, also known as crack cocaine, were processed, cut, packaged, and stored prior to distribution to members of the conspiracy and/or customers of the conspiracy, in safe locations, known as stash houses, located in Congress Park and elsewhere in the District of Columbia. The defendants and unindicted co-conspirators used these stash houses to store cocaine and cocaine base, also known as crack cocaine, as well as firearms, in order to avoid their detection.

(7)     It was further part of the conspiracy that its members sought to avoid detection and investigation by law enforcement authorities by shifting their areas of selling within the members'

selling territory in response to the presence of law enforcement.  Members of the conspiracy also shifted their areas of selling within the members' selling territory in response to threats from a rival drug conspiracy operating in the adjoining neighborhood of 10th Place/Trenton Place, Southeast, Washington, D.C.

**D.    OVERT ACTS**

In furtherance of the conspiracy, and in order to effect the objects thereof, the defendants, and co-conspirators not indicted herein, in various combinations, directly and indirectly, within the District of Columbia and elsewhere, committed overt acts, including, but not limited to, the following:

1. On or about February 20, 1994, in the 2300 block of Southern Avenue, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **JOSEPH JONES, aka Jo-Jo**, and Kairi Ball, a co-conspirator now deceased, while armed with firearms, assaulted Bradley Carter and other members and associates of the 1-5 Mob, whose identities are known to the grand jury, with the intent to murder them, because leaders of the 1-5 Mob had directed an associate of theirs, Ronnie Middleton, aka Squid, to kill an associate of the Congress Park Crew, Maurice Doleman, aka Reesy.

2. In or about late 1994 or early 1995, in or around the 1400 block of Congress Place, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, and Andre Wilson, aka Boubie, a co-conspirator now deceased, while armed with a firearm, assaulted James Faison, a member of the 1-5 Mob, with the intent to murder him.

3. In or about late 1994 or early 1995, in or around Robinson Place, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, and another individual who is now deceased and whose identity is known to the Grand Jury, while armed with a firearm, assaulted

James Faison, a member of the 1-5 Mob, with the intent to murder him.

4.  On or about August 1, 1995, in the 2300 block of Alabama Avenue, and in the 2700 block of Reynolds Place, in Southeast, Washington, D.C., **ANTWUAN BALL, aka Twan, also known as Big Ant,** possessed a loaded Ruger .9mm semi-automatic pistol.

5.  In or about 1996, in or around Congress Place and Stanton Road, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, and another individual who is now deceased and whose identity is known to the Grand Jury, while armed with a firearm, assaulted James Faison, a member of the 1-5 Mob, with the intent to murder him.

6.  On or about January 23, 1996, in the 1300 block of Congress Street, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, while armed with a firearm, shot and killed Troy Lewis in order to maintain and enhance his reputation in the organization.

7.  In or about June 1996, in or about the 3400 block of 10th Place, SE, within the District of Columbia, David Scott, aka Head, a co-conspirator now deceased, and Jamel Sills, aka Black, a co-conspirator now deceased, assaulted James Davis, a member of the 10th Place/Trenton Place Crew, with the intent to rob him and to enrich the organization.

8.  On or about June 14, 1996, in the 1300 block of Southwest Freeway, in Southeast, Washington, D.C., **ANTWUAN BALL, aka Twan, aka Big Ant,** possessed a loaded Lorcin .9mm semi-automatic pistol.

9.  On or about August 2, 1996, in the 2300 block of Irving Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

10. On or about August 2, 1996, in the 2300 block of Irving Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** possessed a loaded Highpoint .9 mm semi-automatic pistol.

11. On or about January 18, 1997, in 3324 6th Street, SE, Apartment 301, within the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** and a co-conspirator not indicted herein, possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

12. On or about January 18, 1997, in 3324 6th Street, SE, Apartment 301, within the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** and a co-conspirator not indicted herein, possessed a loaded Ruger .9 mm semi-automatic pistol, a loaded Intertec .9 mm Luger semi-automatic pistol, and a .22 caliber Marlin semi-automatic rifle.

13. On or about October 8, 1997, in the 1500 block of Congress Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, while armed with firearms, assaulted James Faison, aka Jay-Jay, and John Ewwing, members of the 1-5 Mob, with the intent to murder them.

14. On or about January 19, 1998, **DAVID WILSON, aka Cool Wop, aka Cootie,** Antonio Roberson, aka LT, a co-conspirator now deceased, and co-conspirators not indicted herein, met in an alley in the area of the 1300 block of Congress Street, SE, in the District of Columbia, and decided to murder Jack Davis, aka Twin and Devar Chandler, aka D-Lock, and other members and associates of the 10th Place/Trenton Place Crew, because Davis had killed Congress Park Crew member David Scott, aka Head, and Chandler had killed Congress Park Crew member Darryl Gibson, aka Meatball.

15.  On or about January 19, 1998, within the District of Columbia, a co-conspirator not indicted herein supplied another co-conspirator not indicted herein a Ruger .9 millimeter semi-automatic handgun to use to shoot and kill Jack Davis, aka Twin and Devar Chandler, aka D-Lock, and other members and associates of the 10th Place/Trenton Place Crew.

16.  On or about January 19, 1998, in the 1100 block of Trenton Place, SE, in the District of Columbia, Antonio Roberson, aka LT, a co-conspirator now deceased, and two other co-conspirators not indicted herein, while armed with firearms, shot and killed Devar Chandler, aka D-Lock.

17.  On or about January 19, 1998, in the 1100 block of Trenton Place, SE, in the District of Columbia, while armed with firearms, Antonio Roberson, aka LT, a co-conspirator now deceased, and two other co-conspirators not indicted herein, assaulted Jack Davis, aka Twin, with the intent to murder him.·

18.  On or about March 24, 1998, in the 100 block of Forrester Street, SW, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, while armed with firearms, assaulted Linwood Carpenter, a member of the 10th Place/Trenton Place Crew, with the intent to murder him.

19.  On or about August 17, 1998, in the 1500 block of Congress Place, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while armed with firearms, shot and killed Ronnie Middleton, aka Squid, and Sabrina Bradley.

20.  On or about August or September 1998, in or about the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** directed a co-conspirator not indicted herein to provide law enforcement with a false alibi as to **WILSON's**

whereabouts at the time of the murder of Ronnie Middleton, aka Squid, and Sabrina Bradley.

21. Deleted.

22. On or about November 9, 1998, in the 1300 block of Savannah Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

23. Deleted.

24. Deleted.

25. Deleted.

26. In or about sometime in late 1999 or early 2000, in or around the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** while armed with a knife, assaulted a co-conspirator not indicted herein, with the intent to rob him of an Avirex leather coat, and in order to maintain and reinforce his position of leadership within the organization.

27. In or about sometime in January 2000, John-John Cottingham, an associate of the organization, informed **ANTWUAN BALL, aka Twan, aka Big Ant,** that **DAVID WILSON, aka Cool Wop, aka Cootie,** and another co-conspirator not indicted herein, planned to murder **BALL**.

28. In or about sometime in early 2000, in or around the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** informed a co-conspirator not indicted herein, that **DAVID WILSON, aka Cool Wop, aka Cootie,** and another co-conspirator not indicted herein, planned to murder **BALL**.

29. In or about sometime in early 2000, in or around the 1300 block of Congress Street, SE,

10

within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** informed an individual whose identity is known to the Grand Jury that **DAVID WILSON, aka Cool Wop, aka Cootie,** a co-conspirator not indicted herein, and others, planned to murder **BALL.**

30. On or about January 11, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** while armed with a firearm, assaulted **DAVID WILSON, aka Cool Wop, aka Cootie, PHILLIP WALLACE, aka Phil,** and another co-conspirator not indicted herein, with the intent to rob them of approximately $4,200, approximately two ounces of crack cocaine, and a **Ruger .9 mm semi-automatic pistol**, and in order to maintain and reinforce his position of leadership within the organization.

31. On or about January 29, 2000, in the 3400 block of 13th Place, SE, within the District of Columbia, Arnell Johnson, aka Sad Ball, an associate of the organization, shot and killed John Cottingham, aka John-John, an associate of the organization.

32. On or about January 29, 2000, **ANTWUAN BALL, aka Twan, aka Big Ant,** informed a co-conspirator not indicted herein, that **DAVID WILSON, aka Cool Wop, aka Cootie,** and a co-conspirator not indicted herein, had persuaded Arnell Johnson, aka Sad Ball, to kill John Cottingham, aka John-John, because Cottingham had told **BALL** about **WILSON's** and the co-conspirator's plan to kill **BALL.**

33. In or about March 2000, in or around the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** sold to a co-conspirator not indicted herein the **Ruger .9 mm semi-automatic pistol** that he had taken from **DAVID WILSON, aka Cool Wop, aka Cootie,** during the March 3, 2000 robbery.

34. On or about sometime in 2000, in and around 6th Street and Florida Avenue, NW, in the

11

District of Columbia, **DESMOND THURSTON, aka Dazz**, and a co-conspirator not indicted herein, while armed with a .357 revolver, robbed an individual of his drugs in order to enrich the organization.

35. On or about May 16, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie, and DESMOND THURSTON, aka Dazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

36. On or about May 16, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, a co-conspirator not indicted herein distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

37. On or about May 25, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** and a co-conspirator not indicted herein distributed a mixture and substance purporting to be cocaine base, also known as crack cocaine.

38. On or about May 25, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and offered to supply quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

39. On or about June 5, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness in the

future.

40. On or about June 28, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

41. In or about July 2000, **DAVID WILSON, aka Cool Wop, aka Cootie,** and a co-conspirator not indicted herein, burglarized a large scale marijuana dealer, who resided in Maryland, of numerous pounds of marijuana, and redistributed it for the purpose of enriching the organization and purchasing larger quantities of cocaine and cocaine base.

42. Deleted.

43. Deleted.

44. On or about July 18, 2000, in the 3400 block of 13th Place, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, to an unindicted co-conspirator.

45. On or about July 27, 2000, in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

46. Deleted.

47. On or about August 30, 2000, in the 1300 block of Congress Street and the 1300 block of Savannah Street, SE, within the District of Columbia, **JOSEPH JONES,  aka Jo-Jo,** distributed

13

a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

48.   On or about October 17, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie, and DESMOND THURSTON, aka Dazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and **THURSTON**, together with a co-conspirator not indicted herein offered to supply quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

49.   On or about November 16, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

50.   On or about January 9, 2001, a cooperating witness paged **GREGORY BELL, aka Boy-Boy, aka Bunga,** using a numeric code as **BELL** had instructed, in order to arrange obtaining specified quantities of cocaine base; and in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** then distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine; and offered to supply quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

51.   On or about January 9, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **JOSEPH JONES, aka Jo-Jo,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

52.   On or about January 18, 2001, a cooperating witness paged **GREGORY BELL, aka Boy-Boy, aka Bunga,** using a numeric code as **BELL** had instructed, in order to arrange obtaining

14

specified quantities of cocaine base; and in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** and a co-conspirator not indicted herein then distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

53.  On or about January 24, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** and a co-conspirator not indicted herein distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

54.  On or about January 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** informed a cooperating witness that his supply of cocaine base, also known as crack cocaine, was temporarily depleted because **WILSON** had distributed it to his co-conspirators, including **DESMOND THURSTON, aka Dazz**, and a co-conspirator not indicted herein and agreed to distribute ounce quantities of cocaine base, also known as crack cocaine, to a cooperating witness in the future.

55.  On or about January 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DESMOND THURSTON, aka Dazz,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

56.  On or about February 14, 2001, **DAVID WILSON, aka Cool Wop, aka Cootie,** used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

57.  On or about February 14, 2001, **DAVID WILSON, aka Cool Wop, aka Cootie,** used a telephone to arrange for a co-conspirator to cook his supply of cocaine into cocaine base, also

15

known as crack cocaine.

58.  On or about February 14, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

59.  On or about March 20, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

60.  On or about April 5, 2001, in the 3400 block of 13th Place, SE, and in the 1300 block of Congress Street, S.E., within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

61.  On or about April 21, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** while armed with a firearm, assaulted Quentin Milstead, because of a dispute over a drug sale, and to maintain and enhance the reputation of the organization.

62.  On or about April 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

63.  On or about July 3, 2001, in the 3400 block of 13th Place, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** and an unindicted co-conspirator possessed two loaded assault rifles, a Thompson semi-automatic carbine and a 7.62 assault rifle.

16

64.  On or about July 20, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness.

65.  On or about July 26, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

66.  On or about October 23, 2001, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** agreed to distribute a quantity of cocaine base, also known as crack cocaine, to a cooperating witness.

67.  On or about December 19, 2001, in the 3400 block of 13th Place, SE, within the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

68.  In or about 2002, in or around the 1300 block of Hobart Street, NW, in the District of Columbia, Antonio Roberson, aka LT, a co-conspirator now deceased, and two co-conspirators not indicted herein, while armed with a .9 mm semi-automatic pistol and a Glock .9 mm semi-automatic pistol, robbed individuals of their money and drugs in order to further enrich the organization.

69.  In or about sometime in 2002, in or around the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **GREGORY BELL, aka Boy-Boy, aka Bunga, JOSEPH JONES, aka Jo-Jo,** and co-conspirators not indicted herein, agreed to kill any member or associate of the conspiracy cooperating with law enforcement against any other member or associate the conspiracy.

17

70. In or about August 2002, a co-conspirator not indicted herein, supplied **DOMINIC SAMUELS, aka Don, aka Dom,** with a firearm that was subsequently used to shoot and kill Jamel Sills, aka Black.

71. On or about August 27, 2002, in the 3400 block of 13th Place, SE, within the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom,** while armed with a firearm, shot and killed Jamel Sills, aka Black, because Sills and **SAMUELS** had a prior dispute over a stolen firearm.

72. In or about sometime between August 27, 2002 and September 14, 2002, a co-conspirator not indicted herein, retrieved the firearm **DOMINIC SAMUELS, aka Don, aka Dom,** used to shoot and kill Jamel Sills, aka Black, and hid the firearm at 3401 Congress Place, Apartment 101, SE, within the District of Columbia.

73. In or about December 2002, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, directed, threatened, intimidated, or persuaded Witnesses ## 1-3 to the murder of Jamel Sills, aka Black, in the D.C. Superior Court Case of United States v. Jamal Sills, F-7902-02, not to cooperate with law enforcement.

74. In or about January 2003, **ANTWUAN BALL, aka Twan, aka Big Ant**, threatened to kill a co-conspirator not indicted herein because he was cooperating with law enforcement as a witness to the murder of Jamel Sills, aka Black, in the D.C. Superior Court Case of United States v. Jamal Sills, F-7902-02.

75. On or about April 14, 2003, **ANTWUAN BALL, aka Twan, aka Big Ant,** directed **JOSEPH JONES, aka Jo-Jo** to provide false information to a law enforcement officer about the murder of Jamel Sills, aka Black in order to protect **DOMINIC SAMUELS, aka Don, aka Dom** from prosecution.

18

76. On or about April 14, 2003, **ANTWUAN BALL, aka Twan, aka Big Ant** directed a co-conspirator not indicted herein to provide false information to a law enforcement officer about the murder of Jamel Sills, aka Black in order to protect **DOMINIC SAMUELS, aka Don, aka Dom** from prosecution.

77. On or about April 14, 2003, **ANTWUAN BALL, aka Twan, aka Big Ant** directed a co-conspirator not indicted herein to provide false information to a law enforcement officer about the murder of Jamel Sills, aka Black in order to protect **DOMINIC SAMUELS, aka Don, aka Dom** from prosecution.

78. On or about June 18, 2003, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, provided false information to a law enforcement officer about the murder of Jamel Sills, aka Black in order to protect **DOMINIC SAMUELS, aka Don, aka Dom** from prosecution.

79. On or about August 11, 2003, at or around the intersection of 14th Place and Savannah Place Street, SE, within the District of Columbia, **DESMOND THURSTON, aka Dazz,** possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

80. On or about September 5, 2003, in the 1300 block of Congress Street, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant, and JOSEPH JONES, aka Jo-Jo**, while armed with a knife, assaulted Michael Smallwood, a member of the rival 14th Street Crew, with the intent to murder him.

81. Deleted.

82. On or about November 18, 2003, in the 1300 block of Congress Street, SE, within the

19

District of Columbia, **DESMOND THURSTON, aka Dazz,** and an unindicted co-conspirator distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

83.  On or about April 3, 2004, in the 1300 block of Congress Street, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, and **DAVID WILSON, aka Cool Wop, aka Cootie,** while armed with firearms, shot and killed Trevon Shaw, because Shaw had previously attempted to kill **BALL**.

84.  On or about April 4, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** directed, threatened, intimidated, or persuaded Witness #4, a witness to the murder of Trevon Shaw, not to cooperate with law enforcement.

85.  Deleted.

86.  On or about August 30, 2004, **GREGORY BELL, aka Boy-Boy, aka Bunga,** and a co-conspirator not indicted herein used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

87.  On or about August 30, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** and a co-conspirator not indicted herein distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the amount of the mixture and substance was 5 grams or more.

88.  On or about September 1, 2004, in the 1300 block of Congress Street, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** and a co-conspirator not indicted herein possessed with intent to distribute a quantity of a mixture and substance containing

20

a detectable amount of cocaine base, also known as crack cocaine.

89. On or about October 1, 2004, in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** and a co-conspirator not indicted herein possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine.

90. On or about October 4, 2004, **GREGORY BELL, aka Boy-Boy, aka Bunga,** and a co-conspirator not indicted herein used a telephone to arrange for the distribution of cocaine base, also known as crack cocaine, to a cooperating witness.

91. On or about October 4, 2004, in the 3400 block of 13th Place, SE, within the District of Columbia, **GREGORY BELL, aka Boy-Boy, aka Bunga,** and a co-conspirator not indicted herein distributed a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and the co-conspirator agreed to distribute in the future to a cooperating witness a quantity of cocaine base, also known as crack cocaine.

92. Deleted.

(**Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

## RICO CONSPIRACY

A.  **THE ENTERPRISE**

1.      From in or about sometime in 1992, up through and including at least sometime in March

2005, defendants **ANTWUAN BALL, aka Twan, aka Big Ant** and **DAVID WILSON, aka**

**Cool Wop, aka Cootie,** headed a criminal organization which was based in the District of

Columbia and which operated in various locations including, but not limited to, in and

around the Congress Park Public Housing Complex neighborhood, which includes but is not

limited to: the 1300 block of Congress Street, SE, the 3400 block of 13th Place, SE, the 1300

block of Savannah Street, SE, the 3400 block of 14th Place, SE, the 1300 block of Savannah

Place, SE, the 3300 block of 14th Place, SE, the 3300 block of 13th Street, SE, and the blocks

and alleys surrounding this area, all in the District of Columbia.  The organization, including

its leadership, membership, and associates, constituted an enterprise, as defined by Title 18,

United States Code, Section 1961(4), that is a group of individuals associated in fact.  The

enterprise constituted an ongoing organization whose members functioned as a continuing

unit for a common purpose of achieving the objectives of the enterprise.  The enterprise was

engaged in, and its activities affected interstate and foreign commerce.  The enterprise

operated in the District of Columbia, the State of Maryland, and elsewhere.

2.      A principal goal of the organization was to obtain money and other things of value.  It was

a further goal of the organization to traffic in controlled substances, including cocaine and

cocaine base, also known as crack cocaine, and to commit acts of murder, burglary, robbery,

assaults and other acts of violence for the following purposes, among others:  to enrich the

22

enterprise and its members; to create, maintain and control a market place for the distribution of its controlled substances; to enforce discipline among members of the enterprise; to protect the enterprise and its members from detection, apprehension and prosecution by law enforcement; to prevent and retaliate against acts of violence perpetrated against the enterprise and its members; to promote and enhance the reputation and standing of the enterprise and its members.

B.    **ROLES OF THE DEFENDANTS**

The enterprise members included, but were not limited to:

3.       **ANTWUAN BALL, aka Twan, aka Big Ant and DAVID WILSON, aka Cool Wop, aka Cootie,** were the leaders of the organization.  Beginning sometime in 1992, **ANTWUAN BALL, aka Twan, aka Big Ant,** together with friends, family members and individuals known to him from the organization's area distributed controlled substances, including cocaine and cocaine base, also known as crack cocaine, in Congress Park.

4.       Sometime in the mid 1990s, **DAVID WILSON, aka Cool Wop, aka Cootie,** became a leader in the distribution of cocaine and cocaine base in Congress Park. **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** obtained quantities of cocaine and cocaine base from varying sources and redistributed that cocaine and cocaine base, to other members of the organization to distribute and sold it directly to customers of the organization. **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** and other members of the organization distributed cocaine and crack cocaine in the Congress Park area that the organization controlled, and they at times assisted each other in controlling the Congress Park neighborhood to promote

23

the drug distribution venture, and at other times competed with each other for leadership positions within the organization.

5.      **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** directed, procured and participated in acts of violence in order to further the purposes of the organization. **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** personally committed murders and assaults to further the purposes of the organization. **ANTWUAN BALL, aka Twan, aka Big Ant, and DAVID WILSON, aka Cool Wop, aka Cootie,** also solicited other co-conspirators to commit murder, assaults, robberies, and other acts of violence to further the organization's purposes.

6.      **GREGORY BELL, aka Boy-Boy, aka Bunga,** was a member of the organization, and distributed quantities of crack cocaine to co-conspirators and customers of the organization located in the Congress Park area of the District of Columbia. **GREGORY BELL, aka Boy-Boy, aka Bunga,** at times functioned as a 'lieutenant' for **ANTWUAN BALL, aka Twan, aka Big Ant,** and committed and aided and abetted several specific acts of violence committed by **ANTWUAN BALL, aka Twan, aka Big Ant,** and other members of the organization in order to further the goals of the organization. **GREGORY BELL, aka Boy-Boy, aka Bunga,** also acted to obstruct the investigations of law enforcement into violent acts committed by **ANTWUAN BALL, aka Twan, aka Big Ant,** and other members of the organization. **GREGORY BELL, aka Boy-Boy, aka Bunga,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th

Place, in Southeast Washington, D.C.

7.          **JOSEPH JONES, aka Jo-Jo,** was a member of the organization, and distributed

quantities of crack cocaine to co-conspirators and customers of the organization located in

the Congress Park area of the District of Columbia. **JOSEPH JONES, aka Jo-Jo,** regularly

carried firearms to protect himself and members of the organization, and also committed and

aided and abetted several acts of violence which were committed to further the above-

described purposes or goals of the organization. **JOSEPH JONES, aka Jo-Jo,** redistributed

wholesale and retail quantities of cocaine base, primarily in the area around the Congress

Park public housing complex located in the 1300 block of Congress Street and the 3400

block of 13th Place, in Southeast Washington, D.C.

8.          **DOMINIC SAMUELS, aka Don, aka Dom,** was a member of the organization, and

distributed quantities of crack cocaine to co-conspirators and customers of the organization

located in the Congress Park area of the District of Columbia. **DOMINIC SAMUELS, aka**

**Don, aka Dom,** regularly carried firearms to protect himself and members of the

organization, and also committed and aided and abetted several acts of violence which were

committed to further the above-described purposes or goals of the organization. **DOMINIC**

**SAMUELS, aka Don, aka Dom,** redistributed wholesale and retail quantities of cocaine

base, primarily in the area around the Congress Park public housing complex located in the

1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington,

D.C.

9.          **DESMOND THURSTON, aka Dazz,** was a member of the organization, and distributed

quantities of crack cocaine to co-conspirators and customers of the organization located in

25

the Congress Park area of the District of Columbia. **DESMOND THURSTON, aka Dazz,** regularly carried firearms to protect himself and members of the organization, and also committed and aided and abetted several acts of violence which were committed to further the above-described purposes or goals of the organization. **DESMOND THURSTON, aka Dazz,** redistributed wholesale and retail quantities of cocaine base, primarily in the area around the Congress Park public housing complex located in the 1300 block of Congress Street and the 3400 block of 13th Place, in Southeast Washington, D.C.

C.     THE RICO CONSPIRACY

10. From in or about sometime in 1992, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least March 2005, in the District of Columbia and elsewhere, the defendants, **ANTWUAN BALL, aka Twan, aka Big Ant, DAVID WILSON, aka Cool Wop, aka Cootie, GREGORY BELL, aka Boy-Boy, aka Bunga, JOSEPH JONES, aka Jo-Jo, DOMINIC SAMUELS, aka Don, aka Dom,** and **DESMOND THURSTON, aka Dazz,** being persons employed by and associated with the enterprise described above, which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, unlawfully, knowingly and intentionally did combine, conspire, confederate and agree with each other, and with persons known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1962(c); that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, as that term is defined by Title 18, United States Code, Section 1961(1) and 1961(5).

11.     It was further part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering in the conduct of the affairs of the enterprise.

D.    THE PATTERN OF RACKETEERING ACTIVITY

12.    The pattern of racketeering activity, as defined in Title 18, United States Code, Sections 1961(1) and 1961(5),  consisted of the following acts:

Racketeering Act 1:  Acts Involving Dealing in a Controlled Substance (Conspiracy)

From in or about sometime in 1992, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least March 2005, in the District of Columbia, the defendants, **ANTWUAN BALL, aka Twan, aka Big Ant, DAVID WILSON, aka Cool Wop, aka Cootie, GREGORY BELL, aka Boy-Boy, aka Bunga, JOSEPH JONES, aka Jo-Jo, DOMINIC SAMUELS, aka Don, aka Dom,** and **DESMOND THURSTON, aka Dazz,** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other, with co-conspirators not indicted herein, and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute narcotic controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as set forth more fully in Count One of this Indictment, which is realleged and incorporated by reference herein.

Racketeering Acts 2-25:  Acts Involving Dealing in a Controlled Substance (Distribution)

On or about the dates set forth below, in the District of Columbia, the defendants named below did, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2, unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic drug controlled substance, as more fully set forth in the specified Counts set forth below and in the specified Overt Acts of Count One, which are realleged and incorporated by reference herein:

| Act | Defendant or Co-Conspirator | Nature of Offense/Date | Count or Overt Act | Violation |
|-----|------------------------------|-------------------------|---------------------|-----------|
| 2 | **DAVID WILSON** **&** **DESMOND THURSTON** | Dist. Cocaine Base (5/16/2000) | Ct. 3 | 21 U.S.C. §841(a)(1) |
| 3 | **DAVID WILSON** | Dist. Cocaine Base (5/25/2000) | Ct. 4 | 21 U.S.C. §841(a)(1) |
| 4 | **GREGORY BELL** | Dist. Cocaine Base (6/5/2000) | Ct. 5 | 21 U.S.C. §841(a)(1) |
| 5 | **DAVID WILSON** | Dist. Cocaine (6/28/2000) | Ct. 6 | 21 U.S.C. §841(a)(1) |
| 6 | Deleted. | Deleted. | Ct. 7 | Deleted. |
| 7 | **ANTWUAN BALL** | Dist. Cocaine Base (7/18/2000) | Ct. 8 | 21 U.S.C. §841(a)(1) |
| 8 | **GREGORY BELL** | Dist. Cocaine Base (7/27/2000) | Ct. 9 | 21 U.S.C. §841(a)(1) |
| 9 | **JOSEPH JONES** | Dist. Cocaine Base (8/30/2000) | Ct. 10 | 21 U.S.C. §841(a)(1) |
| 10 | **DAVID WILSON** **&** **DESMOND THURSTON** | Dist. Cocaine Base (10/17/2000) | Ct. 11 | 21 U.S.C. §841(a)(1) |
| 11 | **GREGORY BELL** | Dist. Cocaine Base (11/16/2000) | Ct. 12 | 21 U.S.C. §841(a)(1) |

| 12 | **GREGORY BELL** | Dist. Cocaine Base (1/9/01) | Ct. 13 | 21 U.S.C. §841(a)(1) |
| 13 | **JOSEPH JONES** | Dist. Cocaine Base (1/9/01) | Ct. 14 | 21 U.S.C. §841(a)(1) |
| 14 | **GREGORY BELL** | Dist. Cocaine Base (1/18/2001) | Ct. 15 | 21 U.S.C. §841(a)(1) |
| 15 | **DAVID WILSON** | Dist. Cocaine Base (1/24/2001) | Ct. 16 | 21 U.S.C. §841(a)(1) |
| 16 | **DESMOND THURSTON** | Dist. Cocaine Base (1/26/2001) | Ct. 17 | 21 U.S.C. §841(a)(1) |
| 17 | **DAVID WILSON** | Dist. Cocaine Base (2/14/01) | Ct. 18 | 21 U.S.C. §841(a)(1) |
| 18 | **DAVID WILSON** | Dist. Cocaine Base (3/20/2001) | Ct. 19 | 21 U.S.C. §841(a)(1) |
| 19 | **DAVID WILSON** | Dist. Cocaine Base (4/5/2001) | Ct. 20 | 21 U.S.C. §841(a)(1) |
| 20 | **DAVID WILSON** | Dist. Cocaine Base (4/26/2001) | Ct. 21 | 21 U.S.C. §841(a)(1) |
| 21 | **ANTWUAN BALL** | Dist. Cocaine Base (7/26/2001) | Ct. 22 | 21 U.S.C. §841(a)(1) |
| 22 | **DOMINIC SAMUELS** | Dist. Cocaine Base (12/19/2001) | Ct. 23 | 21 U.S.C. §841(a)(1) |

| 23 | **DESMOND THURSTON** | Dist. Cocaine Base (11/18/2003) | Ct. 24 | 21 U.S.C. §841(a)(1) |
| 24 | **GREGORY BELL** | Dist. Cocaine Base (8/30/2004) | Ct. 25 | 21 U.S.C. §841(a)(1) |
| 25 | **GREGORY BELL** | Dist. Cocaine Base (10/4/2004) | Ct. 28 | 21 U.S.C. §841(a)(1) |

<u>Racketeering Acts 26-29:</u>   <u>Acts Involving Dealing in a Controlled Substance (Possession with Intent to Distribute)</u>

On or about the dates set forth below, in the District of Columbia, and elsewhere, the defendants named below, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2, unlawfully, knowingly and intentionally did possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic drug controlled substance, as more fully set forth below in the specified Counts set forth below and in the specified Overt Acts of Count One, which are realleged and incorporated by reference herein:

| <u>Act</u> | Defendant or Co-Conspirator | Nature of Offense/Date | Count or Overt Act | <u>Violation</u> |
| --- | --- | --- | --- | --- |
| 26 | **GREGORY BELL** | PWID Cocaine Base (8/2/1996) | Overt 9 Act | 21 U.S.C.841 (a)(1) |
| 27 | **DOMINIC SAMUELS** | PWID Cocaine Base (1/18/97) | Overt 11 Act | 21 U.S.C. §841(a)(1) |
| 28 | **GREGORY BELL** | PWID Cocaine Base (9/1/2004) | Ct. 26 | 21 U.S.C.§841(a)(1) |

| 29 | **GREGORY BELL** | PWID Cocaine Base (10/1/2004) | Ct. 27 | 21 U.S.C.§841(a)(1) |

<u>Racketeering Acts 30-43</u>:      <u>Acts Involving Murder</u>

<u>Racketeering Act 30</u>

<u>Conspiracy to Murder Ronnie Middleton, aka Squid,<br>and other Members and Associates of the 1-5 Mob</u>

The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act 30:

(a)      From on or about November 21, 1993 to on or about August 17, 1998 in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **DAVID WILSON, aka Cool Wop, aka Cootie, JOSEPH JONES, aka Jo-Jo**, **DESMOND THURSTON, aka Dazz,** Kairi Ball, a co-conspirator now deceased, Antonio Roberson, aka LT, a co-conspirator now deceased, and co-conspirators not indicted herein did unlawfully, knowingly and willfully combine, conspire, confederate, and agree together to murder Ronnie Middleton, aka Squid, Bradley Carter, and other members and associates of the 1-5 Mob, in violation of 22 D.C. Code §§ 2101, 2103, 4502.

I. Object of the Conspiracy

It was the primary object of the conspiracy for the defendants and co-conspirators not indicted herein, to murder Ronnie Middleton, aka Squid, and other members and associates of the 1-5 Mob, in order to seek revenge for the November 21, 1993 murder of Maurice Dolman, aka Reesy, an associate of the Congress Park Crew, and to retaliate for armed assaults against the defendants, and other members and associates of their organization.

II. Overt Acts

In furtherance of the conspiracy and in order to effect the object thereto, the defendants and co-conspirators not indicted herein, in various combinations, directly and indirectly, committed overt acts including, but not limited to, the following overt acts alleged in Count 1, which overt acts are realleged and incorporated herein by reference as though fully set forth in this Count:

Overt Acts: 1, 2, 3, 13, 19.

(Conspiracy to Commit Murder, in violation of Title 22, D.C. Code, Section 1805(a))

Racketeering Act 31

### Assault with Intent to Murder Bradley Carter

On or about February 20, 1994, in the 2300 block of Southern Avenue, SE, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, **JOSEPH JONES, aka Jo-Jo**, and Kairi Ball, a co-conspirator now deceased, did commit an act involving murder, that is, while armed with firearms, assaulted Bradley Carter with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 32

### Assault with Intent to Murder James Faison

On or about 1996, in or around Congress Place and Stanton Road, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, and another individual who is now deceased and whose identity is known to the Grand Jury, did commit an act involving murder, that is, while armed with a firearm, assaulted James Faison, a member of the 1-5 Mob, with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 33

### January 23, 1996 Murder of Troy Lewis

On or about January 23, 1996, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** while armed with a firearm, purposely and with deliberate and premeditated malice, killed Troy Lewis, by shooting him with a firearm on or about January 23, 1996, thereby causing injuries from which Troy Lewis died on or about January 23, 1996, in violation of 22 D.C. Code Sections 2101 and 4502.

Racketeering Act 34

### Conspiracy to Murder Jack Davis and Devar Chandler and other Members and Associates of the 10th Place/Trenton Place Crew

From in or about sometime in September 1996 to at least June 16, 1998, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant, DAVID WILSON, aka Cool Wop, aka Cootie, DESMOND THURSTON, aka Dazz,** Antonio Roberson, aka LT, a co-conspirator now deceased, and co-conspirators not indicted herein did unlawfully, knowingly and willfully combine, conspire, confederate, and agree together to murder Jack Davis, a/k/a Twin, Devar M. Chandler, a/k/a D-Lock, and other members and associates of the 10th Place/Trenton Place Crew, in violation of 22 D.C. Code §§ 2101 and 4502.

I. Object of the Conspiracy

It was the primary object of the conspiracy for the defendants and co-conspirators not indicted herein, to murder members and associates of the 10th Place/Trenton Place Crew, including Jack Davis, a/k/a Twin, and Devar M. Chandler, a/k/a D-Lock, in order to retaliate for armed assaults of the defendants and their associates, and for the murders of David Scott, aka Head and Darryl Gibson,

33

aka Meatball, aka Little Darryl, who were members of the Congress Park Crew.

II. Overt Acts

In furtherance of the conspiracy and in order to effect the object thereto, the defendants and co-conspirators not indicted herein, in various combinations, directly and indirectly, committed overt acts including, but not limited to, the following overt acts alleged in Count 1, which overt acts are realleged and incorporated herein by reference as though fully set forth in this Count:

Overt Acts: 14, 15, 16, 17, 18.

(Conspiracy to Commit Murder, in violation of Title 22, D.C. Code, Section 1805(a))

Racketeering Act 35

### Assaults with Intent to Murder James Faison and John Ewing

The defendants named below committed the following acts, any one of which alone constitutes the commission of Racketeering Act 35:

(a) On or about October 8, 1997, in the 1500 block of Congress Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, did commit an act involving murder, that is, while armed with firearms, assaulted James Faison, aka Jay-Jay, with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

(b) On or about October 8, 1997, in the 1500 block of Congress Place, SE, in the District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-conspirator now deceased, did commit an act involving murder, that is, while armed with firearms, assaulted John Ewing with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

34

Racketeering Act 36

<u>Assault with Intent to Murder Linwood Carpenter</u>

On or about March 24, 1998, in an alley in the 100 block of Forrester Street, SW, in the

District of Columbia, **DESMOND THURSTON, aka Dazz**, and Antonio Roberson, aka LT, a co-

conspirator now deceased, did commit an act involving murder, that is, while armed with firearms,

assaulted Linwood Carpenter with the intent to murder him, in violation of 22 D.C. Code Sections

403, 4502, and 1805.

Racketeering Act 37

<u>August 17, 1998 Murder of Sabrina Bradley</u>

On or about August 17, 1998, in the District of Columbia, **DAVID WILSON, aka Cool**

**Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine,

aka Draino, a co-conspirator now deceased, while armed with firearms, purposely and with deliberate

and premeditated malice, killed Sabrina Bradley, by shooting her with firearms on or about August

16, 1998, thereby causing injuries from which Sabrina Bradley, died on or about August 18, 1998,

in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

Racketeering Act 38

<u>August 17, 1998 Murder of Ronnie Middleton</u>

On or about August 17, 1998, in the District of Columbia, **DAVID WILSON, aka Cool**

**Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine,

aka Draino, a co-conspirator now deceased, while armed with firearms, purposely and with deliberate

and premeditated malice, killed Ronnie Middleton, aka Squid, by shooting him with firearms on or

about August 17, 1998, thereby causing injuries from which Ronnie Middleton, died on or about

August 17, 1998, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

Racketeering Act 39

### Assault with Intent to Murder Quentin Milstead

On or about April 21 2001, in the 1300 block of Congress Street, SE, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, did commit an act involving murder, that is, while armed with a firearm, assaulted Quentin Milstead with the intent to murder him, in violation of 22 D.C. Code Sections 403, 4502, and 1805.

Racketeering Act 40

### August 27, 2002 Murder of Jamel Sills

On or about August 27, 2002, in the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom**, while armed with a firearm, purposely and with deliberate and premeditated malice, killed Jamel Sills, aka Black, by shooting him with a firearm on or about August 27, 2002, thereby causing injuries from which Jamel Sills, aka Black, died on or about August 27, 2002, in violation of 22 D.C. Code Sections 2101 and 4502.

Racketeering Act 41

### Assault with Intent to Murder Michael Smallwood

On or about September 5, 2003, in the 1300 block of Congress Street, SE, in the District of Columbia, **JOSEPH JONES, aka Jo-Jo**,  did commit an act involving murder, that is, while armed with a knife, assaulted Michael Smallwood with the intent to murder him, in violation of 22 D.C. Code Sections 403 and 4502.

Racketeering Act 42

Deleted.

Racketeering Act 43

April 3, 2004 Murder of Trevon Shaw

On or about April 3, 2004, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka**

**Big Ant**, and **DAVID WILSON, aka Cool Wop, aka Cootie**, while armed with a firearm, purposely

and with deliberate and premeditated malice, killed Trevon Shaw, by shooting him with a firearm on

or about April 3, 2004, thereby causing injuries from which Trevon Shaw, died on or about April 3,

2004, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

Racketeering Acts 44-46:     Acts Involving Witness Tampering

Racketeering Act 44

Conspiracy to Tamper With Witnesses

From July 30, 2002 to in or about at least April 2004, in the District of Columbia,

**ANTWUAN BALL, aka Twan, aka Big Ant**, **GREGORY BELL, aka Boy-Boy, aka Bunga**,

**JOSEPH JONES, aka Jo-Jo,** and co-conspirators not indicted herein did unlawfully, knowingly and

willfully combine, conspire, confederate, and agree together to knowingly use intimidation and

physical force, and to threaten and corruptly persuade witnesses to the murder of Jamel Sills, aka

Black, and Trevon Shaw, with intent to influence, delay, or prevent the testimony of the witnesses

in an official proceeding, and to hinder, delay, and prevent the communication to a law enforcement

officer or judge of the United States of information relating to the commission or possible

commission of a Federal offense, in violation of Title 18, United States Code, Sections 1512(b)(1)

and 1512(b)(3).

I. Object of the Conspiracy

It was the primary object of the conspiracy for the defendants and co-conspirators not indicted

37

herein, to tamper with witnesses to the murders of Jamel Sills, aka Black, committed by **DOMINIC SAMUELS, aka Don, aka Dom,** to tamper with witnesses to the murder of Trevon Shaw, committed by **ANTWUAN BALL, aka Twan, aka Big Ant,** and **DAVID WILSON, aka Cool Wop, aka Cootie,** and to tamper with witnesses to other criminal acts committed by members and associates of the organization, in order to prevent the arrest and conviction of the defendants and co-conspirators not indicted herein, for engaging in an illegal enterprise and conspiracy that they suspected they were being investigated.

II. Overt Acts

In furtherance of the conspiracy and in order to effect the object thereto, the defendants and co-conspirators not indicted herein, in various combinations, directly and indirectly, committed overt acts including, but not limited to, the following overt acts alleged in Count 1, which overt acts are realleged and incorporated herein by reference as though fully set forth in this Count:

Overt Acts: 73, 74, 75, 76, 77, 78, 84.

**(Conspiracy to Tamper with a Witness, Victim, or an Informant**, in violation of Title 18, United States Code, Section 1512(k))

Racketeering Act 45

Tampering with Witnesses to Murder of Jamel Sills, aka Black

The defendants named below committed the following acts, either one of which alone constitutes the commission of Racketeering Act 45:

(a) In or about December, 2002, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, knowingly used intimidation and physical force, threatened and corruptly persuaded Witnesses ##1-3, witnesses to the murder of Jamel Sills, aka Black, with intent to influence, delay,

or prevent the testimony of Witnesses ##1-3 in an official proceeding in violation of Title 18, United States Code, Section 1512(b)(1).

(b)   In or about December, 2002, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, knowingly used intimidation and physical force, threatened and corruptly persuaded Witnesses ##1-3, witnesses to the murder of Jamel Sills, aka Black, with intent to prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense, in violation of Title 18, United States Code, Section 1512(b)(3).

Racketeering Act 46

Tampering with Witnesses to Murder of Jamel Sills, aka Black

The defendants named below committed the following acts, either one of which alone constitutes the commission of Racketeering Act 46:

(a)      In or about January 2003, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, knowingly used intimidation and physical force, threatened and corruptly persuaded a co-conspirator not indicted herein, witness to the murder of Jamel Sills, aka Black, with intent to influence, delay, or prevent the testimony of the co-conspirator in an official proceeding in violation of Title 18, United States Code, Section 1512(b)(1).

(b)      In or about January 2003, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, knowingly used intimidation and physical force, threatened and corruptly persuaded a co-conspirator not indicted herein, witness to the murder of Jamel Sills, aka Black, with intent to hinder, delay, and prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense,

in violation of Title 18, United States Code, Section 1512(b)(3).

Racketeering Act 47:  Act Involving Robbery

Armed Robbery of David Wilson and an Unindicted Co-Conspirator

The defendant named below committed the following acts, either one of which alone constitutes the commission of Racketeering Act 47:

(a) On or about March 3, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, while armed with a pistol, committed an act involving robbery, in that he, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of **DAVID WILSON, aka Cool Wop, aka Cootie**, property of value belonging to that person, consisting of cocaine base, also known as crack cocaine, U.S. Currency, and a firearm, in violation of 22 D.C. Code Sections 2801 and 4502.

(b) On or about March 3, 2000, in the 1300 block of Congress Street, SE, within the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, while armed with a pistol, committed an act involving robbery, in that he, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of a co-conspirator not indicted herein, property of value belonging to that person, consisting of cocaine base, also known as crack cocaine, U.S. currency, and a firearm, in violation of 22 D.C. Code Sections 2801 and 4502.

(**Conspiracy to Participate in Racketeer Influenced Corrupt Organization**, in violation of Title 18, United States Code, Section 1962(d))

## COUNTS THREE TO TWENTY-EIGHT

## DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE

On or about the dates set forth below, within the District of Columbia, the defendants named

below did, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States

Code, Section 2:

### COCAINE BASE, ALSO KNOWN AS CRACK COCAINE

(a)     unlawfully, knowingly and intentionally distributed, or possessed with intent
        to distribute a mixture and substance containing a detectable amount of
        cocaine base, also known as crack cocaine, a Schedule II narcotic controlled
        substance, and the amount of said mixtures and substances was a detectable
        amount, in violation of Title 21, United States Code, Sections 841(a)(1) and
        841(b)(1)(C);

(b)      unlawfully, knowingly and intentionally distribute cocaine base, also known
        as crack cocaine, a Schedule II narcotic controlled substance, and the amount
        of said mixture and substance was 5 grams or more, in violation of Title 21,
        United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii);

as set forth in the specified Counts set forth below and in the specified Overt Acts of Count One,

which are realleged and incorporated by reference herein:

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 3<br><br>OA: 35 | **DAVID WILSON**<br><br>**and**<br><br>**DESMOND THURSTON** | Dist. Cocaine Base<br><br>5/16/2000 | 21 U.S.C. §841(a)(1); |
| 4<br><br>OA: 38 | **DAVID WILSON** | Dist. Cocaine Base<br><br>5/25/2000 | 21 U.S.C. §841(a)(1); |
| 5<br><br>OA: 39 | **GREGORY BELL** | Dist. Cocaine Base<br><br>6/5/00 | 21 U.S.C. §841(a)(1); |
| 6<br><br>OA: 40 | **DAVID WILSON** | Dist. Cocaine Base<br><br>6/28/00 | 21 U.S.C. §841(a)(1); |
| 7<br><br>OA: 42 | **Deleted.** | Deleted. | Deleted. |
| 8<br><br>OA: 44 | **ANTWUAN BALL** | Dist. Cocaine Base<br><br>7/18/00 | 21 U.S.C. §841(a)(1); |
| 9<br><br>OA: 45 | **GREGORY BELL** | Dist. Cocaine Base<br><br>7/27/00 | 21 U.S.C. §841(a)(1); |
| 10<br><br>OA: 47 | **JOSEPH JONES** | Dist. Cocaine Base<br><br>8/30/00 | 21 U.S.C. §841(a)(1); |

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 11<br><br>OA: 48 | **DAVID WILSON**<br><br>**and**<br><br>**DESMOND THURSTON** | Dist. Cocaine Base<br><br>10/17/00 | 21 U.S.C. §841(a)(1); |
| 12<br><br>OA: 49 | **GREGORY BELL** | Dist. Cocaine Base<br><br>11/16/00 | 21 U.S.C. §841(a)(1); |
| 13<br><br>OA: 50 | **GREGORY BELL** | Dist. Cocaine Base<br><br>1/9/01 | 21 U.S.C. §841(a)(1); |
| 14<br><br>OA: 51 | **JOSEPH JONES** | Dist. Cocaine Base<br><br>1/9/01 | 21 U.S.C. §841(a)(1); |
| 15<br><br>OA: 52 | **GREGORY BELL** | Dist. Cocaine Base<br><br>1/18/01 | 21 U.S.C. §841(a)(1); |
| 16<br><br>OA: 53 | **DAVID WILSON** | Dist. of 5 Grams or More of Cocaine Base<br><br>1/24/01 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 17<br><br>OA: 55 | **DESMOND THURSTON** | Dist. Cocaine Base<br><br>1/26/01 | 21 U.S.C. §841(a)(1); |
| 18<br><br>OA: 58 | **DAVID WILSON** | Dist. of 5 Grams or More of Cocaine Base<br><br>2/14/01 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 19<br><br>OA: 59 | **DAVID WILSON** | Dist. Cocaine Base<br><br>3/20/01 | 21 U.S.C. §841(a)(1); |

| Count/ OvertAct | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 20<br><br>OA: 60 | **DAVID WILSON** | Dist. Cocaine Base<br><br>4/5/01 | 21 U.S.C. §841(a)(1); |
| 21<br><br>OA: 62 | **DAVID WILSON** | Dist. Cocaine Base<br><br>4/26/01 | 21 U.S.C. §841(a)(1); |
| 22<br><br>OA: 65 | **ANTWUAN BALL** | Dist. of 5 Grams or More of Cocaine Base<br><br>7/26/01 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 23<br><br>OA: 67 | **DOMINIC SAMUELS** | Dist. Cocaine Base<br><br>12/19/01 | 21 U.S.C. §841(a)(1); |
| 24<br><br>OA: 82 | **DESMOND THURSTON** | Dist. Cocaine Base<br><br>11/18/03 | 21 U.S.C. §841(a)(1); |
| 25<br><br>OA: 87 | **GREGORY BELL** | Dist. of 5 Grams or More of Cocaine Base<br><br>8/30/04 | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); |
| 26<br><br>OA: 88 | **GREGORY BELL** | PWID. Cocaine Base<br><br>9/1/04 | 21 U.S.C. §841(a)(1); |
| 27<br><br>OA: 89 | **GREGORY BELL** | PWID Cocaine Base<br><br>10/1/04 | 21 U.S.C. §841(a)(1); |
| 28<br><br>OA: 91 | **GREGORY BELL** | Dist. Cocaine Base<br><br>10/4/04 | 21 U.S.C. §841(a)(1); |

## COUNT TWENTY-NINE

### FIRST DEGREE MURDER OF TROY LEWIS

On or about January 23, 1996, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant**, while armed with a firearm, purposely and with deliberate and premeditated malice, killed Troy Lewis, by shooting him with a firearm on or about January 23, 1996, thereby causing injuries from which Troy Lewis died on or about January 23, 1996, in violation of 22 D.C. Code Sections 2101 and 4502.

(**First-Degree Murder While Armed**, in violation of 22 D.C. Code Sections 2101 and 4502)

## COUNT THIRTY

### MURDER IN AID OF RACKETEERING ACTIVITY OF TROY LEWIS

(1)     At all times relevant to this Indictment, the racketeering enterprise, as more fully described in paragraphs of 1-12 of Count Two of this Indictment, which are realleged and incorporated by reference as though set forth fully herein, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact which was engaged in, and the activities of which affected, interstate and foreign commerce.

(2)     At all times relevant to this Indictment, the above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, offenses involving the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections 841 and 846;  acts involving murder, in violation of Title 22, D.C. Code, Sections 1803, 1805, 1805a, 403, 2101, and 4502; and acts involving robbery, in violation

45

of D.C. Code Sections 2801 and 4502.

(3)    On or about January 23, 1996, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **ANTWUAN BALL, aka Twan, aka Big Ant** unlawfully, willfully, and knowingly murdered Troy Lewis, that is, while armed with a firearm, killed Troy Lewis, by shooting him with a firearm, thereby causing injuries from which Troy Lewis died on or about January 23, 1996, in violation of 22 D.C. Code Sections 2101 and 4502.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(1))

## COUNT THIRTY-ONE

### FIRST DEGREE MURDER OF SABRINA BRADLEY

On or about August 17, 1998, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, while armed with firearms, purposely and with deliberate and premeditated malice, killed Sabrina Bradley, by shooting her with firearms on or about August 17, 1998, thereby causing injuries from which Sabrina Bradley died on or about August 18, 1998, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**First-Degree Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 2101, 4502 and 1805)

## COUNT THIRTY-TWO

### MURDER IN AID OF RACKETEERING ACTIVITY OF SABRINA BRADLEY

(1)    Paragraphs One and Two of Count Thirty of this Indictment are realleged and

46

incorporated by reference as though fully set forth herein.

(2)      On or about August 17, 1998, in the District of Columbia,  as consideration for the

receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value

from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their

position in the enterprise, an enterprise engaged in racketeering activity, **DAVID WILSON, aka Cool**

**Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine,

aka Draino, a co-conspirator now deceased, unlawfully, willfully, and knowingly murdered Sabrina

Bradley, that is,  while armed with a firearm, killed Sabrina Bradley, by shooting her with firearms,

thereby causing injuries from which Sabrina Bradley died on or about August 18, 1998, in violation

of  22 D.C. Code Sections 2101, 4502 and 1805.

> (**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of
> Title 18, United States Code, Sections 2 and 1959(a)(1))

## COUNT THIRTY-THREE

### FIRST DEGREE MURDER OF RONNIE MIDDLETON

On or about August 17, 1998, in the District of Columbia, **DAVID WILSON, aka Cool Wop,**

**aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka

Draino, a co-conspirator now deceased, while armed with firearms, purposely and with deliberate and

premeditated malice, killed Ronnie Middleton, by shooting him with firearms on or about August 17,

1998, thereby causing injuries from which Ronnie Middleton died on or about August 17, 1998, in

violation of 22 D.C. Code Sections 2101, 4502 and 1805.

> (**First-Degree Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code
> Sections 2101, 4502 and 1805)

## COUNT THIRTY-FOUR

### MURDER IN AID OF RACKETEERING ACTIVITY OF RONNIE MIDDLETON

(1)     Paragraphs One and Two of Count Thirty of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about August 17, 1998, in the District of Columbia,  as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DAVID WILSON, aka Cool Wop, aka Cootie**, Antonio Roberson, aka LT, a co-conspirator now deceased, and Antoine Draine, aka Draino, a co-conspirator now deceased, unlawfully, willfully, and knowingly murdered Ronnie Middleton, that is, while armed with firearms, killed Ronnie Middleton, by shooting him with a firearm, thereby causing injuries from which Ronnie Middleton died on or about August 17, 1998, in violation of  22 D.C. Code Sections 2101, 4502 and 1805.

> (**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

## COUNT THIRTY-FIVE

### ASSAULT WITH INTENT TO MURDER WHILE ARMED OF QUENTIN MILSTEAD

On or about April 21, 2001, in the District of Columbia, **DAVID WILSON, aka Cool Wop, aka Cootie**, while armed with a firearm, assaulted Quentin Milstead with the intent to murder him.

> (**Assault with Intent to Murder While Armed,** in violation of 22 D.C. Code Sections 403 and 4502)

## COUNT THIRTY-SIX

### ASSAULT WITH INTENT TO MURDER WHILE ARMED

(1)     Paragraphs One and Two of Count Thirty of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about April 21, 2001, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing his position in the enterprise, an enterprise engaged in racketeering activity, **DAVID WILSON, aka Cool Wop, aka Cootie**, unlawfully, willfully, and knowingly committed an assault with intent to murder against Quentin Milstead by shooting him with a firearm, in violation of 22 D.C. Code Sections 403 and 4502.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(3))

### COUNT THIRTY-SEVEN

### FIRST DEGREE MURDER OF JAMEL SILLS

On or about August 27, 2002, in the District of Columbia, **DOMINIC SAMUELS, aka Don, aka Dom**, while armed with a firearm, purposely and with deliberate and premeditated malice, killed Jamel Sills, aka Black, by shooting him with a firearm on or about August 27, 2002, thereby causing injuries from which Jamel Sills died on or about August 27, 2002, in violation of 22 D.C. Code Sections 2101 and 4502.

(**First-Degree Murder While Armed**, in violation of 22 D.C. Code Sections 2101 and 4502)

## COUNT THIRTY-EIGHT

### MURDER IN AID OF RACKETEERING ACTIVITY OF JAMEL SILLS

(1)      Paragraphs One and Two of Count Thirty of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)      On or about August 27, 2002, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **DOMINIC SAMUELS, aka Don, aka Dom**, unlawfully, willfully, and knowingly murdered Jamel Sills, that is, while armed with a firearm, killed Jamel Sills, aka Black, by shooting him with a firearm, thereby causing injuries from which Jamel Sills, aka Black, died on or about August 27, 2002, in violation of 22 D.C. Code Sections 2101 and 4502.

> (**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(1))

## COUNT THIRTY-NINE

### ASSAULT WITH INTENT TO MURDER WHILE ARMED OF MICHAEL SMALLWOOD

On or about September 5, 2003, in the District of Columbia, **JOSEPH JONES, aka Jo-Jo**, while armed with a knife, assaulted Michael Smallwood with the intent to murder him.

> (**Assault with Intent to Murder While Armed,** in violation of 22 D.C. Code Sections 403 and 4502)

## COUNT FORTY

### ATTEMPTED MURDER IN AID OF
### RACKETEERING ACTIVITY OF MICHAEL SMALLWOOD

(1)     Paragraphs One and Two of Count Thirty of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about September 5, 2003, in the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **JOSEPH JONES, aka Jo-Jo**, unlawfully, willfully, and knowingly attempted to murder Michael Smallwood by stabbing him with a knife, in violation of 22 D.C. Code Sections 403 and 4502.

> (**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(5))

### COUNT FORTY-ONE

Deleted.

### COUNT FORTY-TWO

Deleted.

### COUNT FORTY-THREE

Deleted.

### COUNT FORTY-FOUR

Deleted.

51

## COUNT FORTY-FIVE

Deleted.

## COUNT FORTY-SIX

Deleted.

## COUNT FORTY-SEVEN

### FIRST DEGREE MURDER OF TREVON SHAW

On or about April 3, 2004, in the District of Columbia, **ANTWUAN BALL, aka Twan, aka Big Ant,** and **DAVID WILSON, aka Cool Wop, aka Cootie**, while armed with firearms, purposely and with deliberate and premeditated malice, killed Trevon Shaw, by shooting him with firearms on or about April 3, 2004, thereby causing injuries from which Trevon Shaw died on or about April 3, 2004, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**First-Degree Murder While Armed and Aiding and Abetting**, in violation of 22 D.C. Code Sections 2101, 4502 and 1805)

## COUNT FORTY-EIGHT

### MURDER IN AID OF RACKETEERING ACTIVITY OF TREVON SHAW

(1)     Paragraphs One and Two of Count Thirty of this Indictment are realleged and incorporated by reference as though fully set forth herein.

(2)     On or about April 3, 2004, in the District of Columbia,  as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **ANTWUAN BALL, aka Twan, aka Big Ant,** and **DAVID WILSON, aka Cool Wop, aka Cootie**, unlawfully, willfully,

52

and knowingly murdered Trevon Shaw, that is, while armed with firearms, killed Trevon Shaw, by

shooting him with a firearm, thereby causing injuries from which Trevon Shaw died on or about

April 3, 2004, in violation of  22 D.C. Code Sections 2101, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of
Title 18, United States Code, Sections 2 and 1959(a)(1)))

## COUNTS FORTY-NINE TO FIFTY-FOUR

## USE OF A FIREARM

On or about the dates set forth below, in the District of Columbia, the defendants named

below did knowingly, willfully and unlawfully use and carry a firearm during and in relation to a

crime of violence and a drug trafficking crime, which are felonies prosecutable in a court of the

United States, as set forth below and as further described in the specified counts of this indictment

which are realleged and incorporated as if fully set forth herein:

| CT | DATE | DEFENDANTS | PREDICATE OFFENSE | COUNT NO. |
|----|------|------------|-------------------|-----------|
| 49 | 04/21/01 | **DAVID WILSON** | Att. RICO Murder<br>18 U.S.C. §1959 (a)(5)<br>(Quinton Milstead: Victim) | 36 |
| 50 | 08/27/02 | **DOMINIC SAMUELS** | RICO Murder<br>18 U.S.C. §1959(a)(1)<br>(Jamel Sills: Decedent) | 38 |
| 51 | Deleted. | | | 42 |
| 52 | Deleted. | | | 44 |
| 53 | Deleted. | | | 46 |
| 54 | 04/03/04 | **ANTWUAN BALL**<br>**DAVID WILSON** | RICO Murder<br>18 U.S.C. §1959(a)(1)<br>(Trevon Shaw: Decedent) | 48 |

(**Use of a Firearm and Aiding and Abetting**, in violation of Title 18, United States
Code, Sections 924(c) and 2)

53

### COUNTS FIFTY-FIVE TO FIFTY-SEVEN
### USE OF A COMMUNICATION FACILITY TO
### FACILITATE A DRUG TRAFFICKING OFFENSE

On or about the dates set forth below, within the District of Columbia, the defendants named

below did unlawfully, knowingly, and intentionally use a communication facility, that is, a

telephone, to facilitate the conspiracy to unlawfully distribute or possess with intent to distribute

cocaine and cocaine base, also known as crack cocaine, in violation of Title 21, United States Code,

Section 846.  The overt acts identified below are realleged and incorporated by reference herein:

| Count | Date | Defendant | Overt Act |
|-------|------|-----------|-----------|
| 55 | 2/14/01 | **DAVID WILSON** | 56 |
| 56 | 8/30/04 | **GREGORY BELL** | 86 |
| 57 | 10/4/04 | **GREGORY BELL** | 90 |

(**Use of a Communication Facility**, in violation of Title 21, United States Code, Section
843(b))

### COUNT FIFTY-EIGHT

On or about July 3, 2001, in the 3400 block of 13th Place, S.E., within the District of

Columbia, **ANTWUAN BALL, also known as "Twan," also known as "Big Ant,"** having been

convicted of a crime punishable by imprisonment for a term exceeding one year, in the District of

Columbia case number F-6268-95, did unlawfully and knowingly receive and possess a firearm, that

is a loaded Thompson semi-automatic carbine, and did unlawfully and knowingly receive and

possess another firearm, that is a loaded 7.62 assault rifle, which had been possessed, shipped and

transported in and effecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime
Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18,
United States Code, Section 922(g)(1))

## RICO FORFEITURE

1.  The allegations contained in Count Two of this Indictment are hereby repeated, realleged, and incorporated by reference herein as though fully set forth at length for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 1963.  Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 1963 in the event of any defendant's conviction under Count Two of this Indictment.

2.  The defendants, **ANTWUAN BALL, aka Twan, aka  Big Ant; DAVID WILSON, aka Cool Wop, aka Cootie; GREGORY BELL, aka Boy-Boy, aka Bunga; JOSEPH JONES, aka Jo-Jo; DOMINIC SAMUELS, aka Don, aka Dom;** and **DESMOND THURSTON, aka Dazz,**

> i.      have acquired and maintained interests in violation of Title 18, United States Code, Section 1962, which interests are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(1);

> ii.      have an interest in, security of, claims against, and property and contractual rights which afford a source of influence over, the enterprise named and described herein which the defendants established, operated, controlled, conducted, and participated in the conduct of, in violation of Title 18, United States Code, Section 1962, which interests, securities, claims, and rights are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963 (a)(2);

> iii.      have property constituting and derived from proceeds obtained, directly and indirectly, from racketeering activity, in violation of Title 18, United States Code, Section 1962, which property is subject to forfeiture to the United States pursuant to Title 18, United States Code,

Section 1963(a)(3),

3. The interests of the defendants subject to forfeiture to the United States pursuant to Title 18,

United States Code, Section 1963(a)(1), (a)(2), and (a)(3), include but are not limited to:

a.   at least $500,000.

4. If any of the property described in paragraphs 2 and 3 above, as a result of any act or

omission of a defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value;  or

(5) has been commingled with other property which cannot be divided without

difficulty;

the court shall order the forfeiture of any other property of the defendants up to the value of any

property set forth in paragraphs 2 and 3 above.

5.      The above-named defendants, and each of them, are jointly and severally liable for

the forfeiture obligations as alleged above.

All pursuant to Title 18, United States Code, Section 1963.

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia