ORIGINAL

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Nos. (RWR) |
| | ) | |
| ANTWUAN BALL, | ) | 05-100-01 |
|   also known as Twan, | ) | 05-100-02 |
|   also known as Big Ant, | ) | 05-100-03 |
| DAVID WILSON, | ) | 05-100-13 |
|   also known as Cool Wop, | ) | 05-100-16 |
|   also known as Cootie, | ) | 05-100-17 |
| GREGORY BELL, | ) | |
|   also known as Boy-Boy, | ) | |
|   also known as Bunga | ) | |
| DESMOND THURSTON, | ) | |
|   also known as Dazz, | ) | |
| JOSEPH JONES, | ) | |
|   also known as Jo-Jo, | ) | |
| DOMINIC SAMUELS, | ) | |
|   also known as Don, | ) | |
|   also known as Dom, | ) | |
|         Defendants. | ) | |

**FILED**

NOV 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## VERDICT FORM

2

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

## 1. <u>ANTWUAN BALL</u>

## I. <u>Narcotics Conspiracy</u>

<u>Count One</u>:  Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine and 50 kilograms or more of crack cocaine from in or about sometime in 1992, to at least March 2005.

Guilty: _____     Not Guilty: __*V̸ʔ·*___

If you find the defendant guilty of Count One, proceed to the remaining Counts, and do not consider the Lesser Included Offenses below.  If you find the defendant not guilty of Count One, proceed to the First Lesser Included Offense below.

### First Lesser Included Offense

Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine and 5 grams or more of crack cocaine from in or about sometime in 1992 to at least March 2005.

Guilty: _____     Not Guilty: __*/ ʔ·*___

If you find the defendant guilty of the First Lesser Included Offense, proceed to the remaining Counts, and do not consider the Second Lesser Included Offense below.  If you find the defendant not guilty of the First Lesser Included Offense, proceed to the Second Lesser Included Offense below.

### Second Lesser Included Offense

Conspiracy to distribute and possess with intent to distribute detectable amounts of cocaine and crack cocaine from in or about sometime in 1992 to at least March 2005.

Guilty: _____     Not Guilty: __*/ ʔ·*___

3

## II. RICO Conspiracy

**Count Two:** Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from on or about sometime around 1992 and continuing thereafter up to and including March 2005.

Guilty: _____     Not Guilty: __/ᄀ᠆__

If you have found the defendant guilty of this Count, that means that you have unanimously found proven beyond a reasonable doubt that the defendant agreed that he or some other member of the enterprise would commit at least two of the racketeering acts listed below, and that you have unanimously agreed on which two or more racketeering acts those are.   Please identify whether each racketeering act listed below was agreed to by marking "Proven" or "Not Proven."

**Racketeering Act 1:** Conspiracy to distribute and possess with intent to distribute a controlled substance from on or about sometime in at least 1992, and continuing thereafter up to and including March 2005.

(a)   A mixture or substance containing a detectable amount of cocaine.

Proven: _____          Not Proven: _____

(b)   A mixture or substance containing a detectable amount of crack cocaine.

Proven: _____          Not Proven: _____

**Racketeering Act 7:**

On or about July 18, 2000, distribution of crack cocaine.

Proven: _____          Not Proven: _____

**Racketeering Act 21:**

On or about July 26, 2001, distribution of crack cocaine.

Proven: _____          Not Proven: _____

4

**Racketeering Act 30:**

On or about November 21, 1993 to on or about August 17, 1998, conspiracy to murder Ronnie Middleton and other associates of the 1-5 Mob.

      **Proven:** _____ **Not Proven:** _____

**Racketeering Act 31:**

On or about February 20, 1994, assault with intent to murder Bradley Carter.

      **Proven:** _____ **Not Proven:** _____

**Racketeering Act 33:**

On or about January 23, 1996, murder of Troy Lewis.

      **Proven:** _____ **Not Proven:** _____

**Racketeering Act 34:**

From in or about sometime in September 1996 to at least June 16, 1998, conspiracy to murder Jack Davis and Devar Chandler and other members and associates of the 10th Place/Trenton Place Crew.

      **Proven:** _____ **Not Proven:** _____

**Racketeering Act 43:**

On or about April 3, 2004, murder of Trevon Shaw.

      **Proven:** _____ **Not Proven:** _____

**Racketeering Act 44:**

From in or about July 30, 2002 to in or about at least April 2004, conspiracy to tamper with witnesses to the murder of Jamel Sills and Trevon Shaw.

      **Proven:** _____ **Not Proven:** _____

5

**Racketeering Act 45:**

December 2002, tampering with witnesses to the murder of Jamel Sills.

Proven: _____          Not Proven: _____

**Racketeering Act 46:**

January 2003, tampering with witnesses to the murder of Jamel Sills.

Proven: _____          Not Proven: _____

**Racketeering Act 47:**

(a)   January 11, 2000 robbery of David Wilson.

Proven: _____          Not Proven: _____

(b)   January 11, 2000 robbery of an unindicted co-
      conspirator.

Proven: _____          Not Proven: _____


III. **DISTRIBUTION**

**Count Eight:**   On or about July 18, 2000, unlawful distribution of crack cocaine.

Guilty: _____     Not Guilty: __/ ̣2_____

6

**Count Twenty-Two:**   On or about July 26, 2001, unlawful distribution of 5 grams or more of crack cocaine.

Guilty:  _1 2._          Not Guilty:  _____

If you find the defendant guilty of Count Twenty-Two, proceed to the remaining Counts, and do not consider the Lesser Included Offense below.   If you find the defendant not guilty of Count Twenty-Two, proceed to the Lesser Included Offense below.

Lesser Included Offense

On or about July 26, 2001, unlawful distribution of crack cocaine.

Guilty:  _____          Not Guilty:  _____

IV.   **OFFENSES INVOLVING MURDER AND VIOLENT CRIME IN AID OF RACKETEERING**

**Count Twenty-Nine:**   On or about January 23, 1996, first degree murder while armed of Troy Lewis.

Guilty:  _____          Not Guilty:  _1 2._

If you find the defendant guilty of Count Twenty-Nine, proceed to the remaining Counts, and do not consider the Lesser Included Offense below.   If you find the defendant not guilty of Count Twenty-Nine, proceed to the Lesser Included Offense below.

Lesser Included Offense

On or about January 23, 1996, second degree murder while armed of Troy Lewis.

Guilty:  _____          Not Guilty:  _1 2_

**Count Thirty:**   On or about January 23, 1996, murder in aid of racketeering activity of Troy Lewis.

Guilty:  _____          Not Guilty:  _1 2_

7

**Count Forty-Seven:**   On or about April 3, 2004, first degree murder while armed of Trevon Shaw.

Guilty: _____          Not Guilty: __*l 2*·___

If you find the defendant guilty of Count Forty-Seven, proceed to the remaining Counts, and do not consider the Lesser Included Offense below.   If you find the defendant not guilty of Count Forty-Seven, proceed to the Lesser Included Offense below.

<u>Lesser Included Offense</u>

On or about April 3, 2004, second degree murder while armed of Trevon Shaw.

Guilty: _____          Not Guilty: __*l 2*___

**Count Forty-Eight:**   On or about April 3, 2004, murder in aid of racketeering activity of Trevon Shaw.

Guilty: _____          Not Guilty: __*l 2*·___

**V.    WEAPONS OFFENSES**

**Count Fifty-Four:**   On or about April 3, 2004, use of a firearm in relation to a crime of violence (Trevon Shaw: Decedent).

Guilty: _____          Not Guilty: __*l 2*___

**Count Fifty-Eight:**   On or about July 3, 2001, unlawful possession of a firearm by a person convicted of a crime punishable by imprisonment for a term exceeding one year.

Guilty: _____          Not Guilty: ___*l 2*___

8

## 2.  DAVID WILSON

## I.  Narcotics Conspiracy

**Count One:**  Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine and 50 kilograms or more of crack cocaine from in or about sometime in 1992, to at least March 2005.

**Guilty:** _____     **Not Guilty:** ___/ ̄ ̄___

If you find the defendant guilty of Count One, proceed to the remaining Counts, and do not consider the Lesser Included Offenses below.  If you find the defendant not guilty of Count One, proceed to the First Lesser Included Offense below.

### First Lesser Included Offense

Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine and 5 grams or more of crack cocaine from in or about sometime in 1992 to at least March 2005.

**Guilty:** _____     **Not Guilty:** ___/ ̄ ̄___

If you find the defendant guilty of the First Lesser Included Offense, proceed to the remaining Counts, and do not consider the Second Lesser Included Offense below.  If you find the defendant not guilty of the First Lesser Included Offense, proceed to the Second Lesser Included Offense below.

### Second Lesser Included Offense

Conspiracy to distribute and possess with intent to distribute detectable amounts of cocaine and crack cocaine from in or about sometime in 1992 to at least March 2005.

**Guilty:** _____     **Not Guilty:** ___/ ̄ ̄___

9

## II.  RICO Conspiracy

**Count Two:** Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from on or about sometime around 1992 and continuing thereafter up to and including March 2005.

Guilty: _____     Not Guilty: __/ ⟩___

If you have found the defendant guilty of this Count, that means that you have unanimously found proven beyond a reasonable doubt that the defendant agreed that he or some other member of the enterprise would commit at least two of the racketeering acts listed below, and that you have unanimously agreed on which two or more racketeering acts those are.  Please identify whether each racketeering act listed below was agreed to by marking "Proven" or "Not Proven."

**Racketeering Act 1:** Conspiracy to distribute and possess with intent to distribute a controlled substance from on or about sometime in at least 1992, and continuing thereafter up to and including March 2005.

(a)  A mixture or substance containing a detectable amount of cocaine.

Proven: _____          Not Proven: _____

(b)  A mixture or substance containing a detectable amount of crack cocaine.

Proven: _____          Not Proven: _____

**Racketeering Act 2:**

On or about May 16, 2000, distribution of crack cocaine.

Proven: _____          Not Proven: _____

**Racketeering Act 3:**

On or about May 25, 2000, distribution of crack cocaine.

Proven: _____          Not Proven: _____

**Racketeering Act 5:**

On or about June 28, 2000, distribution of crack cocaine.

    **Proven:** _____            **Not Proven:** _____

**Racketeering Act 10:**

On or about October 17, 2000, distribution of crack cocaine.

    **Proven:** _____            **Not Proven:** _____

**Racketeering Act 15:**

On or about January 24, 2001, distribution of crack cocaine.

    **Proven:** _____            **Not Proven:** _____

**Racketeering Act 17:**

On or about February 14, 2001, distribution of crack
cocaine.

    **Proven:** _____            **Not Proven:** _____

**Racketeering Act 18:**

On or about March 20, 2001, distribution of crack cocaine.

    **Proven:** _____            **Not Proven:** _____

**Racketeering Act 19:**

On or about April 5, 2001, distribution of crack cocaine.

    **Proven:** _____            **Not Proven:** _____

**Racketeering Act 20:**

On or about April 26, 2001, distribution of crack cocaine.

    **Proven:** _____            **Not Proven:** _____

11

**Racketeering Act 30:**

On or about November 21, 1993 to on or about
August 17, 1998, conspiracy to murder Ronnie Middleton and other
associates of the 1-5 Mob.

**Proven:** _____          **Not Proven:** _____

**Racketeering Act 32:**

On or about 1996, assault with intent to murder James
Faison.

**Proven:** _____          **Not Proven:** _____

**Racketeering Act 34:**

From in or about sometime in September 1996 to at least
June 16, 1998, conspiracy to murder Jack Davis and Devar Chandler
and other members and associates of the 10th Place/Trenton Place
Crew.

**Proven:** _____          **Not Proven:** _____

**Racketeering Act 37:**

On or about August 17, 1998, murder of Sabrina Bradley.

**Proven:** _____          **Not Proven:** _____

**Racketeering Act 38:**

On or about August 17, 1998, murder of Ronnie Middleton.

**Proven:** _____          **Not Proven:** _____

12

**Racketeering Act 39:**

On or about April 21, 2001, assault with intent to murder Quentin Milstead.

Proven: _____          Not Proven: _____

**Racketeering Act 43:**

On or about April 3, 2004, murder of Trevon Shaw.

Proven: _____          Not Proven: _____


## III. DISTRIBUTION

**Count Three:**   On or about May 16, 2000, unlawful distribution of crack cocaine.

Guilty: _____          Not Guilty: __12_____

**Count Four:**   On or about May 25, 2000, unlawful distribution of crack cocaine.

Guilty: __12._____          Not Guilty: _____

**Count Six:**   On or about June 28, 2000, unlawful distribution of crack cocaine.

Guilty: __12_____          Not Guilty: _____

**Count Eleven:**   On or about October 17, 2000, unlawful distribution of crack cocaine.

Guilty: __12_____          Not Guilty: _____

13

**Count Sixteen:**   On or about January 24, 2001, unlawful distribution of 5 grams or more of crack cocaine.

Guilty: ___12.___          Not Guilty: _____

If you find the defendant guilty of Count Sixteen, proceed to the remaining Counts, and do not consider the Lesser Included Offense below.  If you find the defendant not guilty of Count Sixteen, proceed to the Lesser Included Offense below.

### Lesser Included Offense

On or about January 24, 2001, unlawful distribution of crack cocaine.

Guilty: _____          Not Guilty: _____

**Count Eighteen:**  On or about February 14, 2001, unlawful distribution of 5 grams or more of crack cocaine.

Guilty: ___12___          Not Guilty: _____

If you find the defendant guilty of Count Eighteen, proceed to the remaining Counts, and do not consider the Lesser Included Offense below.  If you find the defendant not guilty of Count Eighteen, proceed to the Lesser Included Offense below.

### Lesser Included Offense

On or about February 14, 2001, unlawful distribution of crack cocaine.

Guilty: _____          Not Guilty: _____

**Count Nineteen:**   On or about March 20, 2001, unlawful distribution of crack cocaine.

Guilty: ___12.___          Not Guilty: _____

**Count Twenty:**   On or about April 5, 2001, unlawful distribution of crack cocaine.

Guilty: ___12___          Not Guilty: _____

14

**Count Twenty-One:**     On or about April 26, 2001, unlawful
distribution of crack cocaine.

Guilty: ____| 7____          Not Guilty: _____

## IV.  OFFENSES INVOLVING MURDER, ASSAULT WITH INTENT TO MURDER, AND VIOLENT CRIME IN AID OF RACKETEERING

**Count Thirty-One:**  On or about August 17, 1998, first degree
murder while armed of Sabrina Bradley.

Guilty: _____          Not Guilty: _____

If you find the defendant guilty of Count Thirty-One , proceed to
the remaining Counts, and do not consider the Lesser Included
Offense below.   If you find the defendant not guilty of Count
Thirty-One, proceed to the Lesser Included Offense below.

### Lesser Included Offense

On or about August 17, 1998, second degree murder while
armed of Sabrina Bradley.

Guilty: _____          Not Guilty: _____

**Count Thirty-Two:**     On or about August 17, 1998, murder in
aid of racketeering activity of Sabrina Bradley.

Guilty: _____          Not Guilty: ____| 7___.

**Count Thirty-Three:**  On or about August 17, 1998, first
degree murder while armed of Ronnie Middleton.

Guilty: _____          Not Guilty: _____

If you find the defendant guilty of Count Thirty-Three, proceed
to the remaining Counts, and do not consider the Lesser Included
Offense below.   If you find the defendant not guilty of Count
Thirty-Three, proceed to the Lesser Included Offense below.

### Lesser Included Offense

On or about August 17, 1998, second degree murder while
armed of Ronnie Middleton.

Guilty: _____          Not Guilty: _____

15

**Count Thirty-Four:**   On or about August 17, 1998, murder in aid of racketeering activity of Ronnie Middleton.

Guilty: _____          Not Guilty: _____

**Count Thirty-Five:**   On or about August 21, 2001, assault with intent to murder while armed of Quentin Milstead.

Guilty: _____          Not Guilty: _____

**Count Thirty-Six:**   On or about August 21, 2001, assault with intent to murder in aid of racketeering activity of Quentin Milstead.

Guilty: _____          Not Guilty: _____

**Count Forty-Seven:**   On or about April 3, 2004, first degree murder while armed of Trevon Shaw.

Guilty: _____          Not Guilty: _____

If you find the defendant guilty of Count Forty-Seven, proceed to the remaining Counts, and do not consider the Lesser Included Offense below.   If you find the defendant not guilty of Count Forty-Seven, proceed to the Lesser Included Offense below.

<u>Lesser Included Offense</u>

On or about April 3, 2004, second degree murder while armed of Trevon Shaw.

Guilty: _____          Not Guilty: _____

**Count Forty-Eight:**   On or about April 3, 2004, murder in aid of racketeering activity of Trevon Shaw.

Guilty: _____          Not Guilty: _____

V.   **WEAPONS OFFENSES**

**Count Forty-Nine:**   On or about April 21, 2001, use of a firearm in relation to a crime of violence (Quentin Milstead: Victim).

Guilty: _____          Not Guilty: _____

16

**Count Fifty-Four:**   On or about April 3, 2004, use of a firearm in relation to a crime of violence (Trevon Shaw: Decedent).

Guilty: _____      Not Guilty: __1 2__

## VI.   UNLAWFUL USE OF A COMMUNICATION FACILITY

**Count Fifty-Five:**   On or about February 14, 2001, unlawful use of a communication facility (telephone).

Guilty: __1 2__      Not Guilty: _____

17

## 3.   GREGORY BELL

## I.   Narcotics Conspiracy

**Count One:**   Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine and 50 kilograms or more of crack cocaine from in or about sometime in 1992, to at least March 2005.

**Guilty:** _____      **Not Guilty:** ___1 2___

If you find the defendant guilty of Count One, proceed to the remaining Counts, and do not consider the Lesser Included Offenses below.  If you find the defendant not guilty of Count One, proceed to the First Lesser Included Offense below.

### First Lesser Included Offense

Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine and 5 grams or more of crack cocaine from in or about sometime in 1992 to at least March 2005.

**Guilty:** _____      **Not Guilty:** ___1 2___

If you find the defendant guilty of the First Lesser Included Offense, proceed to the remaining Counts, and do not consider the Second Lesser Included Offense below.  If you find the defendant not guilty of the First Lesser Included Offense, proceed to the Second Lesser Included Offense below.

### Second Lesser Included Offense

Conspiracy to distribute and possess with intent to distribute detectable amounts of cocaine and crack cocaine from in or about sometime in 1992 to at least March 2005.

**Guilty:** _____      **Not Guilty:** ___1 2___

18

## II.   RICO Conspiracy

**Count Two:** Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from on or about sometime around 1992 and continuing thereafter up to and including March 2005.

Guilty: _____          Not Guilty: ___I ___

If you have found the defendant guilty of this Count, that means that you have unanimously found proven beyond a reasonable doubt that the defendant agreed that he or some other member of the enterprise would commit at least two of the racketeering acts listed below, and that you have unanimously agreed on which two or more racketeering acts those are.   Please identify whether each racketeering act listed below was agreed to by marking "Proven" or "Not Proven."

**Racketeering Act 1:** Conspiracy to distribute and possess with intent to distribute a controlled substance from on or about sometime in at least 1992, and continuing thereafter up to and including March 2005.

(a)   A mixture or substance containing a detectable amount of cocaine.

Proven: _____          Not Proven: _____

(b)   A mixture or substance containing a detectable amount of crack cocaine.

Proven: _____          Not Proven: _____

**Racketeering Act 4:**

On or about June 5, 2000, distribution of crack cocaine.

Proven: _____          Not Proven: _____

19

**Racketeering Act 8:**

On or about July 27, 2000, distribution of crack cocaine.

      **Proven:** _____         **Not Proven:** _____

**Racketeering Act 11:**

On or about November 16, 2000, distribution of crack cocaine.

      **Proven:** _____         **Not Proven:** _____

**Racketeering Act 12:**

On or about January 9, 2001, distribution of crack cocaine.

      **Proven:** _____         **Not Proven:** _____

**Racketeering Act 14:**

On or about January 18, 2001, distribution of crack cocaine.

      **Proven:** _____         **Not Proven:** _____

**Racketeering Act 24:**

On or about August 30, 2004, distribution of crack cocaine.

      **Proven:** _____         **Not Proven:** _____

**Racketeering Act 25:**

On or about October 4, 2004, distribution of crack cocaine.

      **Proven:** _____         **Not Proven:** _____

**Racketeering Act 26:**

On or about August 2, 1996, possession with intent to distribute crack cocaine.

      **Proven:** _____         **Not Proven:** _____

20

### Racketeering Act 28:

On or about September 1, 2004, possession with intent to distribute crack cocaine.

**Proven:** _____          **Not Proven:** _____

### Racketeering Act 29:

On or about October 1, 2004, possession with intent to distribute crack cocaine.

**Proven:** _____          **Not Proven:** _____

### Racketeering Act 44:

From on or about July 30, 2002 to in or about at least April 2004, conspiracy to tamper with witnesses to the murder of Jamel Sills and Trevon Shaw.

**Proven:** _____          **Not Proven:** _____


## III. DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE

**Count Five:**     On or about June 5, 2000, unlawful distribution of crack cocaine.

**Guilty:** __12__          **Not Guilty:** _____

**Count Nine:**     On or about July 27, 2000, unlawful distribution of crack cocaine.

**Guilty:** __12__          **Not Guilty:** _____

**Count Twelve:**   On or about November 16, 2000, unlawful distribution of crack cocaine.

**Guilty:** __12__          **Not Guilty:** _____

**Count Thirteen:**     On or about January 9, 2001, unlawful distribution of crack cocaine.

**Guilty:** _____          **Not Guilty:** __12__

21

**Count Fifteen:**    On or about January 18, 2001, unlawful distribution of crack cocaine.

Guilty: _____    Not Guilty: ___**1 2**___

**Count Twenty-Five:**    On or about August 30, 2004, unlawful distribution of 5 grams or more of crack cocaine.

Guilty: _____    Not Guilty: ___**1 2**___

If you find the defendant guilty of Count Twenty-Five, proceed to the remaining Counts, and do not consider the Lesser Included Offense below.   If you find the defendant not guilty of Count Twenty-Five, proceed to the Lesser Included Offense below.

<u>Lesser Included Offense</u>

On or about August 30, 2004, unlawful distribution of crack cocaine.

Guilty: _____    Not Guilty: ___**1 2**___

**Count Twenty-Six:**    On or about September 1, 2004, unlawful possession with intent to distribute crack cocaine.

Guilty: _____    Not Guilty: ___**1 2**___

**Count Twenty-Seven:**    On or about October 1, 2004, unlawful possession with intent to distribute crack cocaine.

Guilty: _____    Not Guilty: ___**1 2**___

**Count Twenty-Eight:**    On or about October 4, 2004, unlawful distribution of crack cocaine.

Guilty: _____    Not Guilty: ___**1 2**___

**IV.   <u>UNLAWFUL USE OF A COMMUNICATION FACILITY</u>**

**Count Fifty-Six:**    On or about August 30, 2004, unlawful use of a communication facility (telephone).

Guilty: _____    Not Guilty: ___**1 2**___

22

**Count Fifty-Seven:**    On or about October 4, 2004, unlawful use of a communication facility (telephone).

**Guilty:** _____    **Not Guilty:** _____

23

### 4.   **DESMOND THURSTON**

## I.   Narcotics Conspiracy

**Count One:**   Conspiracy to distribute and possess with intent
to distribute 5 kilograms or more of cocaine and 50 kilograms or
more of crack cocaine from in or about sometime in 1992, to at
least March 2005.

Guilty: _____        Not Guilty: ___1 2____

If you find the defendant guilty of Count One, proceed to the
remaining Counts, and do not consider the Lesser Included
Offenses below.  If you find the defendant not guilty of Count
One, proceed to the First Lesser Included Offense below.

### First Lesser Included Offense

Conspiracy to distribute and possess with intent to
distribute 500 grams or more of cocaine and 5 grams or more of
crack cocaine from in or about sometime in 1992 to at least March
2005.

Guilty: _____        Not Guilty: ___JP 12____

If you find the defendant guilty of the First Lesser Included
Offense, proceed to the remaining Counts, and do not consider the
Second Lesser Included Offense below.  If you find the defendant
not guilty of the First Lesser Included Offense, proceed to the
Second Lesser Included Offense below.

### Second Lesser Included Offense

Conspiracy to distribute and possess with intent to
distribute detectable amounts of cocaine and crack cocaine from
in or about sometime in 1992 to at least March 2005.

Guilty: _____        Not Guilty: ___1 2____

24

## II.  RICO Conspiracy

**Count Two:** Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from on or about sometime around 1992 and continuing thereafter up to and including March 2005.

Guilty: _____          Not Guilty: ___|↑____

If you have found the defendant guilty of this Count, that means that you have unanimously found proven beyond a reasonable doubt that the defendant agreed that he or some other member of the enterprise would commit at least two of the racketeering acts listed below, and that you have unanimously agreed on which two or more racketeering acts those are.  Please identify whether each racketeering act listed below was agreed to by marking "Proven" or "Not Proven."

**Racketeering Act 1:** Conspiracy to distribute and possess with intent to distribute a controlled substance from on or about sometime in at least 1992, and continuing thereafter up to and including March 2005.

(a)  A mixture or substance containing a detectable amount of crack cocaine.

Proven: _____          Not Proven: _____

(b)  A mixture or substance containing a detectable amount of crack cocaine.

Proven: _____          Not Proven: _____

**Racketeering Act 2:**

On or about May 16, 2000, distribution of crack cocaine.

Proven: _____          Not Proven: _____

**Racketeering Act 10:**

On or about October 17, 2000, distribution of crack cocaine.

Proven: _____          Not Proven: _____

25

**Racketeering Act 16:**

On or about January 26, 2001, distribution of crack cocaine.

  **Proven:** _____    **Not Proven:** _____

**Racketeering Act 23:**

On or about November 18, 2003, distribution of crack cocaine.

  **Proven:** _____    **Not Proven:** _____

**Racketeering Act 30:**

On or about November 21, 1993 to on or about August 17, 1998, conspiracy to murder Ronnie Middleton and other associates of the 1-5 Mob.

  **Proven:** _____    **Not Proven:** _____

**Racketeering Act 34:**

From in or about sometime in September 1996 to at least June 16, 1998, conspiracy to murder Jack Davis and Devar Chandler and other members and associates of the 10th Place/Trenton Place Crew.

  **Proven:** _____    **Not Proven:** _____

**Racketeering Act 35:**

On or about October 8, 1997, assault with intent to murder James Faison and John Ewing.

  **Proven:** _____    **Not Proven:** _____

**Racketeering Act 36:**

On or about March 24, 1998, assault with intent to murder Linwood Carpenter.

  **Proven:** _____    **Not Proven:** _____

26

III. **DISTRIBUTION**

    **Count Three:**    On or about May 16, 2000, unlawful distribution of crack cocaine.

        **Guilty:** _____    **Not Guilty:** _____

    **Count Eleven:**    On or about October 17, 2000, unlawful distribution of crack cocaine.

        **Guilty:** _____    **Not Guilty:** _____

    **Count Seventeen:**    On or about January 26, 2001, unlawful distribution of crack cocaine.

        **Guilty:** _____    **Not Guilty:** _____

    **Count Twenty-Four:**    On or about November 18, 2003, unlawful distribution of crack cocaine.

        **Guilty:** _____    **Not Guilty:** _____

27

## 5.   JOSEPH JONES

### I.   Narcotics Conspiracy

**Count One**:  Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine and 50 kilograms or more of crack cocaine from in or about sometime in 1992, to at least March 2005.

Guilty: _____       Not Guilty: __*12*__

If you find the defendant guilty of Count One, proceed to the remaining Counts, and do not consider the Lesser Included Offenses below.  If you find the defendant not guilty of Count One, proceed to the First Lesser Included Offense below.

### First Lesser Included Offense

Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine and 5 grams or more of crack cocaine from in or about sometime in 1992 to at least March 2005.

Guilty: _____       Not Guilty: __*12*__

If you find the defendant guilty of the First Lesser Included Offense, proceed to the remaining Counts, and do not consider the Second Lesser Included Offense below.  If you find the defendant not guilty of the First Lesser Included Offense, proceed to the Second Lesser Included Offense below.

### Second Lesser Included Offense

Conspiracy to distribute and possess with intent to distribute detectable amounts of cocaine and crack cocaine from in or about sometime in 1992 to at least March 2005.

Guilty: _____       Not Guilty: __*12*__

28

## II. <u>RICO Conspiracy</u>

<u>Count Two</u>: Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from on or about sometime around 1992 and continuing thereafter up to and including March 2005.

**Guilty:** _____        **Not Guilty:** ___/ 2_____

If you have found the defendant guilty of this Count, that means that you have unanimously found proven beyond a reasonable doubt that the defendant agreed that he or some other member of the enterprise would commit at least two of the racketeering acts listed below, and that you have unanimously agreed on which two or more racketeering acts those are.  Please identify whether each racketeering act listed below was agreed to by marking "Proven" or "Not Proven."

<u>Racketeering Act 1</u>: Conspiracy to distribute and possess with intent to distribute a controlled substance from on or about sometime in at least 1992, and continuing thereafter up to and including March 2005.

(a)  A mixture or substance containing a detectable amount of cocaine.

**Proven:** _____        **Not Proven:** _____

(b)  A mixture or substance containing a detectable amount of crack cocaine.

**Proven:** _____        **Not Proven:** _____

<u>Racketeering Act 9</u>:

On or about August 30, 2000, distribution of crack cocaine.

**Proven:** _____        **Not Proven:** _____

<u>Racketeering Act 13</u>:

On or about January 9, 2001, distribution of crack cocaine.

**Proven:** _____        **Not Proven:** _____

29

### Racketeering Act 30:

On or about November 21, 1993 to on or about August 17, 1998, conspiracy to murder Ronnie Middleton and other associates of the 1-5 Mob.

      **Proven:** _____          **Not Proven:** _____

### Racketeering Act 31:

On or about February 20, 1994, assault with intent to murder Bradley Carter.

      **Proven:** _____          **Not Proven:** _____

### Racketeering Act 41:

On or about September 5, 2003, assault with intent to murder Michael Smallwood.

      **Proven:** _____          **Not Proven:** _____

### Racketeering Act 44:

From in or about July 30, 2002 to in or about at least April 2004, conspiracy to tamper with witnesses to the murder of Jamel Sills and Trevon Shaw.

      **Proven:** _____          **Not Proven:** _____

## III. DISTRIBUTION

**Count Ten:**    On or about August 30, 2000, unlawful distribution of crack cocaine.

      **Guilty:** _1 2_          **Not Guilty:** _____

**Count Fourteen:**    On or about January 9, 2001, unlawful distribution of crack cocaine.

      **Guilty:** _1 2_          **Not Guilty:** _____

30

IV.  **OFFENSES INVOLVING ASSAULT WITH INTENT TO MURDER AND VIOLENT CRIME IN AID OF RACKETEERING**

**Count Thirty-Nine:**   On or about September 5, 2003, assault with intent to murder while armed of Michael Smallwood.

Guilty:  _____        Not Guilty:  __/ 2_____

**Count Forty:**   On or about September 5, 2003, attempted murder while armed in aid of racketeering activity of Michael Smallwood.

Guilty:  _____        Not Guilty:  __/ 2_____

31

## 6.   DOMINIC SAMUELS

### I.   Narcotics Conspiracy

**Count One**:   Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine and 50 kilograms or more of crack cocaine from in or about sometime in 1992, to at least March 2005.

**Guilty**: _____          **Not Guilty**: ___ *1 2* ___

If you find the defendant guilty of Count One, proceed to the remaining Counts, and do not consider the Lesser Included Offenses below.  If you find the defendant not guilty of Count One, proceed to the First Lesser Included Offense below.

#### First Lesser Included Offense

Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine and 5 grams or more of crack cocaine from in or about sometime in 1992 to at least March 2005.

**Guilty**: _____          **Not Guilty**: ___ *1 2* ___

If you find the defendant guilty of the First Lesser Included Offense, proceed to the remaining Counts, and do not consider the Second Lesser Included Offense below.  If you find the defendant not guilty of the First Lesser Included Offense, proceed to the Second Lesser Included Offense below.

#### Second Lesser Included Offense

Conspiracy to distribute and possess with intent to distribute detectable amounts of cocaine and crack cocaine from in or about sometime in 1992 to at least March 2005.

**Guilty**: _____          **Not Guilty**: ___ *1 2* ___

## II.  RICO Conspiracy

**Count Two:** Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from on or about sometime around 1992 and continuing thereafter up to and including March 2005.

Guilty: _____        Not Guilty: _____

If you have found the defendant guilty of this Count, that means that you have unanimously found proven beyond a reasonable doubt that the defendant agreed that he or some other member of the enterprise would commit at least two of the racketeering acts listed below, and that you have unanimously agreed on which two or more racketeering acts those are.  Please identify whether each racketeering act listed below was agreed to by marking "Proven" or "Not Proven."

**Racketeering Act 1:** Conspiracy to distribute and possess with intent to distribute a controlled substance from on or about sometime in at least 1992, and continuing thereafter up to and including March 2005.

(a)  A mixture or substance containing a detectable amount of cocaine.

**Proven:** _____        **Not Proven:** _____

(b)  A mixture or substance containing a detectable amount of crack cocaine.

**Proven:** _____        **Not Proven:** _____

**Racketeering Act 22:**

On or about December 19, 2001, distribution of crack cocaine.

**Proven:** _____        **Not Proven:** _____

33

**Racketeering Act 27:**

On or about January 18, 1997, possession with intent to distribute crack cocaine.

**Proven:** _____        **Not Proven:** _____

**Racketeering Act 40:**

On or about August 27, 2002, murder of Jamel Sills.

**Proven:** _____        **Not Proven:** _____

III. **DISTRIBUTION**

**Count Twenty-Three:**    On or about December 19, 2001, unlawful distribution of crack cocaine.

**Guilty:** _____        **Not Guilty:** _12_

IV. **OFFENSES INVOLVING MURDER AND VIOLENT CRIME IN AID OF RACKETEERING**

**Count Thirty-Seven:**  On or about August 27, 2002, first degree murder while armed of Jamel Sills.

**Guilty:** _____        **Not Guilty:** _____

If you find the defendant guilty of Count Thirty-Seven, proceed to the remaining Counts, and do not consider the Lesser Included Offense below.   If you find the defendant not guilty of Count Thirty-Seven, proceed to the Lesser Included Offense below.

Lesser Included Offense

On or about August 27, 2002, second degree murder while armed of Jamel Sills.

**Guilty:** _____        **Not Guilty:** _____

**Count Thirty-Eight:**    On or about August 27, 2002, murder in aid of racketeering activity of Jamel Sills.

**Guilty:** _____        **Not Guilty:** _12_

34

**V.    WEAPONS OFFENSE**

**Count Fifty:**    On or about August 27, 2002, use of a firearm in relation to a crime of violence (Jamel Sills: Decedent).

**Guilty:** _____        **Not Guilty:** _____

11/28/07
Date                                Foreperson