# Exhibit A

# CONGRESS PARK CREW*

Lil Bitz - Margo - Sheek - Moochie - Marche - Augie - Tarsha - Kee-K
Bunga - Ant - Cuma - Amon - bunky - Jazz - Dazz - Phil - Ge
Lil Kim - Tom - Yonnie - Monie - Kia - Nita - Mary - Big Apple - M
Joe-Joe - K-bey - Lt - Manya - Taneal - T.T. - REGG - Brion - R
Kisha P - Janetta - Nita - Crazy Augie - 69 - T - Precious - Duck - D
~~Curtis - John - Tony - Tone - Lil Bobby - Don - Rookies - ~~
~~Daysha - Monica - Tiffany - Darnise - Ebony - Berchelle - Tiff~~
Season - Marco - Malik - Dean - Lawson - Boobie - Jamal - Lil
Black - Harry - Milton - Steve - Taran - Quinton - Biracooda - Tan
S.T - Joe-Joe - Tyb - DC - Daniel - Keith - Kevin - Lil Kevin - Sad
Paydra - KC - Lil DenbG - Debo - Sonny B - Javone - Gerak
David - Boogie - Osmeg - Ron - Avery - Rell Dog - Kevin
Doe - D Nice - Nook - Boe-boe - Ukia - Pig - Bart - Dip
Redeye - INDEY - Fonnian - Jessy - Lil Marcus RIP - Kayron RIP
Kevlette - Kimmy - Chris - Kale - Truck RIP - Reesy - Twee
Shalonda RIP - Meat-ball RIP - Head RIP - Kiley - Bruce
Sharice - L Dog - Tony - Paul - Radio - S - Wayne - Smo
Benjamin - Candyman - ~~Boie~~ Deuce - Rolo - Janeeka - Calaway
Sharelle - Sharelle - Nia - Quitta - Shamar - Lampate