# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Docket No. CR 05-100 |
| | : | |
| v. | : | |
| | : | |
| ANTWUAN BALL, DAVID WILSON, | : | Washington, DC |
| GREGORY BELL, DESMOND | : | |
| THURSTON, JOSEPH JONES, and | : | March 29, 2007 |
| DOMINIC SAMUELS, | : | 9:15 a.m. |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |

VOLUME 26 - MORNING SESSION
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS*
*BEFORE THE HONORABLE RICHARD W. ROBERTS*
*UNITED STATES DISTRICT COURT JUDGE, and a JURY*

APPEARANCES:

For the United States:            UNITED STATES ATTORNEY'S OFFICE
                                  Glenn S. Leon, Assistant United
                                  States Attorney
                                  Ann H. Petalas, Assistant United
                                  States Attorney,
                                  Gilberto Guerrero, Assistant
                                  United States Attorney
                                  555 4th Street
                                  Washington, DC  20001
                                  202.305.0174

For Defendant                     CARNEY & CARNEY
Antwuan Ball:                     John James Carney, Esq.
                                  South Building
                                  601 Pennsylvania Avenue, N.W.
                                  Washington, DC  20004
                                  202.434.8234

A.      Yes, sir.

Q.      Have you been in Mom's house?

A.      Yes, sir.

Q.      A lot or a little?

A.      A lot.

Q.      When you were in there, did you see Antwuan in there?

A.      Yes, sir.

Q.      A lot or a little?

A.      A lot.

Q.      Who else would you see in Mom's house back around this time?

A.      Jo-Jo, Boy-Boy, Geeka, Fat Tony.

Q.      Can you see Mom's house on this map?

A.      Yes, sir.

Q.      Can you tap on the approximate area were you see Mom's house.

A.      (Indicating.)

Q.      Okay.  And for the record, you put a dot just above the 1 in 13th Place, which is a little north of the circle; is that fair?

A.      Yes, sir.

Q.      Okay.  Is Mom's house on the left side of 13th Place or the right side of 13th Place?

A.      What you mean, coming out?  If you coming out, it's on the right side.

1    Q.    Okay.  It's on the part closer towards 14th Place or
2    towards 13th Street?
3    A.    Naw, that's 13th, sir.
4    Q.    Okay.  Is it on the side closer towards the Lincoln or
5    the other side of the street?
6    A.    The Lincoln side.
7    Q.    Okay.  Did you ever sell to Mom?
8    A.    Yes, sir.
9    Q.    A lot or a little?
10   A.    A lot.
11   Q.    Do you know if anyone else sold to Mom?
12   A.    Yes, sir.
13   Q.    Who?
14   A.    Everybody around there that sell coke, that I knew was
15   serving coke.
16   Q.    I'm going to ask you to be more specific.  In your mind,
17   when you say everyone around there who sold coke, who are those
18   people?
19   A.    Wop, Twan, Jo-Jo, Don, Dazz, Jazz, Santu, Boy-Boy.
20   Q.    All of the people that you just mentioned who sold to
21   Mom, did you see all -- each of those people do that with your
22   own eyes?
23   A.    Yes, sir.
24   Q.    A lot or a little?
25   A.    A lot.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Docket No. CR 05-100 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Washington, DC |
| | : | |
| ANTWUAN BALL, | : | |
| DAVID WILSON, | : | |
| GREGORY BELL, | : | March 29, 2007 |
| DESMOND THURSTON, | : | |
| JOSEPH JONES, | : | |
| DOMINIC SAMUELS, | : | |
| | : | |
| Defendants | : | 1:00 p.m. |

. . . . . . . . . . . . . . . . :  . . . . . . . . . . . . .

VOLUME 26 - AFTERNOON SESSION
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS*
*BEFORE THE HONORABLE RICHARD W. ROBERTS,*
*UNITED STATES DISTRICT JUDGE, and a jury*

APPEARANCES:

For the United States:     ANN H. PETALAS, ESQUIRE
                           GLENN S. LEON, ESQUIRE
                           GIL GUERRERO, ESQUIRE
                           UNITED STATES ATTORNEY'S OFFICE
                           555 Fourth Street, NW
                           Washington, D.C.  20530

For the Defendant          JOHN JAMES CARNEY, ESQUIRE
Antwuan Ball:              CARNEY & CARNEY
                           601 Pennsylvania Avenue, NW
                           Suite 900, South Building
                           Washington, DC  20004
                           (202) 434-8234

                           STEVEN CARL TABACKMAN, ESQUIRE
                           TIGHE, PATTON, ARMSTRONG,
                               TEASDALE, PLLC
                           1747 Pennsylvania Avenue, NW
                           Suite 300
                           Washington, DC  20006
                           (202) 454-2811

1    Q.   Where are you?

2    A.   Right behind him.

3    Q.   Can you please tap on you?

4    A.   (Witness complies.)

5    Q.   For the record, you tapped on the face and cap of somebody

6    over the left shoulder of the person you identified as Jojo,

7    with a blue cap.  That's you?

8    A.   Yes, sir.

9    Q.   Do you recognize anyone else in this photograph?

10   A.   Yes, sir.

11   Q.   Who?

12   A.   Boy-Boy.

13   Q.   Where is Boy-Boy?

14   A.   (Witness complies.)

15   Q.   For the record, you tapped on the person standing all the

16   way to the right of the photograph, but the second person from

17   the right.  Is that correct?

18   A.   Yes, sir.

19   Q.   Standing next to the person you identified as Jojo?

20   A.   Yes, sir.

21   Q.   Now, I believe earlier -- actually, I believe yesterday you

22   talked about buying, I believe you testified that you and Don

23   bought drugs from Boy-Boy during the earlier part, '92, '93 or

24   so.  Is that accurate?

25   A.   Yes, sir.

4970

1    Q.  Okay.  Did you personally buy from Boy-Boy during that time?

2    A.  Yes, sir.

3    Q.  Okay.  And did you -- when you and Don bought, did Don buy

4    separately or did you buy separately?  How did that work?

5    A.  We would go to him together and buy wholesales.  He has his

6    own money, I have my own money.

7    Q.  And what period of time is this?  How long did you and Don

8    buy wholesales from Boy-Boy.  And again, we're just in the '92

9    to '96 time period right now.

10   A.  Off and on, all the way up to '96.

11   Q.  Were there ever times you would buy from Boy-Boy on your

12   own, without Don there?

13   A.  Yes, sir.

14   Q.  And when you did that, how much would you buy from Boy-Boy?

15   A.  Just wholesale, like $200, 40 dimes or something like that.

16   $100, 20 dimes.

17   Q.  Of the people during this period of time, '92 to '96, that

18   you would mainly - you, Bobby Capies - would mainly get your

19   supply from, who were some of the main people you personally

20   would get your supply from, during this time period, '92 to '96?

21   A.  Boy-Boy, Kairi, and Antwuan.

22   Q.  Do you recognize anyone else in this photograph?

23   A.  Yes, sir.

24   Q.  Who?

25   A.  A dude named Terry.

1    Q.   Where is Terry?

2    A.   (Witness complies.)

3    Q.   For the record, you pointed to somebody standing in the back

4    row, in between the person -- standing in between and behind the

5    person you identified as Baby Ki and the person you identified

6    as Jojo.  Is that correct?

7    A.   Yes, sir.

8    Q.   Who is Terry?

9    A.   Somebody that lived around the Congress Park.

10   Q.   And to your knowledge, did Terry sell drugs in Congress Park

11   around that time?

12   A.   I never seen him sell drugs, sir.

13   Q.   Do you recognize anyone else in the photograph?

14   A.   Yes, sir.

15   Q.   Who?

16   A.   A dude named Fat Dog.

17   Q.   Fat Dog?

18   A.   Yes, sir.

19   Q.   Where is Fat Dog?

20   A.   (Witness complies.)

21   Q.   For the record, you indicated a person towards the lower

22   center portion of the photograph, in what appears to be a red

23   and black plaid, either jacket or a long shirt.  Is that

24   correct?  Is that fair?

25   A.   Yes, sir.

1    A.   (Witness complies.)

2    Q.   And for the record, you've indicated someone also squatting

3    or kneeling, wearing a baseball cap.  Of the three people

4    squatting or kneeling on this photograph, he's the one in the

5    center holding what appears to be a beer bottle in his left

6    hand.

7    A.   Yes, sir.

8    Q.   Okay.  What connection if any does Doo-Doo have to Congress

9    Park during the 1992 to 1996 period?

10   A.   He was hustling around there.

11   Q.   What do you mean by "hustling around there"?

12   A.   Selling drugs.

13   Q.   What part of Congress Park did Doo-Doo hustle in the '92 to

14   '96 period, if you know?

15   A.   I used to see him.  He used to be in the circle sometimes,

16   but I mainly used to see him in the Boat Alley.

17   Q.   When he was in the Circle, was he alone or with others?

18   A.   Yes, sir.

19   Q.   Which?  Was he alone or with others when he was hustling in

20   the circle?

21   A.   Oh, he was with others.

22   Q.   Who?

23   A.   Jojo, Antwuan, Kairi, Boy-Boy, Fat Tony.

24   Q.   Now, let me just stop there.  A few different times I've

25   asked you, when someone is in the circle, who else is there?

```
 1    For example, right here you just said Doo-Doo, Jojo, Antwuan,

 2    Kairi, and Boy-Boy I think you just said now.  You've mentioned

 3    about, I think that's five people.

 4            Were there -- other than the five people you just

 5    identified in response to this question, how many more people

 6    were there out there in the circle selling when you saw this

 7    group of five people selling?

 8    A.  I mean, that was they stationary spot --

 9            MR. ZUCKER:  Objection.

10            THE COURT:  Hold on one second.

11            MR. ZUCKER:  Objection.  The question is so vague as to

12    time and association.

13            THE COURT:  Well, come on up.

14            (BENCH CONFERENCE ON THE RECORD.)

15            THE COURT:  Before we get to your objection, I thought

16    I heard his answer being, "Sometimes I would see him in the

17    circle, but most of the time I would see him in Boat Alley."

18            The predicate of your question was, "You've said, with

19    respect to the circle, the following people."  The names that

20    you named I thought were names that came out in connection with

21    Boat Alley.

22            MR. LEON:  I may have -- first, I may have

23    misunderstood his answer, so I can certainly take a step back

24    and clear that up.  That was not an intentional

25    misrepresentation.
```

4978

1    THE COURT:  I thought his answer included a time

2    period.  His answer about when Kairi died included part of a

3    time period you were asking.  Maybe I misremember the answer.

4    MR. LEON:  I can try to clean it up.  I understand the

5    point.

6    (END BENCH CONFERENCE.)

7    BY MR. LEON:

8    Q.  Mr. Capies, I think you said that Kairi died, I think you

9    said sometime in '95?

10   A.  Yes, sir.

11   Q.  Okay.  So before Kairi passed, let's say 1994, did you, to

12   the best of your memory, see Doo-Doo sell crack cocaine in the

13   circle in, say 1994?

14   A.  Between them times, I could say I seen him roughly.  But I

15   knew some of the time too, he was in jail too, some of the time.

16   Q.  Okay.  So can you put a year on it or no?

17   A.  I don't understand what you say.

18   Q.  Sure.  You said at some point around then Doo-Doo was

19   incarcerated?

20   A.  Yes, sir.

21   Q.  Do you know exactly what parts of what years he was?

22   A.  Like '92, something like that.

23   Q.  Do you know if he was incarcerated in '94, if you know?

24   A.  No, sir.

25   Q.  Okay.  Can you, in your mind as you sit here, remember a

1    time you saw Doo-Doo selling crack in the circle?

2    A.   Yes, sir.

3    Q.   When you saw Doo-Doo selling crack in the circle, was it --

4    roughly, can you number the number of times that he was selling

5    crack in the circle?

6    A.   I don't know how many times, but I know it was like the end

7    of '95 going into '96.

8    Q.   Okay.  Do you know if, at that time, Kairi was alive or had

9    he already been killed?

10   A.   I don't know.  I know Kairi died in '95, but I don't know...

11   Q.   Okay.  And again, who are some of the people who you do

12   remember being around or near Doo-Doo when you saw Doo-Doo

13   selling crack cocaine in the circle area?

14   A.   Jojo, Antwuan, Fat Tony.  And like Kairi used to be in the

15   circle, too.

16   Q.   And you mentioned a few people just now:  Jojo, Antwuan,

17   Kairi, and Fat Tony.  Were there other people around the circle

18   at that time that you just can't remember, or is that more or

19   less the group?

20   A.   Boy-Boy.

21   Q.   Okay.  You mentioned Boy-Boy.  Other than these people as

22   well as Boy-Boy, anybody else that you can't remember but were

23   there, or is that pretty much the group?

24   A.   Is that time frame, Geeka used to come around there too.

25   Q.   Okay, Geeka.  Anybody else you can think of?

1   A.   All the group that used to be across the street from 1313.

2   I mean, it's like everybody used to come around there, but there

3   was a certain group that was stationary right there.  Everybody

4   had, back in that time, had like their own little group where

5   they was at.

6   Q.   And that's what I'm getting at.  You just --

7            MR. ZUCKER:  Objection.

8            MR. LEON:  Withdrawn.

9            THE COURT:  Sustained.  Go ahead.

10  BY MR. LEON:

11  Q.   I want to pick up on your language, sir.  You said something

12  about a group being stationary at the circle.  What in your mind

13  did you mean when you said a group being stationary at the

14  circle.  Who are those people?

15  A.   Like Jojo, Antwuan, Kairi, Fat Tony.  Geeka was coming

16  around there.  He was really stationary around there with them.

17  They used to be like in the circle, in a lady named Mom's house.

18  Q.   That's the Mom's that you talked about earlier this morning?

19  A.   Yes, sir.

20           MR. LEON:  May I approach, Your Honor?

21           THE COURT:  Yes.

22  BY MR. LEON:

23  Q.   Mr. Capies, I'm handing you what's marked for identification

24  as Government 's 208.1.  Do you recognize the person who is

25  depicted on that exhibit?

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,      :
                              :

      Plaintiff,        :  Docket No. CR 05-100
                              :

      v.                    :
                              :

ANTWUAN BALL, DAVID WILSON,   :  Washington, DC
GREGORY BELL, DESMOND        :
THURSTON, JOSEPH JONES, and  :  April 2, 2007
DOMINIC SAMUELS,          :  9:15 a.m.
                              :

      Defendants.       :
                              :
                              :
                              :


VOLUME 27 - MORNING SESSION
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS*
*BEFORE THE HONORABLE RICHARD W. ROBERTS*
*UNITED STATES DISTRICT COURT JUDGE, and a JURY*


APPEARANCES:

  For the United States:      UNITED STATES ATTORNEY'S OFFICE
                          Glenn S. Leon, Assistant United
                          States Attorney
                          Ann H. Petalas, Assistant United
                          States Attorney,
                          Gilberto Guerrero, Assistant
                          United States Attorney
                          555 4th Street
                          Washington, DC  20001
                          202.305.0174


  For Defendant             CARNEY & CARNEY
  Antwuan Ball:            John James Carney, Esq.
                          South Building
                          601 Pennsylvania Avenue, N.W.
                          Washington, DC  20004
                          202.434.8234

sir.

Q.    We're going to pull the map and see if it shows.

      For the record, we're asking to publish to the jury
Government's 100.1 and also, if I could ask you, Mr. Capies, to
tap and clear the screen.

      Okay.  Do you see the map, Government's 100.1, which is
in evidence?

A.    Yes, sir.

Q.    Can you just tap on the general area where this time,
let's just say 1997, just to pick a year, where you were now
dealing crack cocaine.

A.    (Indicating.)

Q.    Okay.  For the record, you made two taps.  The first or
the second is the one -- did you mean both?

A.    Yes, sir.

Q.    Okay.  So you made two marks, both of which are right
just about in the center, a little bit away from each other, but
right in the center of Government's 100.1.

      Is that the general area where you were selling at that
time?

A.    Yes, sir.

Q.    Now, when you were selling at that time -- you, Bobby
Capies -- was anyone else selling in that area, that particular
part of Congress Park?

A.    Yes, sir.

Q.    Who?

A.    Me, Wop, Dazz, LT, Terrence, another guy named Ju-Ju,

Jo-Jo, Dazz, Santu, Jazz, Boy-Boy.

Q.    Now, what about the circle?  We've talked about the

circle earlier.  First of all, were you selling at the circle?

A.    Yeah, I was going in the circle hustling, but I mainly

was at those two spots.

Q.    Were there other people who were selling at the circle

or -- well, first of all, yes or no, were there other people

selling crack cocaine at the circle?

A.    Yes, sir.

Q.    Who?

A.    Antwuan and another guy named Torran and another guy

named Burke.

Q.    Burke?

A.    Yes, sir.

Q.    And at that time when you and the people you just

mentioned were selling in the area you just mentioned and

Antwuan and Burke and Torran were selling near the circle, what

was your relationship with the people that you indicated were

selling at the circle?

A.    It was cool.

Q.    You mentioned Burke being one of the people selling near

the circle.  Did you yourself ever get drugs from Burke around

this time?

late --

A.    I'd say '99, too, sometimes I used to get wholesale from
him.

Q.    How often frequently or infrequently would you buy
wholesales from Joe Langley?

A.    I dealt with him a lot, but off and on.

Q.    Okay.  And when you say "wholesales," how much would you
get from Joe Langley?

A.    I would spend like 150 or $200 with him.

Q.    If you spent 150 with Joe Langley, how much would you get
in return?

A.    About 30 dimes.

Q.    30 dimes?

A.    Yes, sir.

Q.    First of all, yes or no, do you know if other people in
Congress Park bought crack cocaine from Joe Langley?

A.    Yes, sir.

Q.    Who?

A.    Jo-Jo, Santu, Jazz, Dazz, LT, Terrence, Drano, Fat Tony.

Q.    Okay.  Is the first person you said Jo-Jo?

A.    Yes, sir.

Q.    How do you know that Jo-Jo bought wholesales from Joe
Langley?

A.    I seen it, sir.

Q.    What'd you see exactly?

Q.    Did fiends ever tell you that the times that you sold the
crack you bought from Burke?

A.    No, sir.

Q.    Now, you've identified and talked to us earlier about
Boy-Boy.  Do you remember identifying Boy-Boy?

A.    Yes, sir.

Q.    Did you ever buy crack from Boy-Boy?

A.    Yes, sir.

Q.    A lot or a little?

A.    A whole lot.

Q.    Of the people during 1996 to 2001 until you were locked
up, during that five or so, six-year period, of the people you
personally got your crack from, who did you get the most crack
from?

A.    Boy-Boy.

Q.    How often did you deal with Boy-Boy?

A.    A lot.

      THE COURT:  We've actually reached the break point.

      MR. LEON:  Okay.

      THE COURT:  Ladies and gentlemen we'll take our
mid-morning break.  Please be back at 11:05.  Remember not to
talk about the case and leave your notes in the jury room.

      Have a good break and we'll see you back in 15 minute.

      (Jury out at 10:52 a.m.)

      THE COURT:  All right.  We'll be back in 15 minutes.

        (Thereupon, a break was had from 10:52 a.m. until
11:09 a.m.)

        (Jury in at 11:09 a.m.)

        THE COURT:  Good morning, ladies and gentlemen.

        THE JURY PANEL:  Good morning.

        THE COURT:  Welcome back.  We're ready to resume.

        Counsel.

BY MR. LEON:

Q.    Mr. Capies, I believe when we just broke we were talking
about Boy-Boy.  Do you remember that?

A.    Yes, sir.

Q.    And you said that you bought -- you personally bought
from Boy-Boy on a number of occasions?

A.    Yes, sir.

Q.    From what periods of time did you buy from Boy-Boy?

A.    I mean, on and off since I started hustling.

Q.    Well, you testified that you started hustling back in --
I think you said '92 or '93, correct?

A.    '92, sir.

Q.    Okay.  So since then, up until when you were
incarcerated --

A.    Yes, sir.

Q.    -- I would like to focus, though, on '96 to 2001.  Did
you buy frequently or infrequently from Boy-Boy?

A.    Every now and then.

Q.      Okay.  And what do you mean by that?

A.      When there ain't no coke around.

Q.      Okay.  And when there wasn't coke around, why would
you -- first of all, what do you mean by that, when there wasn't
coke around?

A.      Like, if Wop ain't have no coke, I go to Boy-Boy.

Q.      If Wop didn't have coke, you went to Boy-Boy?

A.      Yes, sir.

Q.      And if Wop didn't have coke, did Boy-Boy often have coke?

A.      Yes, sir.

Q.      If other people didn't have coke, did Boy-Boy often have
coke?

A.      Yes, sir.

Q.      And so if you first needed to get coke, who would you go
to?

A.      Boy-Boy.

Q.      Okay.  And when you did, what amounts would you get from
him?

A.      Just wholesale.

Q.      And give us an example of how much you would get from
Boy-Boy?

A.      I spent like $200 with him.

Q.      For $200, how much would you get from him?

A.      Forty dimes.

Q.      First, just yes or no, do you know if other people in

Congress Park were supplied crack cocaine by Boy-Boy?

A.      Yes, sir.

Q.      And who were those people, that you know to --

        MR. ZUCKER:  Objection, basis.

        THE COURT:  Sustained.

BY MR. LEON:

Q.      How do you know -- these other people you said yes about,
how do you know that?

A.      I seen it with my own eyes, sir.

Q.      Let's take them one at a time, slowly.  Well, first of
all, just name all of them.  '96 to 2001 are all my questions,
with respect to this, okay?  Who were the people you saw, with
your own eyes, being supplied drugs with by Boy-Boy?

A.      JT, Baby Kai, me, Jazz, Santu, Phil, Terrence, LT, Drano,
Doo-Doo, Fat Tony, Dazz, Wop.

Q.      Can you think of anyone else right now, or that's it?

A.      That's all I can think of.

Q.      Okay.  I'm just going to ask about a few of them.  I'm
not going to go into all of them.  You mentioned Jazz, with a J?

A.      Yes, sir.

Q.      First of all, does Jazz have any relation to any of the
other people -- any of the other people you just mentioned, does
he have any brothers?

A.      Yes, sir.

Q.      What's his brother's name?

A.     Boy-Boy and Santu.

Q.     So Jazz would buy from Boy-Boy, his brother?

A.     Yes, sir.

Q.     And when you saw Jazz buying from Boy-Boy, tell us what you saw?

A.     I just saw -- I don't know the amount, but I just used to see him get crack from him, sir.

Q.     How often did you see Jazz getting crack from Boy-Boy?

A.     I seen him do it a couple of times.  It wasn't a lot, that I seen him get it from him.

Q.     You mentioned Dazz, with a D?

A.     Yes, sir.

Q.     Tell us what you saw when you saw Dazz getting supplied crack cocaine from Boy-Boy?

A.     I seen him get crack from him numerous times, sir.

Q.     And do you know how much he was getting when he got the crack from Boy-Boy?

A.     No, sir.

Q.     Do you know if it was wholesale amounts or larger amounts?

A.     Wholesale amounts.

Q.     Do you know the specific amount of wholesales?

A.     No, sir.

Q.     And when you say "numerous times," can you put a number on that?

A.    No, it was a lot.

Q.    Same question with respect to 1996 to 2001.  You also mentioned Wop.  How many times did you see Wop get supplied crack cocaine from Boy-Boy?

A.    A lot.

Q.    Can you put a number on "a lot"?

A.    No, sir.

Q.    Was this wholesale amount, larger amounts, or do you know?

A.    Wholesale and sometimes large amounts.

Q.    Okay.  Well, let's talk about the larger amounts.  The times that you saw Wop getting larger amounts from Boy-Boy, what were these amounts?

A.    I seen him, like, once get an ounce from him.

Q.    An ounce being -- how much weight is an ounce?

A.    Twenty-eight grams, sir.

Q.    And how much does an ounce cost?

A.    A thousand dollars.

Q.    Did you actually see money exchange during this time?

A.    No, sir.

Q.    Did you see the drugs, the crack being exchanged?

A.    Yes, sir.

Q.    And how did you know it was an ounce?

A.    Because I used to hang with Wop, and when he got it, he let me know what it was that he got from him, sir.

Q.     When you -- when Wop -- did he show you the crack?

A.     Yes, sir.

Q.     And when Wop told you and then showed you the crack that he bought from Boy-Boy, what, if anything, did Wop do with that ounce of crack?

A.     I didn't see him break it down, but he told me he was going to break it down and serve it in dimes.

Q.     Do you know what an eight-ball is?

A.     Yes, sir.

Q.     What's an eight-ball?

A.     3.5 grams, sir.

Q.     In your mind, is an eight-ball a wholesale or is it weight or is it neither?

A.     I mean, you can break it down sell it in wholesale, any of it, but 3.5 is serving a weight also.

Q.     I want to get back to Burke, just quickly, for a second.

       Did you ever -- just first, yes or no.  Did you ever purchase Burke's crack from someone other than Burke directly?

       MR. ZUCKER:  Objection, basis of knowledge.

       THE COURT:  Overruled.

       THE WITNESS:  I can't remember that, sir.

BY MR. LEON:

Q.     Okay.  Do you know somebody by the name of Quincy?

A.     Yes, sir.

Q.     Whose Quincy?