# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| Plaintiff, | : Docket No. CR 05-100 |
| v. | : |
| ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, and DOMINIC SAMUELS, | : Washington, DC<br>: April 18, 2007<br>: 9:16 a.m. |
| Defendants. | : |

VOLUME 36 - MORNING SESSION
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT COURT JUDGE, and a JURY*

APPEARANCES:

For the United States:  UNITED STATES ATTORNEY'S OFFICE
Glenn S. Leon, Assistant United States Attorney
Ann H. Petalas, Assistant United States Attorney,
Gilberto Guerrero, Assistant United States Attorney
555 4th Street
Washington, DC  20001
202.305.0174

For Defendant
Antwuan Ball:  CARNEY & CARNEY
John James Carney, Esq.
South Building
601 Pennsylvania Avenue, N.W.
Washington, DC  20004
202.434.8234

*Scott L. Wallace, RDR, CRR*
*Official Court Reporter*

```
 1   Exhibit 108.80.  Do you recognize that?
 2   A.     Yes.
 3   Q.     And what is that a picture of?
 4   A.     That's the Lincoln.
 5   Q.     Is that -- the building behind you is the Lincoln?
 6   A.     Yes.
 7   Q.     And do you recognize the people in that picture?
 8   A.     Yes.
 9   Q.     If you could just take the pen and kind of point to the
10   individuals and place a dot on them and then let us know who
11   they are.
12   A.     (Indicating.)
13   Q.     For the record, you placed a dot on the person to the far
14   left-hand side, looking at the picture; is that correct?
15   A.     Yes.
16   Q.     And who is that?
17   A.     Dion.
18   Q.     And did you ever get crack cocaine from Dion?
19   A.     No.
20   Q.     Did you ever sell crack cocaine to Dion?
21   A.     No.
22   Q.     Did you ever sell crack cocaine with Dion?
23   A.     Yes.
24   Q.     And where would you sell crack cocaine with Dion?
25   A.     In the Lincoln.
```

```
 1   Q.      Okay.  And when you say "in the Lincoln," again, are you
 2   talking about in the building or --
 3   A.      Like right there, where we standing at.
 4   Q.      All right.  If you could continue.
 5   A.      (Indicating.)
 6   Q.      For the record, now you've placed a dot to the person
 7   standing just to the right of Dion.  Who is that?
 8   A.      Munya.
 9   Q.      And is that the Munya you talked about earlier?
10   A.      Yes.
11   Q.      Okay.  Continue.
12   A.      (Indicating.)
13   Q.      And now for the record, you placed a dot to the person
14   now just to the right of who you identified as Munya.  Who is
15   that person?
16   A.      Boy-Boy.
17   Q.      Is that the Boy-Boy you talked about earlier?
18   A.      Yes.
19   Q.      And sticking with Boy-Boy, did you ever see Boy-Boy sell
20   crack cocaine?
21   A.      Yes.
22   Q.      And where would you see him sell crack cocaine?
23   A.      The Lincoln, the circle, the alley, 14th Place.
24   Q.      And how often would you see Boy-Boy selling crack
25   cocaine?
```

1   A.      All day.

2   Q.      You say "all day." What period of time are we talking
3   about? What years?

4   A.      What years?

5   Q.      Yes. Did you see him selling crack cocaine when you
6   first started selling crack cocaine in Congress Park?

7   A.      Yes.

8   Q.      Did you see him selling crack cocaine in 2003, prior to
9   you getting locked up?

10  A.      Yes.

11  Q.      Is there any time period in between those -- any years in
12  between those times that you did not see him selling crack
13  cocaine?

14  A.      Naw.

15  Q.      Continue.

16  A.      (Indicating.)

17  Q.      For the record, you put a dot on the person in front,
18  kind of crouching down in the picture; is that correct?

19  A.      Yes.

20  Q.      And who's that?

21  A.      Me.

22  Q.      Continue.

23  A.      (Indicating.)

24  Q.      And now for the record, you placed a dot kind of just to
25  the left of a person in a sweatshirt with a cap on, standing

7638

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :    Docket No. CR 05-100
                               :
          Plaintiff            :
                               :
v.                             :    Washington, DC
                               :
ANTWUAN BALL,                  :
DAVID WILSON,                  :
GREGORY BELL,                  :    April 18, 2007
DESMOND THURSTON,              :
JOSEPH JONES,                  :
DOMINIC SAMUELS,               :
                               :
          Defendants           :    1:35 p.m.
. . . . . . . . . . . . . . .  :    . . . . . . . . . . .
```

VOLUME 36 - AFTERNOON SESSION
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE RICHARD W. ROBERTS,
UNITED STATES DISTRICT JUDGE*, and a jury


APPEARANCES:

For the United States:    ANN H. PETALAS, ESQUIRE
                          GLENN S. LEON, ESQUIRE
                          GIL GUERRERO, ESQUIRE
                          UNITED STATES ATTORNEY'S OFFICE
                          555 Fourth Street, NW
                          Washington, D.C.  20530

For the Defendant         JOHN JAMES CARNEY, ESQUIRE
Antwuan Ball:             CARNEY & CARNEY
                          601 Pennsylvania Avenue, NW
                          Suite 900, South Building
                          Washington, DC  20004
                          (202) 434-8234

                          STEVEN CARL TABACKMAN, ESQUIRE
                          TIGHE, PATTON, ARMSTRONG,
                             TEASDALE, PLLC
                          1747 Pennsylvania Avenue, NW
                          Suite 300
                          Washington, DC  20006
                          (202) 454-2811

1   BY MS. PETALAS:

2   Q. During that time period, 2002, did you ever see Boy-Boy

3   selling in that time period?

4           MR. BEANE: Objection, leading.

5           THE COURT: Overruled.

6   A. Yes.

7   BY MS. PETALAS:

8   Q. And where did you see Boy-Boy selling?

9   A. All over.

10  Q. You said all over. Name some of the places that you saw

11  Boy-Boy selling.

12  A. The circle, Savannah Street, the Lincoln, the alley.

13  Q. You said the circle. Where in the circle would you see him

14  sell?

15  A. From the front to the back.

16  Q. What do you mean by "from the front to the back"?

17  A. I mean, sales used to come, you know, all the time, wherever

18  you at. I mean, you know, all in the circle. He mainly used to

19  be in the back, though.

20  Q. Where did he mainly used to be, when you said in the back?

21  A. Probably by Keena house.

22  Q. And can you just point to where that was -- that is?

23  A. (Witness complies.)

24  Q. For the record, you placed a dot on the building just to the

25  bottom and left of that backwards L. Is that correct?

| | |
|---|---|
| 1 | A. Yes. |
| 2 | Q. And would he -- you said mainly he would be there. Would he |
| 3 | be in the building, outside? Where physically would he be? |
| 4 | A. In the building. |
| 5 | Q. Did you ever see him selling outside, out in the street? |
| 6 | A. Yes. |
| 7 | Q. And you said the Lincoln. Where would he be in the Lincoln? |
| 8 | A. He was sitting in his van or even the apartment building. |
| 9 | Q. Did you see him sit in his van? Did you ever see him |
| 10 | sitting in his van? |
| 11 | A. Yes. |
| 12 | Q. What kind of van did he have? |
| 13 | A. Probably a Chevy van. |
| 14 | Q. Do you recall what color it was? |
| 15 | A. Gold, white, blue. |
| 16 | Q. You said gold -- |
| 17 | A. That's three different vans. |
| 18 | Q. So you saw him in three different vans? |
| 19 | A. Yeah, he had three different vans that I recall. |
| 20 | MS. PETALAS: Court's indulgence. |
| 21 | BY MS. PETALAS: |
| 22 | Q. Let's just step back for a second. You talked about Geeka. |
| 23 | Do you remember that? |
| 24 | A. Yes. |
| 25 | Q. And earlier today you talked about a conversation where you |