# Exhibit D

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,         :
                                  :
         Plaintiff,               : Docket No. CR 05-100
                                  :
     v.                           :
                                  :
ANTWUAN BALL, DAVID WILSON,       : Washington, DC
GREGORY BELL, DESMOND             :
THURSTON, JOSEPH JONES, and       : May 7, 2007
DOMINIC SAMUELS,                  : 9:20 a.m.
                                  :
         Defendants.              :
                                  :
                                  :
                                  :
```

         VOLUME 46 - MORNING SESSION
    *TRANSCRIPT OF JURY TRIAL PROCEEDINGS*
  *BEFORE THE HONORABLE RICHARD W. ROBERTS*
*UNITED STATES DISTRICT COURT JUDGE, and a JURY*


APPEARANCES:

  For the United States:      UNITED STATES ATTORNEY'S OFFICE
                              Glenn S. Leon, Assistant United
                              States Attorney
                              Ann H. Petalas, Assistant United
                              States Attorney,
                              Gilberto Guerrero, Assistant
                              United States Attorney
                              555 4th Street
                              Washington, DC  20001
                              202.305.0174

  For Defendant               CARNEY & CARNEY
  Antwuan Ball:               John James Carney, Esq.
                              South Building
                              601 Pennsylvania Avenue, N.W.
                              Washington, DC  20004
                              202.434.8234

```
 1   BY MS. PETALAS:
 2   Q.    You can continue.
 3   A.    All right.  Well, when my Aunt Webaby got locked up,
 4   that's when I -- everything flipped, you know what I'm saying?
 5   They was -- they -- basically, 14th Place was a known house to
 6   be at, you know what I'm saying?  They -- all the drug
 7   transactions was right out front, like if you wanted to cook
 8   your coke, you can go upstairs, cook your coke.
 9         You know, dogs running around, chasing people.  It was
10   just chaos right there, but that was the known spot to be at
11   that particular time.
12         THE COURT:  All right.  Let me ask you to put another
13   question.
14   BY MS. PETALAS:
15   Q.    And we're talking about Gregory Bell.  When did you meet
16   Gregory Bell?
17   A.    I mean, I always known Boy-Boy since I was a little --
18   since I was a youngin, since I was probably -- to my best of
19   memories, you know what I'm saying?  I've known Boy-Boy for
20   years, like -- I can say 12 -- I can go from 12 to my memory,
21   you know, but probably longer than that.
22   Q.    And back when you were at 14th Place, did you ever see
23   Antwuan Ball selling drugs?
24   A.    Yes.
25   Q.    Did you ever see Kairi Ball selling drugs?
```

1  Q.      Was that a violation of your conditions of release?

2  A.      Yes, it was.

3  Q.      Have you used any other drugs, other than smoking weed?

4  A.      Nope.

5  Q.      And jumping back, talking about -- you talked about

6  getting drugs from Boy-Boy back in 1994. What happened then?

7  How -- did you continue to sell drugs? How often did you

8  continue to sell drugs after that time?

9          Once you got that drugs the first time from Boy-Boy, tell

10 us about your drug dealing after that. How often?

11 A.      I mean, every day I just sold drugs around the park.

12 Q.      You said every day you sold drugs around the park?

13 A.      Like I say, not every day because one day I might not

14 have had nothing. I might have been broke or -- but basically,

15 I was trying to come up in the drug world.

16 Q.      And in 1994, how old are you?

17 A.      Fourteen. It's either --

18         MR. PURPURA: Objection.

19         THE WITNESS: -- 13 or 14, because my birthday is on

20 September 3rd, so it depends on if it was early or if it was

21 late.

22 BY MS. PETALAS:

23 Q.      You said you were either 13 or 14th because your birthday

24 is on September 3rd. That's right around your birthday that you

25 started?

```
1    A.      Hum?
2    Q.      That you started getting the drugs from Boy-Boy?
3    A.      Okay.  Let me see.  My birthday -- if I was going back to
4    school, my birthday was coming up at least two to three days
5    after that, or something like that, going back to school.
6    Q.      So --
7    A.      Because my birthday is like -- ain't that Labor Day on
8    the September 2nd or something?  Or whatever holiday that is, my
9    birthday on the 3rd, so --
10   Q.      And so I just want to clarify.  Was this right around
11   when you turned -- either right before you turned 14 or right
12   after you turned 14?  Is that what you're trying to say?
13   A.      Yes, yes.
14   Q.      And who did you get drugs from after that first time you
15   got from Boy-Boy?
16   A.      Boy-Boy -- I mean, everybody, like it's -- I have to name
17   names?
18   Q.      Yes.
19   A.      Okay.
20   Q.      When you say "everybody," who do you mean?
21   A.      Up, Boy-Boy, Twan, Wop, Jo-Jo -- Twan, Jo-Jo, Wop --
22   Q.      Let me stop you right there.
23   A.      Hold on.  Hold on.  I'm going to go -- it's just so many
24   names.
25           THE COURT:  I think she wants you to hold on because she
```

```
 1  often would you -- would it be a weekly occurrence?  Monthly
 2  occurrence?  How often could you get from Boy-Boy?  Or would you
 3  get from Boy-Boy?
 4          MR. BEANE:  Objection, Your Honor.  Asked and answered.
 5          THE COURT:  I'll allow it.
 6          You can answer it.
 7          THE WITNESS:  It might be every day, every other day.  If
 8  I had some money or if he wanted to give me something, he'd throw
 9  me some dimes or --
10  BY MS. PETALAS:
11  Q.    You said if he wanted to give you something.  Would there
12  be times when he would give you coke?
13  A.    Yeah -- yes.
14  Q.    You also mentioned an individual named Meat.  Who's Meat?
15  A.    A friend of all of ours from down Good Hope Road.
16  Q.    And how was it that you met Meat?
17  A.    I met Meat like years ago on Good Hope Road, going down
18  there with Aman.
19  Q.    And what amounts of crack cocaine did you get from Meat?
20          MR. ZUCKER:  Objection -- withdrawn.
21  BY MS. PETALAS:
22  Q.    You can answer the question.
23  A.    I used to get ounces from him.
24  Q.    And do you know Meat's proper name?
25  A.    Dimitrius Spencer.
```