# Exhibit E

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       :    Docket No. CR 05-100
                                :
          Plaintiff             :
                                :
v.                              :    Washington, DC
                                :
ANTWUAN BALL,                   :
DAVID WILSON,                   :
GREGORY BELL,                   :    May 21, 2007
DESMOND THURSTON,               :
JOSEPH JONES,                   :
DOMINIC SAMUELS,                :
                                :
          Defendants            :    2:00 p.m.
. . . . . . . . . . . . . . .   :    . . . . . . . . . .
```

VOLUME 53 - AFTERNOON SESSION
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE RICHARD W. ROBERTS,
UNITED STATES DISTRICT JUDGE, and a jury*


APPEARANCES:

For the United States:      ANN H. PETALAS, ESQUIRE
                            GLENN S. LEON, ESQUIRE
                            GIL GUERRERO, ESQUIRE
                            UNITED STATES ATTORNEY'S OFFICE
                            555 Fourth Street, NW
                            Washington, D.C.  20530

For the Defendant           JOHN JAMES CARNEY, ESQUIRE
Antwuan Ball:               CARNEY & CARNEY
                            601 Pennsylvania Avenue, NW
                            Suite 900, South Building
                            Washington, DC  20004
                            (202) 434-8234

                            STEVEN CARL TABACKMAN, ESQUIRE
                            TIGHE, PATTON, ARMSTRONG,
                                TEASDALE, PLLC
                            1747 Pennsylvania Avenue, NW
                            Suite 300
                            Washington, DC  20006
                            (202) 454-2811

1  Q. And you said that earlier you saw a person named Wop?
2  A. Yes, sir.
3  Q. And relative to where Wop is, where is Boy-Boy?
4  A. Sitting behind him.
5       MR. GUERRERO: Note an in-court identification of
6  Mr. Bell.
7       MR. BEANE: No objection.
8       THE COURT: Request is granted.
9  BY MR. GUERRERO:
10 Q. Okay. During that time period, '95 to '97, did you ever get
11 any crack cocaine --
12      MR. BEANE: Objection. Leading.
13      THE COURT: Finish the question.
14 BY MR. GUERRERO:
15 Q. From anyone other than the persons that you just told us
16 about?
17      THE COURT: Overruled.
18 A. The question was kind of broken up. I really didn't
19 understand.
20 BY MR. GUERRERO:
21 Q. All right. You told us that you were getting some crack
22 cocaine in conjunction with Jazz and Don. Do you remember that?
23 A. Yes, sir.
24 Q. And during that same time period, '95 to '97, did you ever
25 get any crack cocaine from other persons?

```
1    A.   Eventually, yes.
2    Q.   All right.  And eventually you got crack cocaine from whom?
3    A.   Boy-Boy.
4    Q.   When did that start, do you think?
5    A.   It's like around about the time that I start really putting
6    my money with Jazz and Don.
7    Q.   And how much crack cocaine do you recall getting from
8    Boy-Boy?
9    A.   Well, at that time I was getting like wholesales,
10   eight-balls.  I believe back at that time I was only getting
11   wholesales from him.
12   Q.   How often would you get wholesales from Boy-Boy?
13   A.   At that time I really can't put a number on it, but I got it
14   from him a couple of times.
15   Q.   And in your experience, was Boy-Boy a good wholesale
16   supplier?
17   A.   Yes, sir.
18           MR. BEANE:  Objection.  Speculation.
19           THE COURT:  Overruled.
20   BY MR. GUERRERO:
21   Q.   And what was your answer?
22   A.   Yes, sir.
23   Q.   And did you term him something?
24   A.   Wholesale King.
25   Q.   The Wholesale King?
```

```
 1    A.  Yes, sir.
 2    Q.  And you mean by that what?
 3    A.  He had wholesale whenever you need it.
 4    Q.  Do you recall where Boy-Boy used to live back then?
 5    A.  At that time, no.
 6    Q.  All right.  After you stopped hanging around with Jazz and
 7    Don, who did you then start to hang around with?
 8    A.  Well, after that time I start hanging with Jazz and Don, I
 9    basically was like by myself.  Me and Birdman was hanging out
10    for a minute.
11    Q.  You and Birdman?
12    A.  Yes, sir.
13    Q.  And do you know Birdman's real name?
14    A.  It's Aman.
15    Q.  And do you know if Aman or Birdman had any brothers?
16    A.  Yes, sir.
17    Q.  And which were the brothers that you knew of Birdman?
18    A.  Well, one was deceased and the other one was Antwuan Ball.
19    Q.  And if you saw Antwuan Ball again, would you recognize him?
20    A.  Yes, sir.
21    Q.  Please stand up and tell us if you see him.
22    A.  Yes, sir.
23    Q.  And what is he wearing?
24    A.  I think that's a black tie, tan, black pants.
25    Q.  Is that the gentleman who is just standing behind me?
```

1  A.  Yes.
2  Q.  And did you ever get any solid pieces from Boy-Boy?
3  A.  Yes.
4  Q.  What quantities did you get from Boy-Boy?
5  A.  Eight-balls, quarters, halves, same thing.
6  Q.  Again, eight-balls, quarters, and halves of what?
7  A.  Crack.
8  Q.  And where would you sell the crack cocaine that you bought
9  from Roadie?
10 A.  In the circle.
11 Q.  Where would you sell the crack cocaine that you bought from
12 Herran?
13 A.  In the circle.
14 Q.  Where would you sell the crack cocaine that you bought from
15 Joe Langley?
16 A.  In the circle.  In the circle, sometimes on the ho stroll,
17 but mostly I sold my coke in the circle.
18 Q.  And how about the crack cocaine that you were getting from
19 Boy-Boy?
20 A.  Well, from Boy-Boy, Roadie, and Herran, it was most of the
21 time I served it in the circle, but there have been occasions
22 when I have went on the ho stroll and served.  Depends on how
23 fast it was moving in the circle.
24 Q.  I need you to speak nice and loud for us.  Okay?
25 A.  Okay.

```
1    Q.  Now we go back to the earlier question:  During this time
2    period that you're selling in the circle, did you ever see other
3    persons selling in the circle?
4    A.  Yes.
5    Q.  And who would see selling in the circle?
6    A.  Well, Don used to hustle in the circle, Wop hustled in the
7    circle, Boy-Boy, Twuan hustled in the circle at a point in time,
8    Dazz hustled in the circle, Santu hustled in the circle,
9    Baby Kairi hustled in the circle, Munya, Phil hustled in the
10   circle, Terrence hustled in the circle, LT hustled in the
11   circle.  That's about -- I'm just giving you some names of
12   people that I can recall that hustled in the circle.
13   Q.  All right.  You mentioned Dazz.  How do you spell that?
14   A.  D-A-Z-Z.
15   Q.  And if you saw Dazz again, would you recognize that person?
16   A.  Yes.
17   Q.  Stand up for us and tell us if you recognize that person.
18   A.  Yeah, I think he have on a white shirt.  He got the glasses
19   on back there.
20   Q.  And relative to Mister --
21          MR. ZUCKER:  Stipulate to the identification.
22          MR. GUERRERO:  Note an in-court identification of
23   Mr. Thurston.
24          THE COURT:  All right.  What did you ask, now?  What
25   did you ask me?
```

1     MR. BALAREZO: Your Honor, objection. It's a
2  narrative, it's nonresponsive.
3     THE COURT: Sustained.
4  BY MR. GUERRERO:
5  Q. I want to now ask you a little bit more focused on the
6  circle, and then we'll go to other areas.
7     During the time period that you were selling crack
8  cocaine in the circle, did you become aware of what uno/dos, or
9  doors, is?
10 A. Yes, sir.
11 Q. And how did you become aware of that?
12 A. I mean, it was just something that was always played since
13 when I way started -- from when I first started hustling,
14 uno/dos. It was like the way you got your sales. It was so
15 many people hustling, you just couldn't say, "oh, it's my turn,
16 my turn."
17    So as soon as the sale come up on the scene, it's uno.
18 Whoever call uno, that's the first person get the sale. Dos,
19 you break the sale down with dos.
20 Q. Who did you see playing this game in the circle?
21 A. Oh, me, Kairi, Don, Wop, Dazz, Phil, Terrence, Jazz, Santu,
22 Kay-Bay, everybody.
23 Q. Did you ever see Antwuan playing the game?
24 A. No.
25 Q. Did you ever play with Wop yourself?