# Exhibit F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| Plaintiff, | : Docket No. CR 05-100 |
| v. | : |
| **ANTWUAN BALL, DAVID WILSON, GREGORY BELL, DESMOND THURSTON, JOSEPH JONES, and DOMINIC SAMUEL,** | : Washington, DC<br>: March 7, 2007<br>: 9:49 a.m. |
| Defendants. | : |

VOLUME 13 - MORNING SESSION
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT COURT JUDGE, and a JURY*

APPEARANCES:

For the United States:	UNITED STATES ATTORNEY'S OFFICE
	Glenn Leon, Assistant United
	States Attorney
	Ann H. Petalas, Assistant United
	States Attorney,
	Gilberto Guerrero, Assistant
	United States Attorney
	555 4th Street
	Washington, DC  20001
	202.305.0174

For Defendant	CARNEY & CARNEY
Antwuan Ball:	John James Carney, Esq.
	South Building
	601 Pennsylvania Avenue, N.W.
	Washington, DC  20004
	202.434.8234

| | | |
|---|---|---|
| 1 | Q. | You would?  Okay. |
| 2 | A. | Yes. |
| 3 | Q. | Why don't you see if that's working. |
| 4 | A. | Okay. |
| 5 | Q. | Okay.  I believe I was asking you about a page.  And tell |
| 6 | | us what the page would be when you would page somebody. |
| 7 | A. | I would put in my address and the amount of cocaine that |
| 8 | | I wanted. |
| 9 | Q. | And -- okay.  And the numbers, again, were what? |
| 10 | A. | My address is 3401 and I'd put in -- if I wanted a 50, I |
| 11 | | would put five-zero.  If I wanted a hundred, I would put |
| 12 | | one-zero-zero or 150, one-five-zero. |
| 13 | Q. | Who are some of the people you would page in this manner? |
| 14 | A. | Boy-Boy. |
| 15 | Q. | Anybody else? |
| 16 | A. | No. |
| 17 | Q. | Okay.  And in the cases where you would page Boy-Boy in |
| 18 | | this manner, what would happen? |
| 19 | A. | He would come and bring the amount that I put in. |
| 20 | Q. | So if you page one-five-zero, how much would Boy-Boy |
| 21 | | arrive with? |
| 22 | A. | Anywhere from 15 to 20 Zips, 20 dime bags. |
| 23 | Q. | And whether it was 15 or 20 -- let's take the lower |
| 24 | | number.  If it was 15 Ziplocs, how much of that, if any, would |
| 25 | | you get for yourself? |

```
1    A.    I'd take five, maybe more.
2    Q.    Now, when you say "take," would you take it before your
3    company sees you taking it?
4    A.    Yes, um-hmm.
5    Q.    Why would you do that?
6    A.    Because I was an addict.  Use it to get high.
7    Q.    And to your knowledge, would the company that you had
8    have the same access to Boy-Boy that you did?
9    A.    No.
10         MR. ZUCKER:  Your Honor --
11         THE COURT:  Is there an objection?
12         MR. BEANE:  There was, Your Honor.  I assume she's
13   speculating as to what other people knew.
14         THE COURT:  Was the question what -- what was the
15   question?  Would the company have the same access?
16         MR. LEON:  I believe the question was:  "To your
17   knowledge, would the company have the same access that you did?"
18         THE COURT:  If you change the phrasing of the verb tense,
19   you might be in better shape, so I'll sustain the objection.
20   BY MR. LEON:
21   Q.    In the instance that you're talking about, ma'am, when
22   you paged the 150 3401, in that instance, did, to your
23   knowledge, that company have the same access to Boy-Boy that you
24   did?
25         THE WITNESS:  No.
```

1     MR. BEANE: Objection, your Honor.
2     THE COURT: I'll allow her to answer.
3  BY MR. LEON:
4  Q.  No?
5  A.  No.
6  Q.  Did you get the pager numbers for anybody else in your
7  mind, other than Boy-Boy?
8  A.  I can't remember, no.
9  Q.  And what about phone numbers?  Cell phone numbers or home
10 phone numbers?
11 A.  Some cell phones.  I really -- it's been so long, I
12 really can't --
13 Q.  Okay.  I'm not asking you today -- well, let me ask you:
14 Today as you sit here, do you remember Boy-Boy's pager number?
15 A.  No.
16 Q.  Today as you sit here, do you remember the phone numbers
17 of anyone that you may have dealt with back then?
18 A.  No.
19 Q.  But back then, did you have numbers other than Boy-Boy's
20 pager number?
21 A.  Yes.
22 Q.  That was my question.  Yes?
23 A.  Yes.
24 Q.  For example, you mentioned at the end of our break that
25 you had dealings with Don.  Do you remember that?

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | When you needed to deal with Don, how did you do that? |
| 3 | A. | I either wait till I saw him or I would go knock on the |
| 4 | | door of the place where he was staying. |
| 5 | Q. | Did you know where he lived? |
| 6 | A. | Yes. |
| 7 | | MR. BALAREZO: I'm sorry. Could I ask you to repeat that? |
| 8 | | I didn't hear it at all. |
| 9 | | THE COURT: Can you repeat your answer. |
| 10 | | THE WITNESS: I would either wait until I saw him or I |
| 11 | | would go knock on the door of the apartment he was staying in. |
| 12 | | BY MR. LEON: |
| 13 | Q. | Okay. Did you know where he lived? |
| 14 | A. | Yes. |
| 15 | Q. | Okay. Where did he live? |
| 16 | A. | In 3401. |
| 17 | Q. | Same building you did? |
| 18 | A. | Yes. |
| 19 | Q. | Where in the same building did he live in relation to |
| 20 | | you? |
| 21 | A. | On the third floor. |
| 22 | Q. | Do you know the apartment number? |
| 23 | A. | 301. |
| 24 | Q. | Did he live alone or with anyone else? |
| 25 | A. | He lived with someone. |

1    THE COURT: Sustained.
2    BY MR. LEON:
3    Q.    When you did these transactions with the agents, more
4    than one agent, at the beginning of the transactions when they
5    put the wire on you for the first time, did they do anything
6    with you? In other words, make sure that you had or didn't have
7    anything on you?
8    A.    Yes, they would search me.
9    Q.    Okay. And could you just tell me, generally, how --
10   well, withdraw that.
11         They search you for what, if you know?
12   A.    To see if I had drugs on me.
13   Q.    And when you had that wire on and then you left the
14   vehicle, when they would drop you off, did you have an ability
15   to turn that recorder off?
16   A.    No.
17   Q.    Did you ever take it off of you?
18   A.    No.
19   Q.    Now, I believe yesterday you also talked about somebody
20   by the name of Boy-Boy, correct?
21   A.    Yes.
22   Q.    And you pointed him out yesterday, correct?
23   A.    Yes.
24   Q.    Have you bought drugs from Boy-Boy?
25   A.    Yes.

1   Q.   Can you estimate for us, as you sit here today, how many
2   times have you bought drugs from Boy-Boy?
3   A.   Over a 100 times.
4   Q.   And during that number of times, what would be the range
5   of drugs you would buy from Boy-Boy?
6   A.   Uhm, anywhere from 20 to --
7        THE COURT:   Keep the mic up close to your mouth, okay?
8        THE WITNESS:   Okay, sorry.  Anywhere from 20 to -- around
9   3 or 400.
10  BY MR. LEON:
11  Q.   Three or 400 what?
12  A.   Dollars.
13  Q.   And I believe you testified earlier today that you did
14  have a pager number for him?
15  A.   Yes.
16  Q.   And when you would try to have one of these transactions
17  with Boy-Boy, can you estimate for us how often you would use
18  the pager and how often you would just bump into him and just
19  make it happen that way?
20  A.   Uhm, no I can't tell you how many.
21  Q.   Okay.  Of all the people you would buy from, who would be
22  the first person you would go to if you had money?
23  A.   Bert.
24  Q.   Bert?
25  A.   Yes.

| | | |
|---|---|---|
| 1 | Q. | Was that the Bert we heard about on the earlier tape? |
| 2 | A. | Yes. |
| 3 | Q. | Okay. How often would you say you went to Bert? |
| 4 | A. | About a 100 times; more than a 100. |
| 5 | Q. | After Bert, who would you go to after Bert? |
| 6 | A. | Boy-Boy or Joe Langley. |
| 7 | Q. | Okay. Between Joe Langley, Bert and Boy-Boy, did they have, to your mind, to you as a crack user, did they have the same quality crack? |
| 10 | A. | No. |
| 11 | Q. | Who had the better crack of those three? |
| 12 | A. | Uhm, most the time Bert. |
| 13 | Q. | Okay. And after Bert -- Bert, you said, B-e-r-t? |
| 14 | A. | Yes. |
| 15 | Q. | And after Bert -- between Boy-Boy and Joe Langley, as a user, who would then have the next best? |
| 17 | A. | Boy-Boy. |
| 18 | Q. | And what about Joe Langley? |
| 19 | A. | It was so-so. |
| 20 | | MR. LEON: May I approach, Your Honor? |
| 21 | | THE COURT: Yes. |
| 22 | BY MR. LEON: | |
| 23 | Q. | Ms. Parson, I'm handing you what's in evidence as government's 306. Can you take a look at that and tell me if you recognize it? |