# Exhibit H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,        :     Docket No. CR 05-100
                                 :
          Plaintiff              :
                                 :
v.                               :     Washington, DC
                                 :
ANTWUAN BALL,                    :
DAVID WILSON,                    :
GREGORY BELL,                    :     April 23, 2007
DESMOND THURSTON,                :
JOSEPH JONES,                    :
DOMINIC SAMUELS,                 :
                                 :
          Defendants             :     1:50 p.m.
. . . . . . . . . . . . . . . .  :     . . . . . . . . . . . .
```

VOLUME 38 - AFTERNOON SESSION
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS*
*BEFORE THE HONORABLE RICHARD W. ROBERTS,*
*UNITED STATES DISTRICT JUDGE, and a jury*


APPEARANCES:

For the United States:      ANN H. PETALAS, ESQUIRE
                            GLENN S. LEON, ESQUIRE
                            GIL GUERRERO, ESQUIRE
                            UNITED STATES ATTORNEY'S OFFICE
                            555 Fourth Street, NW
                            Washington, D.C.  20530

For the Defendant           JOHN JAMES CARNEY, ESQUIRE
Antwuan Ball:               CARNEY & CARNEY
                            601 Pennsylvania Avenue, NW
                            Suite 900, South Building
                            Washington, DC  20004
                            (202) 434-8234

                            STEVEN CARL TABACKMAN, ESQUIRE
                            TIGHE, PATTON, ARMSTRONG,
                               TEASDALE, PLLC
                            1747 Pennsylvania Avenue, NW
                            Suite 300
                            Washington, DC  20006
                            (202) 454-2811

```
 1    A.  I gave custody to her dad.
 2    Q.  And where did you take this crack cocaine once you received
 3    it from Joe Best?
 4    A.  I picked it up at his house, took it back to my residence,
 5    which was 641 Maury Avenue.
 6    Q.  And what did you do wit?
 7    A.  Broke it down and distributed it.
 8    Q.  What did you break down this -- how much was it, again?
 9    A.  500 grams.
10    Q.  A half a kilo?
11    A.  Yes.
12    Q.  What did you break it down into?
13    A.  All quarters and halves and whatever, ounces.
14    Q.  We're talking now '97, '98 or so?
15    A.  Yep.
16    Q.  And where did you go to sell this crack cocaine?
17    A.  At that time, Congress Place.
18    Q.  Is that down in Congress Park?
19    A.  Correct.
20    Q.  Who did you sell to?
21    A.  Let me see.  Fat Harry, Bootsy, Chow-Wow, Santu, Jazz, I
22    think Mr. Bell.
23    Q.  Which Mr. Bell?
24    A.  Gregory Bell.
25    Q.  Is that Boy-Boy?
```

1   A.   Yes.  Quite others, I just don't recall everyone at that
2   time.
3   Q.   What kind of quantities did you sell to Boy-Boy during that
4   time period when you got that half a kilo from Joe Best?
5   A.   Like half ounces at that time.
6   Q.   Did you see where Boy-Boy was selling it?
7   A.   No.
8   Q.   How about Jazz?  What kind of quantities were you selling to
9   Jazz?
10  A.   Quarters.
11  Q.   Quarters of what?
12  A.   Crack cocaine.
13  Q.   Did you see where Jazz was selling it?
14  A.   Didn't see where, no.
15  Q.   How about Santu?
16  A.   Same thing.
17  Q.   What amount?
18  A.   Quarters, halves.
19  Q.   Did you see where he was selling it?
20  A.   No.
21  Q.   How about Chow-Wow?
22  A.   Quarters, halves.
23  Q.   Quarters or halves of what?
24  A.   Crack cocaine.
25  Q.   How about Bootsy?

8221

```
1    Q.   Whitehall Square?
2    A.   Yes.  Correct.
3    Q.   Was that in D.C. or Maryland?
4    A.   That was in Suitland, Maryland.
5    Q.   You took the three kilos back to Whitehall Square?
6    A.   That's correct.
7    Q.   What did you do with it when you got there?
8    A.   Then contacted Mr. Davis, and he then came and picked up two
9    of the kilos.
10   Q.   What did you do with your powder cocaine?
11   A.   Kept it, cooked it up, and then distributed it.
12   Q.   Did you convert it to crack cocaine or did you sell it in
13   powder?
14   A.   Sold it in -- sold partial of it in powder and the rest in
15   crack cocaine.
16   Q.   And what year is this about, now?
17   A.   This is about summer '99, late summer, '99.
18   Q.   Where did you go to sell your crack cocaine or your powder
19   cocaine?
20   A.   The Congress Park area.
21   Q.   And right around that time in '99 to 2000, let's look at
22   that time period.
23   A.   Okay.
24   Q.   Who became some of your regular clients back in '99, 2000?
25   A.   '99, 2000 --
```

1  Q. We're talking now this LA trip.
2  A. Correct. I distributed my drugs regularly to Boy-Boy,
3  Santu, Jazz, Dazz on a few occasions, Dom. Let's see, Bootsy,
4  Harry, Deon, quite a few other people as well.
5  Q. How about Coodie, or Wop?
6         MS. WICKS: Objection as to leading.
7         THE COURT: Overruled.
8  BY MR. GUERRERO:
9  Q. During that time period, the beginning of these LA trips.
10 A. I served Coodie at a later date, around 2000.
11 Q. You hadn't served him anything before that?
12 A. No.
13 Q. All right. Boy-Boy. Now, during this LA time period, how
14 often would you serve Boy-Boy?
15 A. Quite often, probably...
16 Q. How many times a week?
17 A. Two or three times a month.
18 Q. Two or three times a month?
19 A. Yes.
20 Q. What kind of quantities would you sell to Boy-Boy in '99,
21 2000?
22 A. Somewhere in the range of a 31 to a 62.
23 Q. Crack or powder cocaine?
24 A. Crack cocaine.
25 Q. Fronted or cash up front?

Case 1:05-cr-00100-RWR   Document 1241-8   Filed 03/20/08   Page 7 of 7
8223

```
1   A.  Cash up front.
2   Q.  Santuce, how many times did you sell to him in a week or a
3   month?
4   A.  Multiple.
5   Q.  Multiple?
6   A.  Yes.
7   Q.  During a week, or multiple during a month?
8   A.  Multiple during a week.
9   Q.  What kind of quantities would you sell to Santuce during a
10  week?
11  A.  Anywhere from seven to 14 grams of crack cocaine.
12  Q.  Fronted or cash up front?
13  A.  Cash up front.
14  Q.  How about Jazz?
15  A.  Seven to 14 grams, cash up front, crack cocaine.
16  Q.  How many times a week?
17  A.  Multiple.
18  Q.  You mentioned Dazz, with a D?
19  A.  Yes.
20  Q.  What kind of quantities would you sell to him, '99, 2000?
21  A.  Not more than an ounce, not less than a quarter, not that
22  many times.
23  Q.  A quarter ounce?
24  A.  Yeah, seven grams to 28 grams.
25  Q.  Seven grams of what?
```