# Exhibit I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           :
                                    :
          Plaintiff,                :    Docket No. CR 05-100
                                    :
     v.                             :
                                    :
ANTWUAN BALL, DAVID WILSON,         :    Washington, DC
GREGORY BELL, DESMOND               :
THURSTON, JOSEPH JONES, and         :    May 17, 2007
DOMINIC SAMUELS,                    :    9:15 a.m.
                                    :
          Defendants.               :
                                    :
                                    :
                                    :

VOLUME 52 - MORNING SESSION
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS*
*BEFORE THE HONORABLE RICHARD W. ROBERTS*
*UNITED STATES DISTRICT COURT JUDGE, and a JURY*

APPEARANCES:

For the United States:        UNITED STATES ATTORNEY'S OFFICE
                              Glenn S. Leon, Assistant United
                              States Attorney
                              Ann H. Petalas, Assistant United
                              States Attorney,
                              Gilberto Guerrero, Assistant
                              United States Attorney
                              555 4th Street
                              Washington, DC  20001
                              202.305.0174


For Defendant                 CARNEY & CARNEY
Antwuan Ball:                 John James Carney, Esq.
                              South Building
                              601 Pennsylvania Avenue, N.W.
                              Washington, DC  20004
                              202.434.8234

```
1    with respect to time frame, it is reasonably within the time
2    frame or just outside the time frame specifically alleged in the
3    indictment, which I believe runs from what, '92?
4             MR. LEON:  (Nodded head affirmatively.)
5             THE COURT:  So a year prior to the date that was charged
6    as beginning, on or about, is not so far outside the charged time
7    frame.
8             Anything else?
9             (Sidebar discussion concluded.)
10   BY MR. LEON:
11   Q.    Mr. Pough, you mentioned a robbery that Boy-Boy and Cool
12   Wop were involved with?
13   A.    Yes.
14   Q.    All right.  First of all, do you know approximately when
15   this happened, approximately?
16   A.    I'd say it was probably like '91, '92.
17   Q.    Where did this happen?
18   A.    Congress Street.
19   Q.    And what?
20   A.    12th and Congress.
21   Q.    And you said you know that this happened.  How do you
22   know that this happened?
23   A.    I was out there that night.
24   Q.    All right.  Well, so you saw this?
25   A.    Yes.
```

1    Q.    Tell us what you saw with your own eyes at that time at

2    12th and Congress.   Tell us.

3    A.    Fat Tony, Boy-Boy, Cool Wop, a couple other guys came

4    down there.   It was real live outside that night.   It was

5    probably about 15 guys out there, including my sister.

6    Q.    I apologize for interrupting.   You did say Fat Tony,

7    Boy-Boy and Cool Wop and a couple of other guys.   I'm going to

8    ask you now if you can remember who any of those other couple

9    guys were?

10         MR. BALAREZO:   Can he let him finish the answer?   He was

11   in the middle of an answer.

12         THE COURT:   Overruled.

13         THE WITNESS:   I can't recall at this minute who the other

14   guys at this time were.

15   BY MR. LEON:

16   Q.    Okay.   Continue.

17   A.    Anyway, Fat Tony snatched a big gold chain off my

18   sister's boyfriend neck.   Boy-Boy was checking the other guy's

19   pockets.   And Cool Wop was basically the lookout.   He was still

20   a little young back then, so he was the lookout.

21   Q.    And you said -- let's break that down.   You said your

22   sister.   What's her name?

23   A.    Sheryl Fenwick.

24   Q.    And you said your sister's boyfriend.   What was his name?

25   A.    At the time, Robert Russell, AKA Boo-Boo.

1    Q.    AKA what?

2    A.    Boo-Boo.

3    Q.    And you said a chain was taken off of each of their

4    necks?

5    A.    Yes.

6    Q.    Boy-Boy took one chain and --

7          MR. BEANE:  Objection, leading.

8          THE WITNESS:  No, no.

9          THE COURT:  Sustained.

10   BY MR. LEON:

11   Q.    Explain again.  I apologize.

12   A.    Fat Tony snatched the chain.  Boy-Boy checked their

13   pockets.

14   Q.    Okay.  Do you know if Boy-Boy got anything out of the

15   pockets?

16   A.    Cash.

17   Q.    And did you see this?

18   A.    Yes.

19   Q.    Did he get cash out of your sister or Boo-Boo or both?

20   A.    Boo-Boo.  He didn't rob my sister.

21   Q.    And were there any weapons that you saw during this

22   incident?

23   A.    A few handguns.

24   Q.    When you say "a few handguns," how many is "a few"?

25   A.    I'd say about a good three.

1    Q.    Okay.  Who had the guns that you saw?

2    A.    Boy-Boy had one in his hand, Fat Tony had one.  Like I

3    said, the other guys, which I can't recall their names at the

4    time.  Cool Wop, he didn't have a gun at that time.

5    Q.    And I believe you said that Cool Wop was the lookout.

6    Where was Cool Wop physically in relation to Boy-Boy and Fat

7    Tony?  How far away -- how close away were they?  You can point

8    to a spot in the courtroom.

9    A.    In the corner.  Like I said, at the time the robbery took

10   place, it was on the 1200 block of Congress Street, which is

11   where I lived at, 1212 Congress Street at the time.  And he was

12   on 13th Street, on the corner right there.

13          MR. LEON:  All right.  I'm going to ask, can we try the

14   computer one more time and see if we can get the markings to

15   work.

16          THE DEPUTY CLERK:  Is the exhibit in evidence?

17          MR. LEON:  Yes.  105.1.

18   BY MR. LEON:

19   Q.    See if you can tap it.

20          THE COURT:  Come up and see if you can test it.

21          MR. LEON:  (Attempted.)

22          THE DEPUTY CLERK:  We'll probably have to get somebody to

23   look at it at the break.

24          MR. LEON:  Okay.  Why don't we go back --

25          May I approach, Your Honor?

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                :
                                         :
          Plaintiff,                     :  Docket No. CR 05-100
                                         :
     v.                                  :
                                         :
ANTWUAN BALL, DAVID WILSON,              :  Washington, DC
GREGORY BELL, DESMOND                    :
THURSTON, JOSEPH JONES, and              :  May 21, 2007
DOMINIC SAMUELS,                         :  9:30 a.m.
                                         :
          Defendants.                    :
                                         :
                                         :
                                         :

VOLUME 53 - MORNING SESSION
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS*
*BEFORE THE HONORABLE RICHARD W. ROBERTS*
*UNITED STATES DISTRICT COURT JUDGE, and a JURY*

APPEARANCES:

For the United States:          UNITED STATES ATTORNEY'S OFFICE
                                Glenn S. Leon, Assistant United
                                States Attorney
                                Ann H. Petalas, Assistant United
                                States Attorney,
                                Gilberto Guerrero, Assistant
                                United States Attorney
                                555 4th Street
                                Washington, DC  20001
                                202.305.0174


For Defendant                   CARNEY & CARNEY
Antwuan Ball:                   John James Carney, Esq.
                                South Building
                                601 Pennsylvania Avenue, N.W.
                                Washington, DC  20004
                                202.434.8234

1   Q.    Just with specific inquiry as to Truck, did you know him

2   by the name of Marlon Washington?

3   A.    Yes, sir.

4   Q.    And was Truck involved in any robberies that you

5   observed?

6   A.    Not that I can remember, but I do know he was robbing.

7         MR. CARNEY:  I have no further questions, Your Honor.

8         THE COURT:  Mr. Beane.

9              CROSS-EXAMINATION OF ROBERT LEE POUGH

10  BY MR. BEANE:

11  Q.    Good morning.

12  A.    Good morning.

13  Q.    I represent -- my name is James Beane and I represent

14  Gregory Bell, okay?  That's Boy-Boy.

15         All right.  Now, according to you, you were present when

16  Mr. Bell robbed someone, correct?

17  A.    Yes, sir.

18  Q.    And your sister was there, correct?

19  A.    Yes, sir.

20  Q.    And you were there, right?

21  A.    Yes, sir.

22  Q.    And you said there were at least three guns there, right?

23  A.    Yes.

24  Q.    And you had one of the guns?

25  A.    No, sir.

1   Q.    Okay.  And so if I understand you, you're standing out

2   there, your sister's being robbed, right?  Or she's being

3   searched?  Somebody else is being robbed?

4   A.    She wasn't even searched nor robbed.

5   Q.    But she was out there?

6   A.    Yes, sir.

7   Q.    And there were guns out there?

8   A.    Yes, sir.

9   Q.    And so she was out there in a very dangerous situation,

10  right?

11  A.    Yes, sir.

12  Q.    And you were 10 or 11, right?

13  A.    About 11.

14  Q.    Okay.  And you say you were about 11?

15  A.    11 or 12, something.

16  Q.    And you said there were at least what, 15 other guys out

17  there or people out there?

18  A.    Yes.  Yes, sir.

19  Q.    Okay.  And as you sit here right now, you can only

20  remember three of them, right?

21  A.    Yes, sir.

22  Q.    Okay.  Who can you remember?

23  A.    Boy-Boy, Cool Wop, a guy named Fat Tony.

24  Q.    Okay.  And out of the other people, can you describe any

25  of them?

—12093

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Docket No. CR 05-100 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Washington, DC |
| | : | |
| ANTWUAN BALL, | : | |
| DAVID WILSON, | : | |
| GREGORY BELL, | : | May 21, 2007 |
| DESMOND THURSTON, | : | |
| JOSEPH JONES, | : | |
| DOMINIC SAMUELS, | : | |
| | : | |
| Defendants | : | 2:00 p.m. |

. . . . . . . . . . . . . . . . : . . . . . . . . . . . .

VOLUME 53 - AFTERNOON SESSION
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS*
*BEFORE THE HONORABLE RICHARD W. ROBERTS,*
*UNITED STATES DISTRICT JUDGE, and a jury*

APPEARANCES:

For the United States:      ANN H. PETALAS, ESQUIRE
                            GLENN S. LEON, ESQUIRE
                            GIL GUERRERO, ESQUIRE
                            UNITED STATES ATTORNEY'S OFFICE
                            555 Fourth Street, NW
                            Washington, D.C.  20530

For the Defendant           JOHN JAMES CARNEY, ESQUIRE
Antwuan Ball:               CARNEY & CARNEY
                            601 Pennsylvania Avenue, NW
                            Suite 900, South Building
                            Washington, DC  20004
                            (202) 434-8234

                            STEVEN CARL TABACKMAN, ESQUIRE
                            TIGHE, PATTON, ARMSTRONG,
                                TEASDALE, PLLC
                            1747 Pennsylvania Avenue, NW
                            Suite 300
                            Washington, DC  20006
                            (202) 454-2811

1    A.   Eventually, yes.

2    Q.   All right.  And eventually you got crack cocaine from whom?

3    A.   Boy-Boy.

4    Q.   When did that start, do you think?

5    A.   It's like around about the time that I start really putting

6    my money with Jazz and Don.

7    Q.   And how much crack cocaine do you recall getting from

8    Boy-Boy?

9    A.   Well, at that time I was getting like wholesales,

10   eight-balls.  I believe back at that time I was only getting

11   wholesales from him.

12   Q.   How often would you get wholesales from Boy-Boy?

13   A.   At that time I really can't put a number on it, but I got it

14   from him a couple of times.

15   Q.   And in your experience, was Boy-Boy a good wholesale

16   supplier?

17   A.   Yes, sir.

18            MR. BEANE:  Objection.  Speculation.

19            THE COURT:  Overruled.

20   BY MR. GUERRERO:

21   Q.   And what was your answer?

22   A.   Yes, sir.

23   Q.   And did you term him something?

24   A.   Wholesale King.

25   Q.   The Wholesale King?

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Docket No. CR 05-100 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Washington, DC |
| | : | |
| ANTWUAN BALL, | : | |
| DAVID WILSON, | : | |
| GREGORY BELL, | : | May 21, 2007 |
| DESMOND THURSTON, | : | |
| JOSEPH JONES, | : | |
| DOMINIC SAMUELS, | : | |
| | : | |
| Defendants | : | 2:00 p.m. |

. . . . . . . . . . . . . . . . :   . . . . . . . . . . . . .

VOLUME 53 - AFTERNOON SESSION
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS*
*BEFORE THE HONORABLE RICHARD W. ROBERTS,*
*UNITED STATES DISTRICT JUDGE, and a jury*

APPEARANCES:

For the United States:     ANN H. PETALAS, ESQUIRE
                           GLENN S. LEON, ESQUIRE
                           GIL GUERRERO, ESQUIRE
                           UNITED STATES ATTORNEY'S OFFICE
                           555 Fourth Street, NW
                           Washington, D.C.  20530

For the Defendant          JOHN JAMES CARNEY, ESQUIRE
Antwuan Ball:              CARNEY & CARNEY
                           601 Pennsylvania Avenue, NW
                           Suite 900, South Building
                           Washington, DC  20004
                           (202) 434-8234

                           STEVEN CARL TABACKMAN, ESQUIRE
                           TIGHE, PATTON, ARMSTRONG,
                              TEASDALE, PLLC
                           1747 Pennsylvania Avenue, NW
                           Suite 300
                           Washington, DC  20006
                           (202) 454-2811

```
 1    A.   He got about a six-deuce from Twuan, and he was, like, "Man,
 2    I got to hurry up and get Twuan back his money."  I was, like,
 3    "Man, better you than me," my exact words to him.
 4    Q.   And what was Baby Ki's condition?
 5    A.   Well, he was high, for one, and he was just real nervous.
 6    Q.   Did you ever owe Antwuan Ball money for crack cocaine?
 7    A.   Yes.
 8    Q.   And how long did it take for you to pay him back?
 9    A.   Oh, it ain't take me long, probably two days, tops.  But I
10    never really got nothing too big from him whereas though I'm
11    going to have to worry about owing him a lot of money.  Probably
12    the most I ever owed him --
13              MR. BALAREZO:  Objection.  Narrative.
14              THE COURT:  Sustained.
15    BY MR. GUERRERO:
16    Q.   How about Boy-Boy?  Did you ever owe him money?
17    A.   Yes, sir.
18    Q.   And do you still owe him money?
19    A.   I believe I do still owe him $250.
20    Q.   You owe him $250 for what?
21    A.   I don't know whether -- I want to say --
22              MR. BEANE:  Objection, Your Honor.  Speculation.
23              THE COURT:  I'll let him answer.
24    A.   I want to say it was for a quarter, but I believe it was for
25    a half.  I think I gave him 250; he gave me a half he charged me
```

1    500 for, and I just never gave his 250 back.

2    BY MR. GUERRERO:

3    Q.  So a quarter of what?

4    A.  Crack cocaine.

5    Q.  Or a half of?

6    A.  Crack cocaine.

7    Q.  And you haven't paid him back yet?

8    A.  No, sir.

9    Q.  Now I want to focus on that time period where you were

10   hanging around with Baby Ki.  And that's where we last left off.

11          Apart from the circle, was there anywhere else in

12   Congress Park that you would sell your crack cocaine?

13   A.  Throughout the park, in the alley, on the ho stroll.  We

14   rarely went around 14th Place, but I probably made one or two

15   sales on 14th Place.  Just guessing, but we barely went around

16   14th Place.  But in the Lincolns.

17   Q.  How often would you sell in the Lincoln?

18   A.  For a minute.  Like during, like, 2001, 2000, probably, we

19   was hanging in the front of the Lincoln, so...

20   Q.  Who was hanging in front of the Lincoln?

21   A.  Oh, me, Wop, Dazz, Santu, Jazz, Phil, Munya, Keith B, yeah.

22   DC and Don ain't hanging at the Lincolns all like that at this

23   time.

24   Q.  You said who wasn't hanging there at that time?

25   A.  DC and Don.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                :
                                         :
          Plaintiff,                     : Docket No. CR 05-100
                                         :
     v.                                  :
                                         :
ANTWUAN BALL, DAVID WILSON,              : Washington, DC
GREGORY BELL, DESMOND                    :
THURSTON, JOSEPH JONES, and              : May 7, 2007
DOMINIC SAMUELS,                         : 9:20 a.m.
                                         :
          Defendants.                    :
                                         :
                                         :
                                         :

VOLUME 46 - MORNING SESSION
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS*
*BEFORE THE HONORABLE RICHARD W. ROBERTS*
*UNITED STATES DISTRICT COURT JUDGE, and a JURY*

APPEARANCES:

For the United States:        UNITED STATES ATTORNEY'S OFFICE
                              Glenn S. Leon, Assistant United
                              States Attorney
                              Ann H. Petalas, Assistant United
                              States Attorney,
                              Gilberto Guerrero, Assistant
                              United States Attorney
                              555 4th Street
                              Washington, DC  20001
                              202.305.0174

For Defendant                 CARNEY & CARNEY
Antwuan Ball:                 John James Carney, Esq.
                              South Building
                              601 Pennsylvania Avenue, N.W.
                              Washington, DC  20004
                              202.434.8234

1    on Savannah, then, you know, you might have some here, some

2    there, but everybody on the majority of the Savannah side.  Then

3    towards the end of the 10th Place beef, everybody was more on

4    the like -- more like on the Lincoln and The Circle, you know

5    what I'm saying?  You still had Boy-Boy stayed in the alley,

6    rolled around, did his thing, you know, but us, we was in front

7    of the Lincoln or in The Circle, like we always stood in front

8    of the Lincoln, but we was there.  If you wanted some coke, we

9    were either in front of the Lincoln or in The Circle.  Nobody

10   was hanging around the Savannah side no more.

11   Q.    And you mentioned before, you said everybody used to

12   float through the neighborhood.  Did people sell in The Circle

13   prior to this?

14   A.    Yeah.

15   Q.    And how about the Lincoln?

16   A.    Yeah.  Yes.

17   Q.    Prior to this, I meant prior to this time you're talking

18   about, where you're now posting up in The Circle.

19   A.    Yes.

20   Q.    You used to, a lot of the time -- when you were talking

21   earlier, you talked about -- you said towards the end of 10th

22   Place, we were in front of the Lincoln and The Circle.  Who are

23   you talking about when you say "we"?

24   A.    Uhm, all the rest of the people in Congress Park, like

25   Wop, Drano, Don, DC, me, JT.  Jo-Jo may post up for a minute,

1   but he would go back around the alley.  Dazz, Phil, all of us,

2   we was just right there.  We would circle the Lincoln.

3   Q.   Okay.  And you said -- you talked about Jo-Jo.  You said

4   he used to post up, but then he'd go back around the alley.

5   Where are you talking about there?

6   A.   It's right there.  (Indicating.)  They would be standing

7   right there.

8        MR. ZUCKER:  I'm sorry, we couldn't hear.

9   BY MS. PETALAS:

10  Q.   You need to talk in the microphone.

11  A.   They would be standing like -- they be posted up right

12  there, like they be sitting right there, drinking and just

13  chilling.

14  Q.   And you said -- for the record, you put a dot kind of --

15  A.   It's the alley.

16  Q.   The alley that's below Savannah Street, in-between

17  Savannah Street and Congress Street; is that correct?

18  A.   Yes.

19  Q.   And the dot you put was kind of at the end of that alley,

20  just kind of down below the two Ns in Savannah Street; is that

21  correct?

22  A.   Yes, like -- I'll see if I can press it again.

23  (Indicating).  Right there.

24  Q.   And earlier you had mentioned -- you talked about getting

25  drugs from Jo-Jo.  Roughly, what time was it that you got drugs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                   :
          Plaintiff,               :  Docket No. CR 05-100
                                   :
     v.                            :
                                   :
ANTWUAN BALL, DAVID WILSON,        :  Washington, DC
GREGORY BELL, DESMOND              :
THURSTON, JOSEPH JONES, and        :  April 2, 2007
DOMINIC SAMUELS,                   :  1:55 p.m.
                                   :
          Defendants.              :
                                   :
                                   :
                                   :

VOLUME 27 - AFTERNOON SESSION
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS*
*BEFORE THE HONORABLE RICHARD W. ROBERTS*
*UNITED STATES DISTRICT COURT JUDGE, and a JURY*

APPEARANCES:

For the United States:        UNITED STATES ATTORNEY'S OFFICE
                              Glenn S. Leon, Assistant United
                              States Attorney
                              Ann H. Petalas, Assistant United
                              States Attorney,
                              Gilberto Guerrero, Assistant
                              United States Attorney
                              555 4th Street
                              Washington, DC  20001
                              202.305.0174

For Defendant                 CARNEY & CARNEY
Antwuan Ball:                 John James Carney, Esq.
                              South Building
                              601 Pennsylvania Avenue, N.W.
                              Washington, DC  20004
                              202.434.8234

1    A.    Ten dime sales?

2    Q.    Yeah.

3    A.    It break down four ways.

4    Q.    And first of all, did you personally participate in this

5    *unos, dose, tres* system?

6    A.    Yes, sir.

7    Q.    How many times would you say you personally participated

8    in this system?

9    A.    So many times I can't recount.

10   Q.    Who did you share sales with?

11   A.    Wop, Dazz, Phil, Drano, Tweety, Ju-Ju, Jo-Jo, LT

12   Terrence, Cat Eye Tony.

13   Q.    I think you indicated that this system was done for

14   safety reasons?

15         MR. ZUCKER:  Objection.

16         THE WITNESS:  Yes, sir.

17   BY MR. LEON:

18   Q.    Explain what you mean by that.

19   A.    Like I was saying earlier, so you won't go out.  Meatball

20   and Head got shot in drive-byes, so we wouldn't go out in the

21   front line to try to make a purchase and a car come by and we

22   get shot up; whereas in the alley in the cut we could see what's

23   going on down on the street.

24   Q.    Through the *uno, dos* system, how would people actually go

25   out to make the sale itself?

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Plaintiff,** | : Docket No. CR 05-100 |
| | : |
| **v.** | : |
| | : |
| **ANTWUAN BALL, DAVID WILSON,** | : Washington, DC |
| **GREGORY BELL, DESMOND** | : |
| **THURSTON, JOSEPH JONES, and** | : April   4, 2007 |
| **DOMINIC SAMUELS,** | : 9:36 a.m. |
| | : |
| **Defendants.** | : |
| | : |
| | : |
| | : |

**VOLUME 29 - MORNING SESSION**
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS*
*BEFORE THE HONORABLE RICHARD W. ROBERTS*
*UNITED STATES DISTRICT COURT JUDGE, and a JURY*

APPEARANCES:

For the United States:        UNITED STATES ATTORNEY'S OFFICE
                              Glenn S. Leon, Assistant United
                              States Attorney
                              Ann H. Petalas, Assistant United
                              States Attorney,
                              Gilberto Guerrero, Assistant
                              United States Attorney
                              555 4th Street
                              Washington, DC  20001
                              202.305.0174

For Defendant                 CARNEY & CARNEY
Antwuan Ball:                 John James Carney, Esq.
                              South Building
                              601 Pennsylvania Avenue, N.W.
                              Washington, DC  20004
                              202.434.8234

1   A.      (Indicating.)

2   Q.      For the record, you tapped on two different areas.   One

3   appears to be a little underneath and a little to the right of

4   the circle off of 13th Place; is that right?   Which is also

5   behind the building you previously identified as the Lincoln?

6   A.      Yes, sir.

7   Q.      Okay.   And the other arrow you indicated is more in the

8   upper right hand portion of the map behind the area that's

9   labeled Savannah Place; is that correct?

10  A.      Yes, sir.

11  Q.      How many times would you say you stashed guns in those

12  locations during 1996 to 2001?

13  A.      I can't recount.

14  Q.      Why?

15  A.      It was a lot of times.

16  Q.      And you previously said that -- made a reference to

17  friends.   When you stashed these guns, would any of your

18  friends -- first just yes or no, would any of your friend know

19  that you were stashing the guns?

20  A.      Yes.

21  Q.      All the time or sometimes?

22  A.      Sometimes.

23  Q.      Okay.   And during the times that your friend did know

24  that you were stashing the guns there, how would they know?

25  A.      Me telling them or we together.

1    Q.    Okay.  Who are the friends that you -- who knew that you

2    stashed guns there?

3    A.    The guys that I was hanging with.

4    Q.    And just for the record, we need you to say who.

5    A.    Wop, Dazz, LT, Drano, Terrance, Taneil.

6    Q.    Can you think of anyone else right now?

7    A.    A guy named Tweety.

8    Q.    Tweety?

9    A.    Tweety.

10   Q.    Anybody else you can think of right now?

11   A.    No, but Tweety only for a certain portion because he had

12   got killed.

13   Q.    When do you remember Tweety getting killed?

14   A.    Sometime like '97.

15   Q.    First just yes or no, did you ever know Wop to stash guns

16   in the Congress Park area?  And when I say that, let me be more

17   clear.  You mentioned Pinky's apartment.  I'm talking about

18   outside, like the woods or outside, like you said you did.

19   A.    Yes.

20   Q.    Okay.  Where?

21   A.    Like under car tires and stuff like that when we outside.

22   Q.    Okay.  I believe you also said you -- you yourself

23   stashed guns under car tires?

24   A.    Yes, sir.

25   Q.    First, let's focus on you.  Why would you put guns under

1   Q.      What do you mean, "before"?  When?

2   A.      I can't remember the date, but I remember them taking

3   drugs off of me.

4   Q.      And when you -- you, Bobby Capies -- would hide drugs in

5   your shorts -- I'm going to ask you to be as specific as

6   possible -- where would you actually hide them?

7   A.      Under my nuts, part of my sack.

8   Q.      Would you -- you, Bobby Capies -- ever hide drugs in your

9   rectum?

10  A.      Before, I have.

11  Q.      You have?

12  A.      Yes, sir.

13  Q.      When you say "before," what do you mean by that?

14  A.      When they start really getting frisky, like going hard,

15  going down in and checking and stuff under your sacks.

16  Q.      Did you stop doing that or -- you said before, was there

17  a time you stopped hiding drugs there?

18  A.      No, not really, but you know, if you see them.  We always

19  be where you can see them or somebody would tell us they coming

20  and that's when we do it.

21  Q.      And when you say "someone would tell us they're coming,"

22  who do you mean by "us"?

23  A.      The guys that I was hanging with in '96 all the way up to

24  2001 area.

25  Q.      You're talking about 1996 to 2001?

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,               :
                                        :
              Plaintiff,                :  Docket No. CR 05-100
                                        :
        v.                              :
                                        :
ANTWUAN BALL, DAVID WILSON,             :  Washington, DC
GREGORY BELL, DESMOND                   :
THURSTON, JOSEPH JONES, and             :  May 7, 2007
DOMINIC SAMUELS,                        :  9:20 a.m.
                                        :
              Defendants.               :
                                        :
                                        :
                                        :

VOLUME 46 - MORNING SESSION
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS*
*BEFORE THE HONORABLE RICHARD W. ROBERTS*
*UNITED STATES DISTRICT COURT JUDGE, and a JURY*

APPEARANCES:

For the United States:        UNITED STATES ATTORNEY'S OFFICE
                              Glenn S. Leon, Assistant United
                              States Attorney
                              Ann H. Petalas, Assistant United
                              States Attorney,
                              Gilberto Guerrero, Assistant
                              United States Attorney
                              555 4th Street
                              Washington, DC  20001
                              202.305.0174

For Defendant                 CARNEY & CARNEY
Antwuan Ball:                 John James Carney, Esq.
                              South Building
                              601 Pennsylvania Avenue, N.W.
                              Washington, DC  20004
                              202.434.8234

1    Q.    Were you also talking about -- you were saying -- Court's

2    indulgence.

3          And if you look at your screen again, you talked about

4    when you first got back from your stint in jail.  Again you said

5    you were 17; is that correct?

6    A.    Yes.

7    Q.    And it was February, so this is February after you turned

8    17?

9    A.    I was waiting to turn 18.  I was already 17.  I was

10   waiting to turn 18.

11   Q.    And you were born in what year?

12   A.    '80.

13   Q.    And what -- I'm sorry, what month were you born?

14   A.    September.

15   Q.    Okay.  So this was 1998?

16   A.    If I'm not mistaken, yes.

17   Q.    So, when you got home in February of 1998, where did you

18   start selling?  I think you showed on the map earlier; is that

19   correct?

20   A.    Yes, on Savannah.

21   Q.    I think -- now, getting right before the break, you

22   talked about there were other people that you would sell with;

23   is that correct?

24   A.    Yes.

25   Q.    Okay.  And are you familiar with the term "doors"?

1    A.    Yes.

2    Q.    And what is doors?

3    A.    It's just a terminology we used, like, on sales, gas,

4    blunts, bitches.  Excuse my language, but anything.

5    Q.    Okay.  The first thing you said was "sales."  So let's

6    talk about that.

7          What do you mean there was a term you would use on sales?

8    A.    Like, if a crackhead walking up, somebody might call *uno*

9    on a sale, so like throw away the key, so that means that's your

10   sale.

11   Q.    Let me have you slow down right there.  Sorry.  You're

12   starting to talk a little fast.

13         You said somebody might call *uno*, is that what you said?

14   A.    Yes.

15         MR. PURPURA:  Your Honor, objection.  Again, to make it

16   relevant, we have to know who we're talking about.

17         THE COURT:  I'm sorry?

18         MR. PURPURA:  Relevancy depends on who we're talking about

19   making the statement.

20         THE COURT:  Overruled.

21   BY MS. PETALAS:

22   Q.    And you said somebody would say "*uno*."  What happened

23   then?

24   A.    That means you get first priorities on the sale.

25   Q.    And continue on.  Describe what would happen then.

1   A.      And if somebody else was outside, they would call

2   "doors," so that means if it was -- whatever, how much it is,

3   you just break it down between you and him.

4   Q.      And who were some of the people you would do this with?

5   A.      Everybody.  I got to name names?

6   Q.      Well, did you ever play doors with Don?

7   A.      Yes.

8   Q.      And you also talked about wholesales.  Did you ever sell

9   wholesales to Don?

10  A.      Yes.

11  Q.      Did you ever get wholesales from Don?

12  A.      Yes.

13  Q.      What about -- I think earlier you mentioned an individual

14  named DC.  Did you ever play doors with DC?

15          MR. ZUCKER:  Objection, leading.

16          THE WITNESS:  Yes.

17          THE COURT:  Overruled.

18  BY MS. PETALAS:

19  Q.      Did you ever play doors with DC?

20  A.      Yes.

21  Q.      Do you know DC's real name?

22  A.      Daniel Collins.

23  Q.      You talked about Wop.  Did you ever play doors with Wop?

24  A.      Yes.

25  Q.      You talked about Dazz, did you ever play doors with Dazz?

1    A.    Yes.

2    Q.    How about Jo-Jo?

3    A.    Yes.

4    Q.    And again, I'm talking now, when I said "doors," I'm

5    talking about the sales of drugs, not the other doors game.  Do

6    you understand that?

7    A.    Yes.

8    Q.    Okay.  How about Boy-Boy?

9    A.    Yes.

10   Q.    How about Antwuan, did he play doors?

11   A.    No.  Me and him, we ain't never was in the *uno* doors, not

12   on no drug sales, probably on something else, some gas or

13   something like that.

14            MS. WICKS:  Objection.

15            THE COURT:  Overruled.

16   BY MS. PETALAS:

17   Q.    Court's indulgence.  And what happened if somebody didn't

18   do doors, if somebody wouldn't break it down?

19   A.    It would be an argument.

20   Q.    Were there ever times when somebody would come to you for

21   a sale and you didn't have the amount of drugs they wanted to

22   buy?

23   A.    Yes.

24   Q.    When that happened, would you ever refer them to anybody

25   else?