# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.  )<br>)<br>) | Criminal No. |

## NOTICE OF APPEAL

Name and address of appellant:  Gregory Bell
Central Treatment Facility
1901 D Street, SW
Washington, DC 20001

Name and address of appellant's attorney:  James W. Beane, Jr.
636 Baronne Street
New Orleans, La. 70118

Offense:  Three Counts Possession with Intent to Distribute Narcotics

Concise statement of judgment or order, giving date, and any sentence:

Verdict of guilty, May 8, 2008, sentenced to 192 months.

Name and institution where now confined, if not on bail:  District of Columbia
Central Treatment Facility

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| | |
|---|---|
| May 12, 2008 | Gregory Bell |
| DATE | APPELLANT |
| | James W. Beane, Jr.    /s/ |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE
CJA, NO FEE
PAID USDC FEE
PAID USCA FEE

| | | |
|---|---|---|
| Does counsel wish to appear on appeal? | YES X | NO |
| Has counsel ordered transcripts? | YES X | NO |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES X | NO |