JUNE 14, 1999
DISTRICT OF COLUMBIA
Metropolitan Police Department
Seventh District
Violent Crimes Unit
Homicide Open Case Squad

**RUNNING RESUME:**
H.O. 98-0865, 0866
DET. WILL

**CONTROLLED OPERATION INVOLVING A CONFIDENTIAL SOURCE (HAMILTON)**

On today's date, the undersigned participated in a operation with members of the Bureau of Alcohol, Tobacco and Firearms. The operation was scheduled after receiving information from a Confidential Source who claimed to have talked to ▬▬▬▬▬▬ ▬▬▬▬▬▬ During the course of their conversation, which was said to have taken place on or about August 18, 1998, ▬▬▬▬ confided that he shot and killed "SQUID" (RONNIE MIDDLETON) and a female companion (SABRINA BRADLEY) as they sat in their white Ford Bronco truck on Congress Place Southeast. ▬▬▬▬ also boasted of using a Glock nine millimeter auto-loading pistol during the shooting.

The undersigned previously confirmed through the Firearms Examination Section that a Glock pistol was in fact used to kill **MIDDLETON** and **BRADLEY**.

During the course of ensuing debriefings with the source, it was learned that ▬▬▬▬ continued to brag about the captioned shooting. The source asserted that there would be no difficulty in getting ▬▬▬▬ to discuss the event again in detail.

This mornings operation involved outfitting the Confidential Source with a body recording device and transmitter.

Thereafter, the source was transported to the immediate area of the 1300 block of Congress place and instructed to locate ▓▓▓▓ and engage him in conversation.

At approximately 1020 hours, the source entered ▓▓▓▓ ▓▓▓▓ Southeast but quickly learned through family members that ▓▓▓▓ had just left the residence. However, shortly thereafter, the source located ▓▓▓▓ in the rear of the 1300 block of Savannah Street. In what was described as a very brief discussion, the source advised that ▓▓▓▓ engaged the source in conversation regarding the captioned shooting. At approximately 1040 hours, the source called the undersigned to say that he was ready to be picked up. SA Hester picked up the source and delivered him to the Seventh District. At that time, the body recorder was turned off and surrendered to agent Hester. The source was subsequently debriefed by the undersigned. The source advised that as instructed, he met with ▓▓▓▓ and engaged him in conversation regarding the captioned shooting. The source stated that ▓▓▓▓ openly discussed his involvement in the incident, including firing the shots that took the lives of **MIDDLETON** and **BRADLEY**.

_____
Det. Michael J. Will
Seventh District
Violent Crimes Unit
Homicide Open Case Squad