FILED
JAN 17 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Copies to: Judge
AUSA – Special Proceedings
Dft.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jasmine Bell,
    Petitioner   )

v.        CR Case No. 05-00100-07 RWR

)

United State of America,
    Respondent   )

## DEFENDANTS MOTION FOR SUMMERY JUDGMENT FOR DEFAULT

On January 30, 2012 the defendant Jasmine Bell mailed his <u>nunc pro tunc</u> Motion pursuant to 28 U.S.C. §2255, which was filed on February 10, 2012.

On July 26, 2012 the Government filed a motion to dismiss petitioner's §2255 nunc pro tunc motion and stated the following reasons or doing so.

1) Defendants motion is time barred.

2) Defendants claim of Ineffective Assistance of Counsel does not relate back to a timely filed §2255 motion.

On August 1, 2012 petitioner mailed his response to the Government's Motion to dismiss his §2255 Motion. In petitioner's response he contends that his nunc pro tunc Motion is proper because he sought redress by way of a letter to the Court regarding ineffective assistance of counsel and challenging the allotment of jail credit due him by the B.O.P.

Petitioner filed two letters to the court within the one (1) year limitation regarding the AEDPA. Both letter's addressed the serious concerns petitioner had about receiving jail credit from the B.O.P. as he was informed that he would by the court, the second issue was with regard to his trial counsel, who failed to file an appeal and petitioner's desire to be appointed another attorney to represent him.

On September 20, 2013, the government mailed the petitioner a copy of the order entered

RECEIVED
Mail Room
JAN 17 2014
Angela D. Caesar, Clerk of Court

RECEIVED
JAN 24 2014
in the CR division
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

enlargement of time in which to respond to petitioner's response to their motion to dismiss his motion.

On August 19, 2013 the court ordered the government to respond to the courts order to respond to petitioner's response.

On October 30, 2013 the government responded to the courts, August 19th, order to address as to whether the petitioner's §2255 motion should be considered timely filed if it relates back to the petitioner's October 24, 2007 letter and the §2255 motion. The government's position is that the petitioner's §2255 motion should be considered timely filed. The government also requested an additional 60 days in which to file it's response t petitioner's §2255 motion. Thus, the 60 days that the government requested was more then reasonable to file it's response. The Court granted the government's request to respond by January 3, 2014. The date is now January 11, 2014 one week and one day past January 3, 2014. The petitioner has not received a response from the government nor has the petitioner received anything from the court t inform him of any time enlargement.

CONCLUSTION

Now petitioner ask this court to rule in favor of the petitioner due to the facts presented in his §2255 motion. Petitioner prays that the court determine that a evidentiary hearing is needed or grant relief of all the issues raised in the nunc pro tunc §2255 motion. Which is awarding petitioner time credit served in custody prior to sentencing on this case. Also a downward departure or a adjustment of sentence for relevant conduct pursuant to 5G1.3 for any conduct relevant t this instant offense.

This matter comes under the purview of the court because of the claim of ineffective assistance of counsel and the claim regarding jail credit. Petitioner prays that the court will grant relief.

*Jasmine Bell*
Jasmine Bell pro se

## **CERTIFICATE OF SERVICE**

I, Jasmine Bell, hereby CERTIFY that a true and correct copy of the foregoing motion was sent via, U.S. Postal service Mail on this  13 , day of January, 2014 to the following parties:

Clerk of the Court
U.S. Dist. Court for the
District of Columbia
U.S. Courthouse
333 Constitution Ave, N.W.
Washington, D.C. 20001

Respectfully Submitted,
*Jasmine Bell*
Jasmine Bell pro se

Jasmine Bell #01436-748
CI Rivers
P.O. Box 630, Winton NC 27986

Offic
333 Con
Washingto